## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

GRAPE TECHNOLOGY GROUP, INC.,  )
and KGB USA, INC.  )
)
        Plaintiffs,  )
)  C.A. No. _____
    v.  )
)  JURY TRIAL DEMANDED
JINGLE NETWORKS, INC.,  )
)
        Defendant.  )

## COMPLAINT FOR PATENT INFRINGEMENT

1.      Plaintiffs Grape Technology Group, Inc. ("Grape Technology") and kgb USA, Inc. ("kgb USA") (collectively "Plaintiffs"), for their Complaint against Defendant Jingle Networks, Inc. ("Jingle" or "Defendant"), allege as follows:

### NATURE OF THE ACTION

2.      This is an action arising under the patent laws of the United States (35 U.S.C. §271 et seq.) based upon infringement by Jingle of patents owned by Grape Technology and exclusively licensed to kgb USA. Plaintiffs seek damages for Jingle's infringement and an injunction restraining Jingle from further infringement.

### THE PARTIES

3.      Plaintiff Grape Technology is a Delaware corporation  with its principal place of business at 3864 Courtney Street, Suite 411, Bethlehem, Pennsylvania 18017.

4.      Plaintiff kgb USA is a Delaware corporation with its principal place of business at 3864 Courtney Street, Suite 411, Bethlehem, Pennsylvania 18017.

5.      Upon information and belief, Jingle (doing business as 1-800-FREE411) is a Delaware corporation with its principal place of business at 36 Crosby Dr., Bedford, Massachusetts 01730.

## JURISDICTION AND VENUE

6.    This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

7.    This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

8.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b) because Defendant is incorporated in Delaware.  In addition, upon information and belief, Defendant has committed acts of infringement by providing its 1800FREE411 service throughout the United States, including in this district.

### FIRST CLAIM
### INFRINGEMENT OF U.S. PATENT NO. 6,775,371

9.    The allegations of paragraphs 1-8 are incorporated herein by reference.

10.    U.S. Patent No. 6,775,371 ("the '371 patent"), is entitled "Technique For Effectively Providing Concierge-Like Service In A Directory Assistance System."  The '371 patent was duly and legally issued by the United States Patent and Trademark Office ("PTO") on August 10, 2004.  A true and correct copy of the '371 patent is attached hereto as Exhibit A.

11.    Grape Technology is the assignee of all right, title and interest in and to the '371 patent.  kgb USA is the exclusive licensee of the '371 patent, including the right to recover for infringement thereof.

12.    On information and belief, Jingle has been and is currently infringing one or more claims of the '371 patent, directly and/or indirectly, pursuant to 35 U.S.C. § 271, in connection with certain of its products, services, methods and/or systems, including without limitation Jingle's 1800FREE411 service.

13.    Unless enjoined, Jingle will continue to infringe the '371 patent.

2

14.     Jingle's infringement of the '371 patent has caused, and unless enjoined will continue to cause, irreparable harm to Plaintiffs. Plaintiffs have no adequate remedy at law.

15.     Pursuant to 35 U.S.C. § 284, Plaintiffs are entitled to damages for Jingle's infringement.

## SECOND CLAIM
## INFRINGEMENT OF U.S. PATENT NO. 7,023,969

16.     The allegations of paragraphs 1-15 are incorporated herein by reference.

17.     U.S. Patent No. 7,023,969 ("the '969 patent"), is entitled "Communication Assistance System And Method." The '969 patent was duly and legally issued by the PTO on April 4, 2006. A true and correct copy of the '969 patent is attached hereto as Exhibit B.

18.     Grape Technology is the assignee of all right, title and interest in and to the '969 patent. kgb USA is the exclusive licensee of the '969 patent, including the right to recover for infringement thereof.

19.     On information and belief, Jingle has been and is currently infringing one or more claims of the '969 patent, directly and/or indirectly, pursuant to 35 U.S.C. § 271, in connection with certain of its products, services, methods and/or systems, including without limitation Jingle's 1800FREE411 service.

20.     Unless enjoined, Jingle will continue to infringe the '969 patent.

21.     Jingle's infringement of the '969 patent has caused, and unless enjoined will continue to cause, irreparable harm to Plaintiffs. Plaintiffs have no adequate remedy at law.

22.     Pursuant to 35 U.S.C. § 284, Plaintiffs are entitled to damages for Jingle's infringement.

## THIRD CLAIM
## INFRINGEMENT OF U.S. PATENT NO. 6,628,772

23.     The allegations of paragraphs 1-22 are incorporated herein by reference.

24.     U.S. Patent No. 6,628,772 ("the '772 patent"), is entitled "Method For Providing Enhanced Directory Assistance Upon Command Using Out-Of-Band Signaling." The '772 patent was duly and legally issued by the PTO on September 30, 2003. A true and correct copy of the '772 patent is attached hereto as Exhibit C.

25.     Grape Technology is the assignee of all right, title and interest in and to the '772 patent.  kgb USA is the exclusive licensee of the '772 patent, including the right to recover for infringement thereof.

26.     On information and belief, Jingle has been and is currently infringing one or more claims of the '772 patent, directly and/or indirectly, pursuant to 35 U.S.C. § 271, in connection with certain of its products, services, methods and/or systems, including without limitation Jingle's 1800FREE411 service.

27.     Unless enjoined, Jingle will continue to infringe the '772 patent.

28.     Jingle's infringement of the '772 patent has caused, and unless enjoined will continue to cause, irreparable harm to Plaintiffs.  Plaintiffs have no adequate remedy at law.

29.     Pursuant to 35 U.S.C. § 284, Plaintiffs are entitled to damages for Jingle's infringement.

## FOURTH CLAIM
## INFRINGEMENT OF U.S. PATENT NO. 6,985,569

30.     The allegations of paragraphs 1-29 are incorporated herein by reference.

31.     U.S. Patent No. 6,985,569 ("the '569 patent"), is entitled "System and Method for Identifying Parties in Bills for Communications Services." The '569 patent was duly and legally issued by the PTO on September 19, 2006. A true and correct copy of the '569 patent is attached hereto as Exhibit D.

4

32.    Grape Technology is the assignee of all right, title and interest in and to the '569 patent. kgb USA is the exclusive licensee of the '569 patent, including the right to recover for infringement thereof.

33.    On information and belief, Jingle has been and is currently infringing one or more claims of the '569 patent, directly and/or indirectly, pursuant to 35 U.S.C. § 271, in connection with certain of its products, services, methods and/or systems, including without limitation Jingle's 1800FREE411 service.

34.    Unless enjoined, Jingle will continue to infringe the '569 patent.

35.    Jingle's infringement of the '569 patent has caused, and unless enjoined will continue to cause, irreparable harm to Plaintiffs. Plaintiffs have no adequate remedy at law.

36.    Pursuant to 35 U.S.C. § 284, Plaintiffs are entitled to damages for Jingle's infringement.

## PRAYER FOR RELIEF

WHEREFORE, Grape Technology and kgb USA request the following relief:

A.    A judgment that Jingle has infringed the '371, '969, '772, and '569 patents;

B.    A permanent injunction enjoining Jingle, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, from directly or indirectly infringing the '371, '969, '772, and '569 patents;

C.    An award of damages to compensate Grape Technology and kgb USA for Jingle's infringement of the '371, '969, '772, and '569 patents, pursuant to 35 U.S.C. § 284; and

5

D.   An assessment of pre-judgment and post-judgment interest and costs against Jingle, together with an award of such interest and costs, in accordance with 35 U.S.C. §284;

E.   An award to Grape Technology and kgb USA of their attorneys' fees incurred in connection with this lawsuit pursuant to 35 U.S.C.§ 285; and

F.   Such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiffs Grape Technology and kgb USA request a trial by jury, pursuant to Fed. R. Civ. P. 38(b), on all issues so triable.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Nicholas Groombridge
Michael Eisenberg
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

July 3, 2008

6

# EXHIBIT A

US006775371B2

## (12) United States Patent
### Elsey et al.

(10) Patent No.: **US 6,775,371 B2**
(45) Date of Patent: **Aug. 10, 2004**

(54) **TECHNIQUE FOR EFFECTIVELY PROVIDING CONCIERGE-LIKE SERVICES IN A DIRECTORY ASSISTANCE SYSTEM**

(75) Inventors: **Nicholas J. Elsey**, West Linn, OR (US); **Michael T. Samudio**, Tigard, OR (US); **Timothy A. Timmins**, Tigard, OR (US)

(73) Assignee: **Metro One Telecommunications, Inc.**, Beaverton, OR (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/201,211**

(22) Filed: **Jul. 22, 2002**

### Prior Publication Data

US 2003/0007620 A1 Jan. 9, 2003

### Related U.S. Application Data

(63) Continuation-in-part of application No. 09/520,306, filed on Mar. 2, 2000, which is a continuation-in-part of application No. 08/816,921, filed on Mar. 13, 1997, now Pat. No. 6,456,709.

(51) Int. Cl.[7] .............................................. H04M 1/64
(52) U.S. Cl. ......................... 379/218.01; 379/67.1; 379/93.12, 379/93.23, 114.13, 142.15, 201.01, 379/201.01; 379/265.01;
(58) Field of Search .......................... 379/218.01, 379/67.1, 379/266.07 379/93.12, 93.23, 114.13, 142.15, 201.01, 207.11, 218.01, 265.01, 265.09, 266.04, 266.07

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 837,894 A | 12/1906 | Aven |
| 4,696,028 A | 9/1987 | Morganstein et al. |
| 4,817,129 A | 3/1989 | Riskin et al. |
| 4,908,850 A | 3/1990 | Masson et al. |
| 4,922,519 A | 5/1990 | Daudelin |

(List continued on next page.)

*Primary Examiner*—Allan Hoosain
(74) *Attorney, Agent, or Firm*—Kaye Scholer LLP

(57) **ABSTRACT**

Telephone users desiring directory assistance services are connected via standard telephone procedures to a directory assistance provider, such as an operator. An operator provides the destination number and initiates a connection to that number. Once that connection is initiated, the connection is monitored for the occurrence of a predetermined condition, such as a busy signal. If no such condition is detected, the caller proceeds with the call in the normal manner. If, however, such a condition is detected, the caller is automatically transferred to a directory assistance provider for further help. In addition, a pool of operators/agents capable of receiving the request for concierge-like services generate an electronic ticket representing such request. A pool of fulfillment agents capable of receiving the electronic ticket engage in such action as necessary to fulfill the request. The agents are networked to directory assistance and concierge databases to facilitate the process.

**32 Claims, 16 Drawing Sheets**



## US 6,775,371 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,932,042 A | | 6/1990 | Baral et al. |
| 4,939,855 A | | 9/1990 | Daudelin |
| 4,979,206 A | * | 12/1990 | Padden et al. |
| 5,036,134 A | | 10/1991 | Bauer et al. ............... 379/67 |
| 5,063,591 A | | 11/1991 | Jodoin |
| 5,157,718 A | | 10/1992 | Kaplan et al. |
| 5,163,083 A | * | 11/1992 | Dowden et al. ......... 379/88 |
| 5,181,237 A | | 1/1993 | Dowden et al. |
| 5,187,740 A | | 2/1993 | Swaim et al. |
| 5,222,120 A | | 6/1993 | McLeod et al. |
| 5,353,336 A | | 10/1994 | Hou et al. |
| 5,367,551 A | * | 11/1994 | Adler et al. ............... 379/93 |
| 5,414,754 A | | 5/1995 | Pugh et al. |
| 5,418,844 A | | 5/1995 | Morrisey et al. |
| 5,479,488 A | | 12/1995 | Lennig et al. |
| 5,511,111 A | | 4/1996 | Serbetcioglu et al. |
| 5,517,560 A | | 5/1996 | Greenspan |
| 5,555,299 A | * | 9/1996 | Maloney et al. ........ 379/212 |
| 5,689,547 A | | 11/1997 | Molne |
| 5,737,700 A | | 4/1998 | Cox et al. |
| 5,757,904 A | * | 5/1998 | Anderson ................. 379/265 |
| 5,768,513 A | | 6/1998 | Kuthyar |
| 5,797,092 A | | 8/1998 | Cox et al. |
| 5,797,126 A | | 8/1998 | Helbling et al. |
| 5,848,131 A | | 12/1998 | Shaffer et al. ........ 379/88 |
| 5,850,433 A | * | 12/1998 | Rondeau |
| 5,877,620 A | | 4/1999 | Walker et al. ......... 379/201 |
| 5,943,417 A | | 8/1999 | Cox et al. |
| 5,948,040 A | | 9/1999 | DeLorme et al. |
| 5,983,200 A | | 11/1999 | Slotznick |
| 6,094,640 A | | 7/2000 | Goheen |
| 6,134,530 A | | 10/2000 | Bunting et al. |
| 6,205,436 B1 | | 3/2001 | Rosen |
| 6,459,782 B1 | * | 10/2002 | Bedrosian et al. ...... 379/201.08 |

* cited by examiner

U.S. Patent     Aug. 10, 2004     Sheet 1 of 16     US 6,775,371 B2



*FIG. 1*
100





FIG. 3



FIG. 4A

**FIG. 4B**



*FIG. 4C*



*FIG. 4D*





FIG. 4E



U.S. Patent          Aug. 10, 2004          Sheet 9 of 16          US 6,775,371 B2

FIG. 5

30

INFORMATION
HUB

CONCIERGE
DATABASE
20

SERVER
28

10

DIRECTORY
ASSISTANCE
CENTER — 26

27

DIRECTORY
ASSISTANCE
CENTER

25

DIRECTORY
ASSISTANCE
CENTER

DIRECTORY
ASSISTANCE
CENTER — 21

DIRECTORY
ASSISTANCE
CENTER — 24

23

DIRECTORY
ASSISTANCE
CENTER — 22

DIRECTORY
ASSISTANCE
CENTER

U.S. Patent

Aug. 10, 2004

Sheet 10 of 16

US 6,775,371 B2

## FIG. 6



Name for Reservation | Sharkey, James | ⓘ Caller.MIN | 619 804 1586 | ⓘ Caller ID | PB | ⓘ

First Choice Restaurant Name ⓘ   Phone ⓘ   Address ⓘ                          City ⓘ              State ⓘ
| Beach House Restaurant The | | 760 753 13 | 2530 S Coast Highway 101 | | Cardiff By The Sea | CA |

Second Choice Restaurant Name ⓘ   Phone ⓘ   Address ⓘ                        City ⓘ              State ⓘ
| Vigiluccis | | 760 634 23 | 1933 San Elijo Av | | Cardiff By The Sea | CA |

Date of Reservation | Thursday March 4 1999 | ▼ | ⓘ       Number in party | 2 | ⓘ

Preferred Time | 8pm | ⓘ          If unavailable then from | 7:30pm | to | 9:30pm | ⓘ

Contact Name | Sharkey, James | ⓘ  Method | Phone | ▼ | ⓘ Number | 619 653 9642 | ⓘ

Contact Name | Walker, Jenny | ⓘ  Method | Phone | ▼ | ⓘ Number | 619 896 3276 | ⓘ

U.S. Patent

Aug. 10, 2004

Sheet 11 of 16

US 6,775,371 B2

FIG. 7

| | Dialed | Last Dialed | Status | Restrictions |
|---|---|---|---|---|
| | | | | |

# TeleConcierge Search Form For San Diego ⑪

| D | Next Action Date/Time | Reservation Date/Time | Name | Restaurant | Status |
|---|---|---|---|---|---|
| 41 | 03/06/1999 03:00 AM | 03/06/1999 12:00 PM | fran | Beach House Restaurant The | Requires Fulfillment |

| Create a new Ticket | ⑪

If the list above does not contain the reservation request that you are looking for, you can enter additional search parameters and hit the 'Search' button to search all the reservation requests again.

Restaurant ⑪

Restaurant name ⑪

| Search | ⑪

| Street | City |

U.S. Patent    Aug. 10, 2004    Sheet 12 of 16    US 6,775,371 B2

*FIG.  8*

*FIG. 9*



| Dialed | Last Dialed | Status | Restriction |
|--------|-------------|--------|-------------|
|        |             |        |             |

| Time stamp | Last Action | Result | Notes |
|------------|-------------|--------|-------|
| 03/06/1999 02:21 PM | Created | NA | |
| 03/06/1999 03:17 PM | Called Restaurant 1 | Busy | |
| | Viewed ▼ ⊕ | Successful ▼ ⊕ | |

Current Ticket Status
Requires Fulfillment ⊕
Next Action Date
[ AUTO ] ⊕
Next Action Time
[ AUTO ] ⊕
[ Record Event ] ⊕
[ Go back to the Search Screen ] ⊕

The ticket status field indicates the current action that needs to be taken for this reservation request. Use the record event button to note the action just carried. The date and time fields are used to determine when the next action should be carried out for this request.

Street          City

FIG.  10





FIG. 11



FIG. 12

US 6,775,371 B2

1

# TECHNIQUE FOR EFFECTIVELY PROVIDING CONCIERGE-LIKE SERVICES IN A DIRECTORY ASSISTANCE SYSTEM

The present application is a continuation-in-part of U.S. application Ser. No. 08/816,921 filed on Mar. 13, 1997, now U.S. Pat. No. 6,456,709 and U.S. application Ser. No. 09/520,306 filed on Mar. 7, 2000.

## FIELD OF THE INVENTION

The invention relates to a communications system and method, and more particularly to a system and method for providing a directory assistance service including, e.g., provision of information concerning goods and services, and locating, reserving and procuring/purchasing such goods and services, in response to a customer's inquiry.

## BACKGROUND OF THE INVENTION

Concierge services are typically provided by hotels. The method generally employed is where a hotel guest, using the hotel room telephone, places a call to the hotel reception and asks to speak to the hotel concierge. The guest is connected to the concierge who then listens to the request of the hotel guest, such as a request for a restaurant reservation, and notes any preferences, such as the guest's preference for outdoor dining. The concierge then suggests a service, an event or restaurant in accordance with the guest's desires and preferences. The suggestion is often based on the concierge's personal knowledge in the field, and/or by consulting a listing book or directory. Should the suggestion be satisfactory, the concierge will make the necessary reservations and inform the hotel guest of the reservation details.

Concierge services are especially useful for a visitor who is unfamiliar with an area's services, eating establishments or upcoming events. The problem with such a service is that it is restricted to the guests in a specific hotel only. The concierge's suggestions can also often be biased, erratic or based on limited listing or directory information. In addition to the above, the hotel guest may also need to write down the reservation details, obtain directions and arrange transportation.

Furthermore, the whole process can be slow, as access to large listings are often manually searched by the concierge. The concierge may also be limited by the type of search he/she can perform. He may not be able to search for multiple preferences simultaneously, such as for example an outdoor, non-smoking, vegetarian restaurant, in a specific area. In addition, the concierge may only be familiar with restaurants in a particular area and therefore may be of little use to a hotel guest who is departing that day for another city.

### Directory Assistance

Telephone calls from one party to another are made through telephone networks, with telephone switches and private branch exchanges ("PBX") employed as necessary in order to connect networks and customers. Customers frequently make use of directory assistance systems to reach their desired parties. When using a directory assistance system (sometimes referred to as a "directory assistance platform"), a caller first dials the appropriate telephone number or access code. Telephone users usually access a directory assistance system through a carrier switching center. Once connected to a directory assistance provider,

2

such as a live operator or a voice server, the caller identifies the party whose telephone number is desired. The correct number is located and may be reported to (by voice or computer-generated speech), and/or dialed for, the caller. It is increasingly common for directory assistance systems to connect the caller to the caller's desired number in addition to, or in place of, simply providing the number to the caller. This is particularly helpful to callers using cellular or other forms of wireless telephones, who may be engaged in other activities at the same time and therefore unable to take note of the number as it is recited. Typically, once the caller has been given the number and/or the number is dialed for the caller, the caller's connection through the directory assistance platform is terminated.

Termination of the connection through the directory assistance platform has a number of disadvantages. For example, if the caller is given or connected to an incorrect telephone number, the caller must contact the directory assistance system again or inquire elsewhere to obtain the correct number. This naturally requires additional action and expense on the caller's part. Moreover, reconnection to the directory assistance platform requires reallocation of directory assistance resources to the customer call. In view of the previous connection through the directory assistance platform, reconnection and reallocation is unnecessary, time consuming, and under some circumstances, wasteful. Similarly, even if the telephone number to which the caller is connected is correct, the line may be busy, there may be no answer, the destination party's telephone network may be inoperable, etc. In such circumstances, the caller often will want to contact a different party, again requiring the aid of the directory assistance system. Requiring separate and repeated connections to a directory assistance platform incurs added monetary expense on the caller's party, because directory assistance platforms typically charge a fee for each separate connection. Conversely, if a caller's connection is maintained to the directory assistance platform, multiple actions may be taken to assist the caller without necessarily incurring such additional fees.

Prior art directory assistance systems suffer from a further disadvantage in that they typically lack dedicated resources for monitoring telephone connections to calling or called parties. For example, in U.S. Pat. No. 5,414,754, one tone detecting device monitors up to 1,544 connections by using a multiplexer. The period of time for which each connection is monitored is critical to this method of operation. To service so many connections on an equal timesharing basis, the device cannot monitor one particular connection for more than a very short period of time (illustratively, on the order of milliseconds) before switching to and monitoring others. If the time period is too short, this method has the deleterious effect of requiring a party to press a key for an extended period of time—long enough to ensure that the monitoring digital signal processor ("DSP"), perhaps a dual-tone multi-frequency ("DTMF") receiver, cycles back to the party's connection in time to detect the keypress—or risk the possibility that the DSP will miss the party's keypress. Another disadvantage to this method is that normal voice energy, or transient signals such as from interference or crosstalk, may cause a DSP that is monitoring the connection to mistakenly report that a party pressed a key. This disadvantage is even more pronounced in a wireless environment, where the bit error rate or degraded audio quality of the connection often precludes the receipt of a continuous tone.

Another disadvantage in prior directory assistance systems is the inability to restrict the caller's use of the

US 6,775,371 B2

3

directory assistance system to connect to specified parties. For example, the party paying for a caller's wireless telephone service may wish to restrict the caller from making any long-distance calls, or to limit the caller to calls to other parties within one organization, etc. Without the ability to limit the caller's connections through the directory assistance system, the caller could circumvent the paying party's restrictions by having the directory assistance system complete the call for him or her.

Traditionally, directory assistance has focused on providing telephone number directory information only. Typically, a directory assistance operator receives a request from a caller for the telephone number of a desired party. The operator locates the required number from a listing directory and may either give the number to the caller or connect the caller to the desired party.

Each year, a growing number of people spend a significant amount of time traveling for business or pleasure. Mobile communication and portable computers have created an opportunity for these people to conduct business and communicate while on the move. Wireless telephones have become a standard business tool in this environment. Wireless telephone users may find current directory assistance services inconvenient or difficult to use. Such users are usually away from their general work environments (for example, traveling in a vehicle), and thus may not be able to remember, or make a note of a desired number. Callers who would normally be able to call upon secretaries or personal assistants at their offices, may not have access to such assistance when traveling. The wireless telephone caller thus needs a comparable service to that which they would experience in an office environment. While improvements to telephone directory assistance have been made over the years, such systems do not fully address the needs of wireless telephone users.

The present assignee has redressed certain of the above-mentioned difficulties by providing directory assistance services, that eliminate the need to make notes of the desired number, or undertake a redialing exercise as well as by providing verbal driving directions. The present assignee has also established a country-wide network of directory assistance or call centers that are able to provide its customers with nationwide directory assistance.

## SUMMARY OF THE INVENTION

However, in today's directory assistance environments, operator resources are primarily focused on providing telephone number directory assistance. Having an operator respond to a customer's request for concierge-type services would be expected to introduce delays and inefficiencies into a directory assistance system. Moreover, the information infrastructure to allow operators to provide concierge-type services in a timely and efficient manner is not generally available in the current directory assistance environment.

Accordingly, there is a need in the art to provide a method and apparatus by which a caller can, for the duration of a telephone call (i.e., until the calling telephone disconnects from the directory assistance platform), maintain his or her connection to the directory assistance platform and repeatedly receive directory assistance in a variety of forms with minimal or no action on his or her part. There is also a need in the art for means and an apparatus for allocating a monitoring resource, such as a DSP, to a minimal number of telephonic connections. In addition, there is a need for means and an apparatus for verifying a caller's authorization to connect to a requested destination party through a directory assistance platform.

4

There is also a need for a nationwide telephonic system that is able to efficiently and effectively receive and respond to requests for concierge-type services from calling customers traveling throughout the country. The system should be able to respond to requests regardless of the locale of the customer or the geographical destination of the request.

In view of the above disadvantages of the related art, it is an object of the present invention to detect, during a call to a customer's destination party, a telephone network communication problem that causes the call to be unsuccessful, and to connect the caller, with substantially no further action on his or her part, to a live operator for further assistance.

It is another object of the invention to detect a ring-no-answer condition while attempting a call to a customer's destination party and, upon such detection, to terminate the connection attempt and present the caller with a menu of directory assistance service options, including the option to continue monitoring the ring tone.

It is a further object of the invention to detect a busy signal while attempting a call to a customer's destination party, and, upon such detection, to terminate the connection attempt and present the caller with a menu of directory assistance service options, including the option to re-dial the same number.

It is also an object of the invention to provide a method and apparatus for providing directory assistance services, such as connecting customers to directory assistance providers, allowing repeated directory assistance requests from each customer, searching for information to satisfy directory assistance requests, providing such information to customers, and connecting customers to their desired destination parties, as well as enhanced directory assistance services, e.g., recording messages from customers for delivery to destination parties and allowing destination parties, upon delivery of a recorded message, to return the customer's call with minimal action by the destination party.

It is a further object of the invention to verify a customer's authorization to complete calls through a directory assistance system. To enable such verification, along with the customer's call, data concerning the calling telephone number and the location from which the call originated is also received. Based upon the caller's identity and stored information concerning restrictions on the customer's calling authority, the caller's authorization for connecting to desired destination parties can thus be verified.

It is also an object of the invention to provide a directory assistance customer with numerous opportunities to request, with minimal action on the customer's part, the directory assistance system to report the desired destination party's telephone number.

It is a still further object of the invention to implement the above objects for callers using wireless telephones.

In accordance with the present invention, a directory assistance system is provided that includes a telephone switch or PBX for receiving, establishing, routing, and

US 6,775,371 B2

5

connecting telephone calls, plus telephone operators, communication links to physically connect the directory assistance system components, and one or more computers, including at least one voice server, to perform a variety of directory assistance functions (e.g., maintain and search databases containing telephone numbers, billing information, call information, etc.; store and execute instructions relating to the operation of the switch or PBX; provide automated voice services and operator functions). Providing access to and from the telephone switch are external communication links that support standard T1, Common Channel Signaling System 7 ("CCSS7"), or Integrated Digital Services Network ("ISDN") communications.

Calls into the directory assistance system and connections from the system to a caller's destination number are made over external communication links. Telephone connections over the communication links are monitored to detect keypresses and connection status conditions (e.g., busy signal, dial tone). For example, outbound connections to a destination party are monitored by call progress analyzers ("CPA") to determine if an attempted call is unsuccessful (e.g., a busy signal is detected); once applied, CPAs are allocated to the outbound connection for a period of time sufficient in length (illustratively determined by a specified number of rings of the destination number) to determine the success or failure of the connection attempt.

The directory assistance system does not drop its connection to, and involvement in, a calling party's connection as soon as it initiates a new call leg (i.e., an outbound call to a destination telephone). Rather, the directory assistance system maintains contact, ready to provide further assistance from a directory assistance operator or a voice server until the calling party disconnects from the directory assistance platform. By remaining in the call flow, a directory assistance system according to this invention is able to provide much faster response to customers' subsequent assistance needs than was heretofore available, which is of particular value to wireless customers who may be distracted by other events. In previous directory assistance systems, in which the system would terminate its involvement after the customer was given its desired telephone number or the directory assistance provider initiated a call attempt to the desired party, the customer was required to reconnect to the directory assistance system if additional assistance was desired.

In a directory assistance system according to the present invention, incoming directory assistance request calls are received by a telephone switch, which is controlled by a switch host computer, via an inbound member of the external communication links and routed to a directory assistance provider. The directory assistance provider may be either a live operator or a voice server that provides automated directory assistance. The switch host computer stores and updates information concerning the status of each active directory assistance call. In addition, a call record is created on a system server to store, for billing purposes, the history of the customer's call. After receiving a request from the caller, the directory assistance provider locates and retrieves the telephone number of the desired destination party by searching directory assistance information stored on system servers. An outbound member of the communication links is seized in order to connect the caller to his or her party, and the destination telephone number is dialed over that outbound member. A dial-tone multi-frequency ("DTMF") receiver is applied to the inbound member to detect customer keypresses, which may represent prespecified directory assistance requests. A call progress analyzer ("CPA") is applied to the outbound member for a

6

period of time to monitor the member for any one of several pre-determined telephone call connection status conditions that indicate an unsuccessful call attempt. Upon detection of such a connection status condition, or when the called party disconnects, the caller is redirected to a directory assistance provider for further assistance.

The present invention is also directed to providing a calling party with telephonic concierge-type services. The concierge service is intended for use by, but not limited to, wireless telephone subscribers. The service encompasses a wide range of concierge-type services such as for example a telephonic restaurant guide and reservation service, order-arranging transportation, accessing entertainment guides, an event ticketing and reservation service, a hotel reservation and availability service as well as a travel or flight reservation and ticketing services.

According to a preferred embodiment of the present invention, the system includes a nationwide wide area network (WAN) connecting a plurality of directory assistance centers to a server and directory listing database located in an information hub. Communication channels connect calling customers to the concierge-type service request. A computer, preferably web-based, interface directs the fulfillment request through the various actions necessary to fill the request. Communication channels, which allow the fulfillment agents to rapidly and easily connect to the various establishments desired by the calling customers, facilitate the filling of the requests and the notification of the calling customer of the filled request.

The method according to a preferred embodiment of the invention is illustrated by the following example. A caller dials and is connected to an enhanced directory assistance service. The caller is informed about the concierge service by a recorded message or by an operator. Alternatively, the caller may already be aware of the concierge service. The operator then obtains a request from the caller. Such a request may either be a request for listing information, such as for example a request for all vegetarian restaurants in a particular area, or the caller may immediately request a reservation, at for example the caller's favorite restaurant. The operator then obtains the caller's details and inputs these details into a computer database. Such details may include the caller's contact details, dietary preferences, desired restaurant location, type of credit card to be used, restaurant views, etc. The operator then looks up listing information from another computer database, based on the information from the caller in a specific suburb. A fulfillment agent attempts to contact the restaurant to make the reservation. Finally, the caller is notified whether the reservation was in fact made or not, and any reservation details, if applicable.

In a preferred embodiment, the reservation process is undertaken by a fulfillment agent who exclusively attends to such requests, thus allowing the operator to attend to other tasks. In an alternative embodiment, the operator who receives the request for concierge services may attend to the request.

US 6,775,371 B2

**7**

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features, aspects, and advantages of the present invention will become more readily apparent from the following detailed description, which should be read in conjunction with the accompanying drawings, in which:

FIG. 1 depicts the components of a directory assistance system according to the invention;

FIG. 2 provides a detailed view of a telephone switch used in an embodiment of the invention;

FIG. 3 provides a detailed view of a voice server used in an embodiment of the invention;

FIGS. 4A–E are flowcharts depicting a method of implementing the invention;

FIG. 5 is a telephonic system according to a preferred embodiment including a wide area network.

FIG. 6 illustrates a first graphical user interface of the present invention;

FIG. 7 illustrates a second graphical user interface of the present invention;

FIG. 8 illustrates a third graphical user interface of the present invention;

FIG. 9 illustrates a fourth graphical user interface of the present invention;

FIG. 10 illustrates a fifth graphical user interface of the present invention;

FIG. 11 is a flow chart depicting an embodiment of the method by which telephonic concierge assistance is provided to a caller; and

FIG. 12 is a flow chart further depicting an embodiment of the method by which telephonic concierge assistance is provided to a caller.

## DETAILED DESCRIPTION

The following embodiments will be described in the context of a private telephone switch connected via a conventional T1 communication links to customers using wireless telephones. Those skilled in the art, however, will recognize that the disclosed methods and structures are readily adaptable for broader applications. Note that wherever the same reference numeral is repeated with respect to different figures, it refers to the corresponding structure in each figure.

With reference to FIG. 1, a directory assistance system 100 according to an exemplary embodiment of the invention is depicted. One or more external communication links 102 connect directory assistance system 100 to customers and customer telephone networks. (The T1 carrier is the most commonly used digital line in the United States, Canada, and Japan. In these countries, it carries 24 pulse code modulation (PCM) signals using time-division multiplexing at an overall rate of 1.544 megabits per second. T1 lines use copper wire and span distances within and between major metropolitan areas. It should be appreciated that other systems may also be used.) Communication links 102 connect to telephone switch 104, which is connected to switch host computer 106 via switch data link 108. In an alternative embodiment, switch host computer 106 is coterminous with telephone switch 104.

Telephone switch 104 (also referred to herein as a "switching matrix platform") is attached via a T1 communication link to channel bank 110, and from there connects to operator channel 112 and a plurality of operator and fulfillment agent telephones 116 and 117 respectively. Operator telephones are located at each of one or more operator telephone switch 104.

**8**

positions (represented by the numeral 114 in FIG. 1), and fulfillment agent telephones are located at each of one or more fulfillment agent positions (represented by the numeral 119 in FIG. 1). Using operator data terminal 118, a live operator at operator position 114 accesses one or more system servers 120, which are interconnected via data network 122. Switch host computer 106 is also connected to data network 122. Finally, switch host computer 106 is connected to one or more voice servers, which are described below. Each connection to a voice server employs a T1 voice server link (a first voice server link 124 is shown in FIG. 1).

The data network 122 may, but not necessarily, also further connect to a directory listing/concierge (DL/C) database server 136 and a caller profile database server 134. The caller profile database server 134 stores detailed information about a subscriber. Such details may include the subscriber's name, contact details, preferences, dietary requirements, likes and dislikes, past logged activities, etc. The DL/C database server 136 may contain directory listing information on restaurants, events, accommodation, transportation, travel information and booking, stock prices, weather and other services such as grocery or flower delivery, etc.

As stated above, communication links 102 provide telephone connections to directory assistance system 100 for incoming directory assistance calls and also provide access to external telephone networks over which outgoing calls are placed. An incoming call is received via inbound channel 102a (shown in FIG. 2) and an outgoing call is placed over outbound channel 102b (shown in FIG. 2). There is generally one inbound channel 102a for every inbound channel 102a, so that for every call into directory assistance system 100 there is an outbound channel available to reach the caller's desired party or parties. Communication links 102 may, in an illustrative embodiment, be comprised of one or more T1 communication spans which are known in the art. In such an embodiment, each individual call over a T1 span, whether into or out of telephone switch 104, utilizes one of the 24 individual channels into which a T1 span is segmented, each channel providing two-way communications.

Telephone switch 104 is now described in further detail with reference to FIG. 2. Operation of telephone switch 104 is governed by computer-readable instructions stored and executed on switch host computer 106. In one embodiment of the invention, telephone switch 104 is an Excel LNX 2000 and switch data link 108 is a 38.4 kb serial link; in another embodiment, switch data link 108 is an Ethernet link.

Telephone switch 104 includes expandable central processing unit ("EXCPU") 204 and/or matrix central processing unit ("MXCPU") 204. EXCPU/MXCPU 204 serves as an interface for telephone switch 104 to switch host computer 106 (via switch data link 108).

EXCPU/MXCPU 204 and other components of telephone switch 104 communicate through shared communication path 202, commonly called a "midplane." In the currently-described embodiment, midplane 202 utilizes a time division multiplexing ("TDM") method of sharing a common pathway. Thus, a plurality of data and/or voice streams can be interleaced onto the single path, separated by time.

US 6,775,371 B2

**9**

Another board-level component of telephone switch 104 is multi-frequency digital signal processor ("MFDSP") unit 210, which includes four single in-line memory module ("SIMM") packages. Each SIMM packaging is comprised of four DSP arrays. Each DSP array is composed of multiple, illustratively sixteen, programmable DSPs. The DSPs can be programmed or reprogrammed to function as, among other things, call progress analyzers ("CPA"), call progress generators ("CPG"), multi-frequency ("MF") receivers or transmitters, dual-tone multi-frequency ("DTMF") receivers or transmitters, or conference units, depending upon the demand placed on directory assistance system 100 and telephone switch 104 for each corresponding function.

CPAs (represented by the numeral 218 in FIG. 2) are sensitive to, and capable of identifying, telephone connection status conditions and signals including ring tone, busy, reorder, PBX intercept, SIT intercept, vacant code, reorder-SIT, no circuit LEC, reorder-carrier, no circuit-carrier, dial tone, continuous on tone, and silence. In an exemplary embodiment of the invention, one CPA will monitor only one outbound channel 102 at a time. In other embodiments of the invention, one CPA may be applied to more than one outbound channel. However, to ensure that connection status conditions are properly detected, the number of outbound channels monitored by one CPA should be kept to a minimum (i.e., no more than four). In still other embodiments of the invention, two or more DSPs may be applied to a single outbound channel.

CPGs (represented by the numeral 212 in FIG. 2) generate tones to customers connected to directory assistance system 100, such as the ringback tone customers hear when they are routed to an operator.

DTMF receivers (represented by the numeral 214 in FIG. 2) listen for DTMF tones generated by customers' telephones, such as when a customer presses a telephone button. DTMF receivers are capable of detecting and identifying which button was pressed (i.e., the numbers 0-9 or the characters "*" or "#") and passing that information to the switch host computer 106 for appropriate action. DTMF receivers are assigned to monitor inbound channels for a configurable period of time, illustratively, from the time of a caller's initial connection to telephone switch 104 to the time the caller disconnects, including the duration of all outbound call legs made on the caller's behalf. Once applied to an inbound channel, a DTMF receiver allows telephone switch 104 to detect the press of a telephone button, perhaps done in order to activate tone-triggered return transfer as described in U.S. Pat. No. 5,737,700, which is incorporated herein by reference, or another feature of directory assistance system 100.

In the presently-described embodiment, each DSP array provides multiple instances of the function for which it is programmed, the exact number depending upon the specific function. For example, each DSP array programmed to provide CPA, CPG, or DTMF receiver functions provides sixteen instances of the chosen function. In other words, a DSP array programmed to provide call progress analyzer functions will contain sixteen separately and independently functional and controllable CPAs. A DSP array programmed to provide conference unit functions, however, provides only four instances of such function. The programmable

**10**

DSPs on MFDSP unit 210 are managed by switch host computer 106 via EXCPU/MXPU 204, which keeps track of which DSPs are available and which are allocated.

An additional board-level component of telephone switch 104 is T1 interface unit 230. Switch 104 contains one or more T1 interface units; each unit provides connections to eight T1 (1.544 Mb/sec) spans, each of which is comprised of 24 channels, thus providing 192 64 kb voice channels per T1 interface unit. In FIG. 2, T1 interface 230 dedicates twelve channels on each of six of the eight spans to incoming calls and the other twelve to outgoing calls. The seventh T1 span serves as voice server link 124, and the eighth functions as a link to channel bank 110 and operator channel 112. Voice server link 124 and operator channel 112 are used to connect directory assistance callers to a voice server or a live operator, respectively.

It will be recognized by one skilled in the art that multiple instances of telephone switch 104 may be incorporated into a telephone network or directory assistance system 100 without exceeding the scope of this invention.

In the preferred embodiment, the switching matrix platform (or switch 104) supports digital T1 telephone circuits and includes digital signal processing circuitry which provides the requisite conference capability (described below), SS7 message generation/detection capabilities, and dual tone multi-frequency (DTMF) and multi-frequency (MF) tone generation/detection capabilities. With respect to the SS7 functionality, the switching matrix platform acts as a signaling node, also known as a service switching point.

Switch host computer 106 stores and executes computer-readable instructions for purposes of, among others, configuring and operating telephone switch 104 and directing the transfer of calls through switch 104. It also directs the playback of recorded messages to callers connected to directory assistance system 100. Pre-recorded greeting and closing messages played for callers are recorded in the voice switch host computer 106 directs the playback of the appropriate message by identifying the operator and the inbound channel 102a the caller is connected to and specifying the message to be played.

Further, switch host computer 106 maintains call data for each directory assistance call connected to directory assistance system 100. The call data stored on the host computer 106 and system servers 120 are provided to directory assistance providers when a caller makes multiple directory assistance requests in one call to directory assistance system 100. By considering the collected call data, such as the information that was provided to a caller in a previous request, a directory assistance provider can tailor subsequent assistance to be more effective.

Switch host computer 106 also directs the transfer of information between itself and system servers 120 (via data network 122) as well as between system servers 120 and switch 104 and operator position 114/fulfillment agent position 119 (via channel bank 110 and operator channel 112).

Operator position 114 includes means by which a live operator receives calls, determines caller's informational

US 6,775,371 B2

11

needs, searches for and retrieves information from system servers 120, provides information to callers, and initiates outgoing calls. In an exemplary embodiment of the invention, an operator at operator position 114 is provided with a telephone headset 116 for interacting with callers, and data terminal 118, connected to data network 122, for interacting with system servers 120.

Each operator and fulfillment agent is equipped with a terminal 118 and 121 that includes a monitor and keyboard with associated dialing pad. The operator terminals are coupled over a data network 122 to a data server 120a, allowing an operator to access the data in data server 120a through the operator terminals 118 and fulfillment agent terminals 121.

System servers 120, which are interconnected via data network 122, include one or more data servers 120a which provide and manage data services within directory assistance system 100. Data servers 120a maintain databases containing telephone and business directories, billing information, and other information in computer-readable form to be searched by operators in response to callers' requests. As introduced above, data servers 120a also store call data for later retrieval by directory assistance providers furnishing subsequent assistance to a caller. The call data stored on data servers 120a illustratively include how and where a directory assistance provider searched for information to satisfy a customer request, the information retrieved by the assistance provider, how that information was displayed for the assistance provider, and the form in which it was communicated to the caller. Unlike switch host computer 106, data servers 120a save call data concerning all requests made by a caller during one call to directory assistance system 100, not just the most recent request, but only for a predetermined period of time (illustratively, one hour).

The software used to create and manipulate the databases on data servers 120a is known in the art of computer software and allows directory assistance providers to search the databases by name, address, type of goods or services, etc. In FIG. 1, switch host computer 106 and data servers 120a are depicted as distinct entities; in an alternative embodiment they are coterminous.

Billing information is stored in the form of call records, which are created for each customer call with directory assistance system 100. They contain data such as the caller's telephone number, the date and time of the caller's connection to directory assistance system 100, the dates and times of attempted connections to destination parties, the duration of each call leg, etc. One or more call records are created for recording events occurring during a directory assistance call, and are closed when the customer disconnects from directory assistance system 100.

System servers 120 also include one or more voice servers (a first voice server 120b is shown in FIG. 1) that provide, in alternative embodiments of the invention, all or a subset of the operator functions provided by a live operator at operator position 114. For example, voice servers store and deliver messages that live operators would otherwise be required to frequently repeat for callers, such as greetings, closing messages, and the caller's requested telephone number.

The voice server 120b, also called a voice response unit (VRU), is incorporated into the system to play the frequently repeated parts of an operator's speech, namely the various greetings and signoffs (or closings), and the caller's desired telephone number where requested. Not only does this

12

system provide a voice-saving and monotony-relief function for the operators, it performs a "branding" function (i.e. the prerecorded messages incorporate the name of the telephone company through which the caller was routed to the directory assistance service), and it also reduces the amount of time an operator is actually connected to a caller. The voice server may also contain a voice recognition system for receiving verbal input from a party connected to the voice server.

The DL/C database server 136 and data server 120a provide operators with the means to search for a caller's number. For example, the preferred database can answer queries soliciting the names/numbers of Chinese restaurants on a given street. Data indexed in this fashion is usually not commercially available, so the present assignee starts with a commercially available database file (e.g. the Directory Assistance Database Source available from U.S. West), and enriches it by adding further data manually. The databases may be the SQL relational databases. SQL (Structured Query Language) is a standard interactive and programming language for getting information from and updating a database. Queries take the form of a command language that lets you select, insert, update, find out the location of data, and so forth. Database servers 134 and 136 may also be located at a centralized location. Each remote LAN thus accessing these databases via the LAN. Servers 120a and 136 are separated for ease of explanation, but may be incorporated into a single database.

Desirably, the results of the database search presented on the operator's terminal 118 or fulfillment agent's terminal 121 are not alphabetized prior to display, but rather are presented in the order located by the database search engine. (If desired, a deliberate randomization of order could be effected before display.) Businesses at the beginning of the alphabet are thereby not unduly favored by callers using the directory assistance service. In the alternative, businesses can bid to be listed at the beginning of the list.

The database software itself is conventional. The presently preferred host mode is to use a relational database, such as is available from Sybase. However, much simpler software can alternatively be used, such as DBase 4.

Directory listing information may be obtained from a number of commercially available services and/or may be manually entered into the DL/C database server 136.

In an illustrative embodiment, depicted in FIG. 3, voice server 120b is connected to telephone switch 104 by voice server link 124 and to switch host computer 106 and data servers 120a via data network 122. Each voice server connects to telephone switch 104 via a separate voice server link. Voice server 120b consists of a general purpose computer plus one or more voice cards (a first voice card 302 is depicted in FIG. 3), which serve as the interface between voice server link 124 and voice server 120b. Voice card 302 monitors and controls communications over voice server link 124, its capabilities include telephone tone detection and generation, voice recording and playback, and call progress analysis. Therefore, very similar to telephone switch 104, voice server 120b is capable of detecting connection status conditions, detecting customer keypresses, and generating tones. Although FIG. 1 depicts voice server 120b distinct from data servers 120a, in alternative-embodiments they are coterminous.

US 6,775,371 B2

13

Voice server 120b also includes typical computer components such as central processing unit 304, data storage unit 306, and bus 310 for transferring voice and data signals. Voice server 120b may also contain a voice recognition subsystem (not shown) for receiving verbal input from a party connected to the voice server.

Voice server link 124 provides voice connections between telephone switch 104 and voice server 120b, thus providing means by which callers may be connected to voice server 120b and receive automated operator assistance. Voice server link 124, in an illustrative embodiment of the invention, is comprised of one or more T1 spans, with each one of the 24 channels of each span providing two-way communication.

An appropriate stages in call progression, the switch host computer 106 initiates a voice path between the voice server and the switch 104 such that the caller, or the caller and the operator, are able to hear whatever pre-recorded speech is played on that circuit by the voice server. Computer 106 then instructs the voice server, via the data network, what type of message to play, passing data parameters that enable the voice server 120b after a busy signal or a ring-no-answer condition is detected, subsequent monitoring of inbound channel 102a and outbound channel 102b is performed by the operator. The recording density used is high enough to provide a good enough quality of message playback that most users of the system should be unaware they are listening to a recording.

## Advanced Directory Assistance Services

When, as described below in connection with one method of implementing this invention, the caller is connected to voice server 120b after a busy signal or a ring-no-answer condition is detected, subsequent monitoring of inbound channel 102a and outbound channel 102b is performed by the operator. Three services are of particular value, and directory assistance system 100 can be configured to automatically offer all, or a subset, of the three services to callers who encounter a busy signal or a ring-no-answer condition after bound channel 102b to detect, for example, when the destination telephone is answered or disconnected. As mentioned above, voice server 120b contains voice card 302 which provides telephone signal detection and generation capabilities comparable to those of telephone switch 104. By drawing upon these capabilities, directory assistance system 100 can offer advanced directory assistance services to callers.

The first service of particular interest serves to inform the caller of the telephone number retrieved in response to the caller's directory assistance request. Illustratively, the caller will press the "#" key to invoke this service. In response, voice server 120b conveys a verbalization of each digit in the telephone number. Alternatively, the caller may press another key, such as the "*" key, to receive the destination telephone number via his or her alphanumeric pager. One method by which directory assistance system 100 may deliver the destination telephone number to the caller's pager is by formatting a message containing the destination number to be provided, sending the message to a paging server maintained by the customer's service carrier, from whence it is sent across the carrier's paging network to the customer. The message may, alternatively, be received on another alphanumeric communication device, such as the customer's wireless telephone. The message will typically be addressed to the customer's automatic numbering identification

14

("ANI") that was received with the customer's call. The message passed to the customer will include the destination telephone number and may include further identification data such as the name and/or address of the destination party.

The second service allows a caller to leave a message for a currently-unreachable destination party. Voice server 120b records the message provided by the caller at, at configurable time intervals in the future, attempts to connect to the destination telephone. When a successful connection is established, the message is delivered. In a present embodiment, if the successful connection is to a live person or an answering service, the answering person will be informed that a message exists for a specified destination party and will be requested to press a particular key to receive the message. After playing the message, it may be played again. In this embodiment, if the successful connection is to an answering machine, the message will be played for the machine to record, thus allowing the destination party to easily retrieve it.

In an alternative embodiment of this service, the destination party will be required to call directory assistance system 100 to retrieve the message left for that party by the original caller. The party must enter an access code to retrieve the message, thus ensuring that private messages are adequately protected. If delivery or notification of the stored message is attempted for a predetermined number of times without success, the message will be deleted and the failed delivery attempt will be noted.

The third service of particular interest enables a destination party to return a calling party's call via a single keypress, and has particular value when used in conjunction with the second service. In such a combination, after voice server 120b plays the message for the destination party, the destination party may press a specified key to initiate a call to the original caller. Voice server 120b will handle this as a normal ongoing call.

## Concierge-Like Services

As illustrated in FIG. 5, the telephone system according to a preferred embodiment of the present invention includes coverage area in a plurality of directory assistance centers 21, 22, 23, 24, 25, 26 and 27. Each of the directory assistance centers 21, 22, 23, 24, 25, 26 and 27, which in this instance comprises directory assistance system 100 described above, covers one or more regional coverage areas. One or more information hubs 10 are also included in the WAN 30. An information hub 10 contains one or more databases 20 and one or more servers 28 which are accessible by the operators, and fulfillment agents in system 100.

Operators are generally provided with web browser capabilities, telephone facilities as well as fully-featured operator user interface applications which facilitate the searching and retrieval of directory assistance information from database sources. It is well understood that directory assistance operators receive and respond to requests for directory assistance. According to the present invention, in addition to responding to requests for directory assistance,

a wide area network (WAN) 30 covering a wide coverage area. The WAN 30 can be an internet-based network such as the world wide web or can be a private intranet based network. According to a preferred embodiment, the WAN 30 covers an entire region (e.g., the entire eastern seaboard of the United States), an entire country (e.g., United States) or group of countries (e.g., all of Canada, Mexico and the United States). The WAN 30 connects a plurality of operators and fulfillment agents dispersed throughout the wide

US 6,775,371 B2

15

the operators are capable of receiving requests from calling customers throughout the system for requests for concierge-type services. When a request for concierge-type services is received by an operator, the operator completes a record of the request. This record is referred to as a "ticket."

A web-based form of ticket is accessible by each of the operators over the WAN. One such form is shown in FIG. 6. To complete the ticket, information regarding the concierge services request is gathered in a number of ways. The customer may, for example, specifically request a particular restaurant or a particular airplane flight or hotel reservation. Using a request for a restaurant reservation as an example, the operator may solicit from the calling customer their first choice for a restaurant, their second choice for a restaurant, their desire for a particular airplane flight or hotel reservation. disposal to compile a specific request for the calling customer. (The term "operator" is meant to include both human operators as well as automated operators such as voice response and voice detection units.) The operator may then obtain directly from the calling customer information regarding preferred seating times, alternative seating times, etc.

More typically, however, the customer will have certain desires—e.g., a vegetarian outdoor restaurant in "Cardiff by the Sea" as per FIG. 6, or a midnight flight from New York's JFK Airport to San Diego International airport. In this case, the operator will search the various databases at his/her disposal to compile a specific request for the calling customer. (The term "operator" is meant to include both human operators as well as automated operators such as voice response and voice detection units.) The operator may then obtain directly from the calling customer information regarding preferred seating times, alternative seating times, etc.

Information, such as who the calling customer is and contact numbers so that the system can confirm with the calling customer when the request is fulfilled, be advantageously obtained from information regarding the calling customer residing on the various databases. The system automatically uses this database information to complete part of each ticket.

According to the present invention, the operator's web browser provides a direct connection to either a server in one of the information hubs, or to a central server, in the system. In essence, the operator interface and the server are in a client-server arrangement. Thus, in effect, when the ticket is filled-in, the operator sends the ticket over the WAN to the concierge database to be picked up for fulfillment.

Fulfillment agents fill the requests for concierge services received by the operators. Fulfillment agents are provided similar web browser and telephone facilities to those provided to the operators. By means of the web browser, the fulfillment agent has access to one or more web pages. These web pages provide the fulfillment agents with information regarding outstanding requests for concierge services. (The public's access to these web pages is restricted so the privacy of the calling customer is protected.) When a ticket created by one of the operators is placed on the web page for the fulfillment agent in that regional coverage area will change and indicate that a ticket needs to be processed. The system periodically refreshes the web pages to keep fulfillment tickets current. Advantageously, the fulfillment agents are located throughout the coverage area. A fulfillment agent preferably is an individual with specialized knowledge of the regional coverage area and the services provided therein so they can effectively fulfill the requests for local concierge services. The fulfillment agent may be a call center supervisor, an underutilized operator or a task specific employee in a particular directory assistance center.

According to the preferred embodiment, a centralized concierge relational database is maintained in a central

16

information hub. The preferred database being a structured query language (SQL) relational database, although other relational and non-relational systems may be implemented without departing from the scope or intent of the present invention. A motivation behind maintaining the concierge database in a single information hub is that such centralization provides the capability of receiving a request for concierge services in a first regional coverage area where the requested services are in a second regional coverage area. For example, suppose a business traveler in New York intends to fly later that day to San Diego to have dinner that evening in "Cardiff by the Sea." The traveler dials the New York directory assistance center. The operator informs the operator who receives the call in the New York center of his travel plans and his desire to eat at a "Cardiff by the Sea" restaurant. The operator in the New York center creates the ticket for the business traveler. That ticket is recorded in the centralized concierge database. The server will then automatically route the ticket to a fulfillment agent in the San Diego directory assistance center. As a result, the ticket appears on the screen of the San Diego fulfillment agent in the San Diego directory assistance center.

Each directory assistance center has an identification number and/or name. When an operator creates a ticket, the system by default assigns the ticket to the directory assistance center where it was created. This is accomplished by assigning the originating center's identification number/name to the ticket. However, the operators have the capability to change this assignment, by manually inputting the identification number/name of the center where the request for concierge services is to be directed. In the example above, the operator in the New York center would change the identification number/name of the fulfilling center from the default of the New York center to the San Diego center.

While implementation of full concierge databases/database server in each directory assistance center adds administrative overhead, the present invention encompasses embodiments where the concierge database/database server is not centralized in a single information hub but is instead distributed throughout the system. Similarly, in a further alternative embodiment in addition to the centralized database, one or more localized concierge databases may be maintained locally to keep, maintain and update travel and concierge-type information relevant to only that particular locale. Further, while the concierge database is described and depicted as a separate and independent database from the other maintained databases (e.g., directory assistance database or a customer information database), it is well understood by those skilled artisans that the concierge database may reside as part of one or more of the databases maintained by the organization.

Referring to FIG. 5, both the operators and fulfillment agents have access to these concierge databases. The WAN 30 connects the operators and fulfillment agents to the concierge databases 20. In general terms, the concierge database maintains information regarding concierge services. For example, the concierge database includes customer credit card information, and information regarding the status of the request for concierge service. Typically, restaurants and hotel listings are maintained on a directory assistance database separate from customer and ticket data. However, in an alternative embodiment, all concierge information is maintained on a separate concierge database.

A further network is provided to connect the fulfillment agents to providers of services, such as airlines, hotel chains, restaurants, travel agents (including web-based travel service providers such as Expedia, Priceline.com, Travelocity),

US 6,775,371 B2

17

Such a network connection may be a public or private network (such as a VPN).

FIG. 6 illustrates a graphical interface used by an operator to generate a ticket. The interface is designed so that the operator asks appropriate questions to accumulate sufficient information to fill the customer's request. The intent of the interface is that the ticket can be filled by the fulfillment agent without further interaction between the system and the calling customer. However, should further interaction be required, the interface includes contact information so a follow-up phone call can be placed to the customer, either to obtain further information so the request may be filled, or to advise the customer that the request has been filled. The interface shown in FIG. 6 is directed to a request for a restaurant reservation. It should be appreciated that different interfaces may be used for different types of requests. For example, an interface may be specifically designed for hotel reservations, airplane reservations or car reservations. The operators may select via menu the appropriate interface for the customer request. Alternatively, the appropriate menu may be selected automatically by the system based on skills-based routing or by dialed telephone number.

Referring now specifically to the interface shown in FIG. 6, the interface includes a plurality of sets of fields, each of the fields capable of capturing data input. The first set of fields relates to the identification of the calling customer. The first of the three fields in the first set is the "Name of Reservation" indicating the calling customer requesting the reservation. The second field is the "Caller MIN" indicating the calling customer's Mobile Identification Number (MIN). The third field is the "Carrier ID" indicating the carrier who provided the call to the calling center. The system may be designed to input the information into these fields automatically. The calling center's switching equipment described herein is capable of detecting the information associated with these fields directly from the incoming call. Thus, when an operator selects this interface in connection with a call, these fields may automatically be filled in. Additional fields relating to the identification of the calling customer may also be automatically filled in and displayed. The additional fields include the home address of the calling party and the present location of the calling party by the extent such information is available from the carrier, by GPS or other locating means.

The next two sets of fields relate to the particular restaurant desired by the calling customer. The first set of fields relate to the first choice for the restaurant, its phone number, and its address. Similarly, the second set of fields relate to the second choice for the restaurant, its phone number and its address. The fields titled "First Choice Restaurant" and "Second Choice Restaurant" are typically completed with information solicited by the operator from the calling customer. However, records kept in the databases may include a list of favorite restaurants for this particular customer. In addition, there may be more than one list of favorite restaurants maintained, one for each of the different cities frequented by the calling customer. In another embodiment of the present invention, the operator may offer the calling customer recommendations of restaurants from well-known lists of restaurants such as those generated by Zagats, Sidewalk.com or another director database maintained by the system. Advantageously, once the "restaurant names" fields are completed, the remaining fields relating to the phone number and address of the restaurants may automatically be filled in by information obtained from the directory assistance databases maintained in the system. Relevant database information can also be manually transferred by the operator into the ticket fields.

18

The next set of fields in the operator interface relate to the details needed for making the restaurant reservation. The first field is titled "Date of Reservation" which is the date the customer wants the reservation. This field is completed with information solicited by the operator from the calling customer. The date of the telephone call is used as the default and may be modified by operator input to a future date if requested by the caller. The next field is titled "Number in Party" and corresponds to the size of the party for which the reservation is sought. This field is completed with information solicited by the operator from the calling customer. This field advantageously may default to information contained in a record entry in a database corresponding to the calling customer's preferred dining hour. The fourth field in this set is titled "Preferred Time" which corresponds to the time the calling customer desires the reservation. This field is completed with information solicited by the operator from the calling customer. This field is consistent and advantageously defaults to a record entry in a database corresponding to the calling customer's preferred dining hours.

The last set of fields in the operator interface corresponds to contact information. The contact information fields comprise two sets of fields corresponding to a contact name, contact method, and telephone number. Typically, this information advantageously defaults to information contained in a record entry in a database corresponding to the calling customer's preferred contact names, methods and phone numbers. The operator is expected to confirm with the calling customer the correctness of this information. Regarding the contact method, a pulldown menu is provided. Any number of contact methods are available including phone, wireless phone, pager, fax, and email. Whenever one particular method is chosen, the corresponding telephone number and/or email address appears. It is understood that the same name may be entered in both contact name fields but two different contact methods may be chosen, for example, phone and pager.

A notes field not illustrated in FIG. 6, is an additional field in which the operator may type in comments such as special dietary requirements, special seating requests, etc.

A further field not illustrated in FIG. 6 is the field associated with the center targeted to fill the request. As described previously, the ticket as the default fulfillment generates the ticket as the default fulfillment center. However, in instances in which the caller seeks concierge services outside the generating center's regional area, the operator will modify the ticket to direct the ticket to the appropriate fulfillment center. In a preferred embodiment, the system, automatically recognizes when the request for concierge services are outside the generating center's regional area and will prompt the operator if he/she wants to direct the ticket to a more appropriate calling center.

Some forms of tickets according to the preferred embodiment are illustrated in FIGS. 7–10. Referring to the form of ticket illustrated in FIG. 7, this ticket is presented by the system to a fulfillment agent sitting in the directory assistance call center which will fulfill the ticket, in this example the San Diego call center. Via the WAN, the server in the information hub directs a ticket to the display of a San Diego fulfillment agent. The ticket provides the fulfillment agent

US 6,775,371 B2

**19**

with general information regarding a customer's request for concierge services. For example, with the ticket shown in FIG. 7, the fulfillment agent is provided with information regarding the identification of the ticket, the date and time of the next action to fill the request, the desired reservation date and time, the name of the requesting customer, the name of the target restaurant and the status of the request.

A first field is labeled "ID" and corresponds to the identification of the particular request for concierge services. The ticket is linked in the database to other records regarding the concierge services request such as all of the information taken down by the operator in generating the request. The fulfillment agent can access these additional records by selecting the ID field. (Because the ticket is presented to the fulfillment agent in the form of a web page, the fulfillment agent in the form of a mouse click. The system server recognizes the mouse click and presents information to the operator.)

It is understood that a fulfillment agent will usually attempt to fill more than one ticket at a time. Thus, a fulfillment agent will necessarily have the capability to step through the various tickets currently at the fulfillment center that require fulfillment. This advantageously allows the fulfillment agent to prioritize which of the then-pending tickets he/she will attempt to fulfill. Server software may also automatically prioritize tickets, allowing the fulfillment agent to override such prioritization if necessary. The concierge database may be searchable by any and all of the fields in the request, but preferably by the restaurant or customer name. In FIG. 7 it is shown that the agent is provided on his/her screen, facilities to search requests by reservation name or by reservation time. In addition, the fulfillment agent may step through the tickets pending at that call center, one by one, by page-up and page-down keys, or by back and forward keys on the web browser interface.

The system creates an environment to ensure that tickets are responded to by fulfillment agents in such a way so as to maximize the probability that customers' requests are filled. One of the methods that the system implements towards this end is to prioritize, schedule and record all of the actions taken by the fulfillment agents on each request. Thus, the system advantageously minimizes the amount of guess work associated with the request. Instead, it provides each fulfillment agent with clear instructions when attempts to fill a request should be made. The field labeled "Next Action Date/Time" is integral in this process. It informs the fulfillment agent of the time and date that the agent should attempt to fill the customer's request. The system advantageously includes an alarm subsystem which automatically signals the fulfillment agent that an action should be taken toward the fulfillment of the request.

In terms of prioritization, the system employs one or more queues which allow the system to process tickets based on next action time. Depending upon the availability of system resources, the system may assign a plurality of fulfillment resources to each of the queues to maximize the probability of request fulfillment. Each ticket's next action time is preferably based on when an action last took place. A ticket's next action time may be set as follows:

1. No further action required as of midnight of the reservation date.
2. Currently needs further processing.
3. Needs more processing as target telephone was busy.
4. Needs more processing as targeted telephone had no answer.
5. Fulfillment agent may override the next action time.

**20**

More urgent tickets may be processed before less urgent ones. The system weighs a number of factors in determining which of the tickets are most urgent. These factors include the proximity between the current time and the reservation date and time and the duration of time that the request has been under the status "Requires Fulfillment." In addition, particular customers may warrant higher or different priority treatment. With these requests, the systems may place these tickets ahead of other tickets in the queue. Alternatively, the system may employ two queues, one for priority customers and one for non-priority customers. Special fulfillment agents, such as those having special language skills or those having more years of experience on the job, may be assigned to the priority queues.

Scheduling and recording of the processing of tickets is now described in connection with FIGS. 8-10. FIG. 8 illustrates a ticket after its creation. The ticket comprises a request section and an event section. The request section appears just below the event section and is simply the request as taken down by the operator as described above in connection with FIG. 6. The fulfillment agent may scroll up and down the page to view the different portions of the ticket.

The event section is illustrated in FIGS. 8-10. The event sections are essentially a menu-driven table. The event table facilitates the scheduling and recordation of all of the actions taken upon a particular request. A time and date stamp identifies when the last action was taken upon the request. Next, a menu driven list sets forth all of the permissible actions that may be taken with respect to the request. The list of permissible actions include calling the first restaurant, calling the second restaurant, contacting the first customer contact, contacting the second customer contact, or simply viewing the request. Additional action types may be added, as needed. One of the major advantages of the present invention is the ease by which these actions are taken by the fulfillment agent. Upon selection of a particular action, the directory assistance center automatically retrieves the number or routing information of the appropriate party (e.g., the telephone number of the first or second restaurants or the pager or email address of the first or second customer contact) from the ticket record and may thereafter attempt to establish a connection with the appropriate party. The directory assistance center of the present invention includes one or more voice and/or data connections which provide connection to a public network over which outgoing calls or messages may be placed. Because of this environment, when the fulfillment agent selects a particular action in the menu, a connection to the appropriate party may be established without further action on the part of the fulfillment agent. This eliminates the requirement that the fulfillment agent look up the telephone number in some database (whether it be a phone book or computer database), manually dial the telephone number, redial if a misdial occurs, look up a second number for the second restaurant, and so on. Thus, the present invention significantly reduces the time and effort associated with providing concierge services. The fulfillment agent may also, if desired, manually dial the desired telephone number.

The next column in the event table is a menu driven list of the results of the last action. The list of permissible results of the last action include both the successful completion of an action (e.g., a reservation made at desired time, customer contact notified and reservation confirmed, etc.), incomplete attempt to complete action (leaving message on answering machine of restaurant, being placed on waiting list of

US 6,775,371 B2

21

restaurant, reservation available but outside range of time, unable to contact person, etc.) as well as the failure to complete a request because of the inability of the restaurant to meet the customer request (no reservation within range requested, no tables available, etc.). In addition, any of the possible network communication events such as ring-no-answer, busy, or network problem may be result of last action. These network communication events may advantageously be detected by the directory assistance center and automatically entered into the list.

The next column in the events table is a place for the fulfillment agent, if applicable, to write any notes. These notes, along with the remainder of the ticket, allow a second fulfillment agent to pickup where a first fulfillment agent left off and continue processing the first fulfillment agent's ticket.

A ticket has a current status. The ticket may be "new." A "new" ticket indicates there is a first action to be taken for the reservation request. The ticket may "require fulfillment." A ticket "requiring fulfillment" indicates a first action has been taken but further actions are required. The ticket may "require customer notification." A ticket requiring customer notification indicates that the customer must be notified because either the reservation has been successfully completed or there was a failure to complete the reservation and the ticket has been closed. A "notified" ticket indicates that the customer has been informed of the status of the request.

The event section of the ticket further includes a next action time/date. Whenever further actions are required on the ticket, the system automatically establishes a time and date for the next further action to be taken. The system uses a simple algorithm to establish the time and date for the next action. So long as there is sufficient time between the current time and the time by which the reservation must be made, the next action time/date will be set at regular intervals (for example, every 15 or 30 minutes). However, when the time between the current time and the time by which the reservation must be made draws near, the next action time/date will accelerate to ensure the customer is notified. This auto next action time may be manually overridden.

Method of Operation

One method of implementing the present invention is depicted in FIGS. 4A-4E. As an initial process, switch host computer 106 is programmed at step 400 with instructions for configuring and operating telephone switch 104 in accordance with the present invention. The instructions are loaded in computer-readable form, as is known in the art.

A directory assistance call is received (step 402) by directory assistance system 100 at T1 interface 230 of telephone switch 104 via inbound communication channel 102a. A directory assistance call may originate at virtually any telephone, whether wireless, portable, or stationary. Callers of a particular telephone company simply dial the access digits established for directory assistance by that company. Examples of typical access digits are "#555" and "555-1212." The participating telephone company's own switching system will then reroute the call to the directory assistance service center 100 (via a T1 channel), where it appears as an incoming call.

In receiving the call, directory assistance system 100 also receives data concerning the caller's identity, such as the caller's ANI, and the area of the call's origination, such as the originating cell site. This information is used, as

22

described below, to verify that the customer is authorized to connect to the desired destination party via directory assistance system 100.

Switch host computer 106 and data server 120a commence (step 404) the collection of call data, starting with the information listed immediately above. The call data is updated as directory assistance system 100 takes action on behalf of the caller. Therefore, when a caller makes successive assistance requests, the directory assistance provider (i.e., a live operator or voice server 120b) called upon to satisfy each subsequent request can refer to information concerning the caller's connection to directory assistance system 100 and the information provided in response to the caller's previous requests.

Switch host computer 106 determines (step 406) whether any directory assistance operators are available. If no operators are immediately available, and the caller has not already been waiting (step 408) for an operator, CPG 212 generates (step 410) a ringback tone across T1 interface 230 to inform the calling customer that his or her call is being queued to await an available operator. Waiting calls are then placed (step 412) into an automatic call distribution queue maintained by switch host computer 106 and constructed such that queued calls are routed to available operators in the order in which they were received. When one or more operators are available (step 406), a queued call, or if no calls are queued then a new call, is connected (step 414) to an available operator by switch 104 through EXCPU/MXCPU 204 and operator channel 112. In one embodiment of the invention, calls that are returned to an ACDQ due to an unsuccessful attempt to complete an outgoing call are placed into a separate ACDQ that has a higher priority than the ACDQ that holds new calls.

Once connected to an operator, a greeting message is played (step 416) for the caller. In illustrative embodiments, the message may be live from an operator or recorded (in the voice of the operator to whom the call is connected) and played back by voice server 120b. Switch host computer 106 directs the playback of recorded messages from voice server 120b by identifying the inbound channel 102a and the operator with which the caller is connected and specifying the message that voice server 120b is to play.

The caller typically then states (step 418) his or her directory assistance request by identifying, as far as he or she is able, the destination party he or she wishes to contact. The operator searches databases of information (e.g., listings of private individuals and businesses), stored on data servers 120a, for the appropriate destination telephone number. Database records matching the caller's query may be displayed on the inquiring operator's data terminal 118 in a variety of formats, such as alphabetical, random, etc. The operator retrieves (step 420) the information most closely matching the caller's request.

Based on the destination telephone number retrieved by the operator, the caller identification information received with the call by directory assistance system 100, and call authorization data stored on data servers 120a, the operating software on the data servers attempts to verify (step 422) the caller's authorization to connect to the destination telephone number through directory assistance system 100. For example, a caller may not be authorized to make long-distance telephone calls on his or her account. When such a caller connects to directory assistance system 100 from his or her home local calling area, the software simply determines whether the caller is trying to call a destination telephone number outside of the caller's local calling area. If, however, the caller is connected to directory assistance

23

system 100 from a calling area outside of his or her home local calling area, the software uses the ANI received with the call, as well as the destination telephone number, to determine whether the caller is attempting to place a long-distance call.

If the caller is not authorized (step 422) to make the requested call through directory assistance system 100, the caller will merely be provided with the destination telephone number (step 429). Additionally, the caller may only be authorized to receive information from directory assistance system 100 (i.e., he or she may not place any calls through the system). In this situation, the caller could never advance further than step 424.

If, however, authorization is verified (step 422), the operator initiates an outgoing call for the caller by seizing (step 426) outgoing communication channel 102b from T1 interface 230 and outdialing (step 428) the destination telephone number. Outdialing is a function of telephone switch 104, whereby switch 104 transmits the destination telephone number after it is entered. Entry of the destination telephone number may be done manually by an operator (i.e., the operator keys the number in via operator telephone 116) or automatically by data server 120a (i.e., data server 120a delivers the destination telephone number to switch 104 after the number is identified by the operator).

Switch host computer 106 is notified of the outgoing call and automatically instructs telephone switch 104 to apply (step 430) CPA 218 to outbound channel 102b and DTMF receiver 214 to inbound channel 102a after outdialing. Although a plurality of the programmable DSPs on MFDSP unit 210 are allocated and configured as CPAs and DTMF receivers, they remain in a quiescent state until assigned to an outbound channel. Telephone switch 104 then connects (step 432) the calling customer on inbound channel 102a to the outgoing call on outbound channel 102b.

CPA 218 monitors the outgoing call on outbound channel 102b for a predetermined number of rings, a predetermined amount of time, or until a specified connection status is detected. A successful call, in which the destination telephone is answered, is recognized by T1 interface 230 of switch 104. Illustratively, T1 interface 230 identifies a successful call by detecting, on outbound channel 102b, bit transition that occurs when the destination telephone converts from an on-hook status to an off-hook status. The detection of a successful call is relayed to switch host computer 106 by switch 104. In one telephone switch receivers, they remain in a quiescent state until assigned according to the invention, T1 interface 230 first notifies EXCPU/MXCPU 204 of the successful call via TDM midiplane 202. EXCPU/MXCPU 204 in turn notifies switch host computer 106 via switch data link 108.

When an outgoing call is successfully completed (step 433), directory assistance system 100 remains passively connected to the call. When the destination telephone is disconnected (step 434), T1 interface 230 detects another bit transition indicating that the destination telephone changed from off-hook to on-hook, and switch 104 drops (step 436) the call. Voice server 120b and DTMF receiver 214.

If and when the customer disconnects (step 438), whether before or after the called party disconnects, the customer's call is broken down and the connection between the customer and directory assistance system 100 is terminated. If the caller does not disconnect from directory assistance system 100 within a configurable period of time after the system 100 within a configurable period of time after the the called party disconnects, voice server 120b is connected (step 440) to the caller via voice server link 124. Voice server 120b, utilizing the capabilities of voice card 302, then commences (step 442) its own DTMF detection and, sub-

24

stantially simultaneously, presents (step 446) the caller with an audio menu of selected directory assistance options. The caller selects (step 448) an option by pressing the specified key, illustratively, the "#" key to hear (step 450) a recitation of the destination telephone number, the "*" key to be connected (step 452) to a live operator at operator position 114, or the "7" key to have directory assistance system 100 convey the destination telephone number to the caller by transmitting (step 454) it to the caller's alphanumeric pager or telephone. The customer's input is detected and identified by voice card 302. Voice server 120b performs the corresponding function, after which the caller may disconnect or return to step 446.

## Busy Signal

If the detected condition is identified as a busy signal (step 460), a telephone switch 104 drops (step 480) CPA 218 and DTMF receiver 214 from outbound channel 102b and inbound channel 102a, respectively, then terminates (step 482) the outgoing call by releasing outbound channel 102b. Switch 104 then transfers (step 484) the caller to voice server 120b so that the caller can receive automated directory assistance. In order to transfer control of a call to voice server 120b, telephone switch 104 connects inbound channel 102a to voice server link 124. As opposed to directory assistance systems in which a voice server, operating under control of a switch host computer, is merely conferenced or bridged onto a caller's connection with a switch or called parties, in the present embodiment of the invention not only does the voice server connect to the customer's call into directory assistance system 100, it also takes control over the customer's call. In order to route a call back to switch 104, either for transfer to a live operator or to re-dial a destination telephone number, voice server 120b simply sends a specified message to switch host computer 106 via data network 122 identifying which inbound channel the caller is on. Switch host computer 106 then instructs switch 104 to direct the new call attempt.

Along with the caller's connection, voice server 120b receives (step 486) the associated call data, described above, from switch host computer 106 and data servers 120a over data network 122. Voice server 120b then plays (step 488) a message to the caller, explaining that the destination telephone is busy, and initiates (step 490) DTMF detection on inbound channel 102a, using voice card 302, in order to detect keys pressed by the caller.

Voice server 120b presents (step 492) the caller with an audio menu offering several directory assistance options. The caller chooses (step 494) one by pressing the specified key, illustratively, the "#" key to have voice server 120b recite (step 496) the dialed telephone number, the "*" key to transfer (step 498) the caller to a live operator, the "1" key to record (step 500) a message for later delivery to the destination party, the "2" key to transfer (step 502) the call back to switch 104 and attempt the same destination telephone number again (by resuming operation at step 426), or the "7" key to receive (step 504) the destination telephone number via the caller's alphanumeric pager or telephone.

US 6,775,371 B2

25

The caller's selection may, alternatively, be spoken into the caller's telephone and received by a voice recognition subsystem associated with, or contained within, voice server 120b. Unless the caller disconnected from directory assistance system 100, transferred, or recorded a message for later delivery, voice server 120b will automatically return to step 492 after performing the requested function. For the times when a caller records a message for delivery to the destination party, voice server 120b can be configured to either return the caller to step 492 or terminate the caller's connection. If the caller chooses to transfer to a live operator, telephone switch 104 takes control of the call from voice server 120b. If no operators are currently available, the caller is placed in a queue, as explained above.

When a directory assistance-connected caller is rerouted to a live operator after an unsuccessful call attempt, regardless of what connection status condition was encountered, the live operator receives substantially the same call data as voice server 120b did in step 486.

### Ring-No-Answer Condition

When a ring-no-answer condition is detected (step 462), it is desirable to allow sufficient time for the called party to answer the call, but yet also provide the caller with options other than simply waiting (conventionally) for an answer. After telephone switch 104 drops (step 510) CPA 218 and DTMF receiver 214, it bridges (or conferences) voice server 120b (step 512) onto the caller's connection. The ring tone received over outbound channel 102b is muted (step 514), and voice server 120b receives (step 516) the associated call data from switch host 106 and data servers 120a. Voice server 120b then initiates (step 518) its own DTMF detection, via voice card 302, in place of the counterparts dropped by switch 104 and presents (step 520) the caller with an audio menu.

The audio menu presented in response to a ring-no-answer condition is similar to that offered after a busy signal. The caller selects (step 522) an option by pressing the specified key. Illustratively, the "#" key to have voice server 120b recite (step 524) the dialed telephone number, the "*" key to continue (step 526) the call to a live operator, the "1" key for an answer by the destination party, the "2" key to record (step 530) a message for later delivery to the destination party, or the "7" key to receive (step 532) the destination telephone number via the caller's alphanumeric pager or telephone. The caller's selection may, alternatively, be spoken into the caller's telephone and received by a voice recognition subsystem associated with, or contained within, voice server 120b. Unless the caller disconnected from directory assistance system 100, transferred, chose to continue monitoring outbound channel 102b, or recorded a message for later delivery, voice server 120b will automatically return to step 520 after performing the requested function. When a caller records a message for delivery to the destination party, voice server 120b can be configured to either return the caller to step 520 or terminate the caller's connection. If the caller chooses to transfer to a live operator, telephone switch 104 takes control of the call from voice server 120b. If no operators are currently available, the caller is placed into an ACDQ, as explained above.

If the caller chooses the option of returning to the ring tone, voice server 120b is dropped out of the conference, and switch 104 is responsible for detecting DTMF signals in

26

order to allow the caller to connect to a live operator by pressing the "*" key. Unless the destination telephone is answered or the "*" key is pressed, directory assistance system 100 simply maintains the ringing outbound connection until the caller disconnects.

If the called party answers the telephone after the call is transferred (step 512) to voice server 120b, T1 interface 230 in switch 104 detects a bit transition on outbound channel 102b, as described above. Switch 104 then takes control of the call, terminates the connection to voice server 120b over voice server link 124, and the caller and the called party are connected.

### Network Communication Failure

Connection status conditions such as reorder, PBX intercept, SIT intercept, vacant code, reorder-SIT, no circuit LEC, reorder-carrier, no circuit-carrier, dial tone, continuous on tone, and silence indicate a communication problem in the telephone network. In the event that one of these conditions is identified (step 462), subsequent action is quite different from when a busy signal or ring-no-answer condition is detected. Specifically, telephone switch 104 drops (step 464) CPA 218 and DTMF receiver 214 and releases (step 466) outbound channel 102b. Voice server 120b is connected (step 468) to the caller, receives (step 470) the associated call data, and informs (step 472) the caller that a network problem was encountered. The caller is then transferred (step 474) to a live operator at operator position 114 and hears (step 476) a return greeting message played by voice server 120b. Note that the caller was not required to take any action to be reconnected to a live operator; directory assistance system 100 automatically took the necessary action. Subsequent activity resumes at step 418.

### SS7 Connection Procedure

In a SS7 system, the telephone company or wireless carrier transmits call set-up information associated with the call to the directory assistance center from the telephone company signaling network node (via a T1 channel) to the directory assistance center. For purposes of illustration, a SS7 call initiation procedure will be described, which is utilized not only in routing a caller's call to the directory assistance center, but also by the directory assistance center in connecting the calling caller to the desired number.

The phone company (as the originating SSM) first transmits an Initial Address Message (IAM) to reserve an idle trunk circuit from the originating switch to the destination switch (in this case, switching matrix platform 104). The destination switch examines the dialed number, determines that it serves the called party and that the line is available for ringing. The destination switch then transmits an Address Complete Message (ACM) to the originating switch to indicate that the remote end of the trunk has been reserved. The destination switch rings the called party line and sends a ringing tone over the trunk to the originating switch. When the originating switch receives the ACM, it connects the calling party's line to the trunk to complete the voice circuit from the calling party to the called party. The calling party hears the ringing tone on the voice trunk. When the called party picks up the phone, the destination switch terminates the ringing tone and transmits an Answer Message (ANM) to the originating switch. The originating switch then verifies that the calling party's line is connected to the reserved trunk and, if so, initiates billing.

During the course of the call, if the calling party hangs up first, the originating switch sends a Release Message (REL)

US 6,775,371 B2

27

to release the trunk circuit between the switches. Upon receiving the REL, the destination switch disconnects the trunk from the called party's line, sets the trunk state to idle, and transmits a Release Complete Message (RLC) to the originating switch to acknowledge the remote end of the trunk circuit. When the originating switch receives the RLC, it terminates the billing cycle and sets the trunk state to idle, in preparation for the next call. On the other hand, if the called party hangs up first, or if the line is busy, the destination switch sends an REL to the originating switch indicating the release cause, such as a normal release or busy condition. When the originating switch generates the RLC, it terminates the billing cycle and sets the trunk to idle.

Automatic Call Distribution (ACD) logic is used to queue (if necessary) and distribute calls to operators in the order in which they are received, and such that the call traffic is distributed evenly among the operators. In other embodiments, other distribution logic schemes are utilized, such as Skills-Based Routing or a priority scheme for preferred callers. The queue is maintained by switching matrix host 106.

When a call is connected to an operator, switching matrix host 106 directs voice server 120b (also conferenced into the call) to play a greeting message, using a message prerecorded by the connected operator. Both the operator and the calling caller hear the message, which incorporates the name of the service or company to which the caller is a subscriber (in other words, the call is "branded"). The message ends with a prompt, thus cueing the caller to volunteer what information they are seeking.

When the automated greeting is complete, the voice server is disconnected, and the operator and the caller are left connected by a 2-way speech path. From this point, the caller is interacting with a live operator. In the event that the voice server is non-functional (for whatever reason), the incoming call is connected to the operator and a short "fill," or "zip" tone is played to indicate that a caller is on the line. (Note that once operators are logged in to the system, they wear headsets, and have their telephones 116 permanently off-hook. Their telephones do not ring when a call is presented.) The operator then speaks a greeting and prompt in real time, instead of the voice server playing a message.

Concierge-Like Service

The concierge-like service will now be illustrated by an example, as per an embodiment of a method illustrated in FIGS. 11 and 12. The scenario depicted in the illustrative example is where a caller using his wireless telephone at John F. Kennedy airport in New York, requires a dinner reservation at a vegetarian restaurant in "Cardiff by the Sea" near San Diego. It should be appreciated however, that a restaurant reservation service is but one type of service that the telephonic concierge service may be able to provide. Other areas of use may include, but are not limited to: information, reservation and ticketing for events, accommodation, transportation and travel, information regarding news, stock prices and weather, and providing access to other services such as grocery or flower delivery, etc.

As per the illustrative example, illustrated in FIGS. 11 and 12, the caller dials Directory Assistance (DA) (step 200). The caller is connected to an operator or a voice server (step 202). After a greeting, the caller is informed either by the voice server or by the operator about the telephonic concierge service (step 204). At this point the concierge service may also be explained to the caller. The caller may already

28

be aware of the concierge service and therefore can skip the introduction and/or explanation of the service (step 240).

If the caller is interested in using the concierge service, she can either request directory listing information (step 210) or directly make a reservation request (step 206). If the caller requests restaurant listing information at step 210 the operator prompts the caller (step 211) for details regarding for example the type of restaurant, the restaurant location, the approximate date and time of the reservation and other preferences like for example dietary requirements, smoking or non-smoking, outdoors or indoors etc. The operator then inputs these details into a caller profile database through server 134 (step 213). Using a search engine, the operator searches a directory listing database through server 136 (step 212) for restaurants based on the above-mentioned caller details and preferences. As per our example, a suitable restaurant is located in "Cardiff by the Sea," near San Diego.

If the caller knew the name of the restaurant she wanted she may make a specific reservation request (step 208) directly on connection to the operator then prompts the caller for per our example, the operator then prompts the caller for reservation details (step 214) such as the restaurant name (if the operator did not locate it, supra), the callers name, a second choice of restaurant, a required reservation date and time, alternative times, contact details and any additional preferences such as smoking or non-smoking, type of credit card to be used, restaurant views, etc. These details are input into a browser type graphical user interface (GUI) as shown in FIG 6. The reservation details are then stored in the caller profile database along with a reservation request or ticket.

The operator then informs the caller that the reservation request is being processed and either reconnects the caller to the directory assistance operator or disconnects the caller from the system (step 256).

The ticket is automatically forwarded to a fulfillment agent (FA) (step 216) for processing. It should be noted that the operator may also process the ticket herself. By default, the ticket is automatically forwarded to a fulfillment agent at a directory assistance center where the call was received, in our example New York. The operator, fulfillment agent or an automated system at the directory assistance center will then forward the request to the directory assistance center nearest the requested venue. In the illustrative example the request will be forwarded to the San Diego directory assistance center. The fulfillment agent in San Diego thus automatically receives the reservation request (step 218), shown by the graphical user interface in FIGS. 7–10.

The fulfillment agent then attempts to contact the restaurant (step 220). Should the restaurant be able to be contacted the restaurant he will attempt to make a reservation (step 222). The fulfillment agent then updates the status of the ticket (step 224) on the system irrespective of whether he was, in fact, successful in making the reservation or not, indicating last action performed, result, reservation details etc. (as seen in FIGS. 8 through 10). After each change of status the fulfillment agent or the system automatically sets a next action time for his attention sometime in the future. The request then slots into the appropriate place in a fulfillment queue. The fulfillment agent cannot set nonsensical time periods like zero minutes or two years. New tickets are prioritized so as to be dealt with in a timely manner on a first-in-first-out basis. After a set amount of time unsuccessful tries, the fulfillment agent is automatically prompted to try the second restaurant choice.

After a set amount of time, say for example thirty minutes, the fulfillment agent retrieves the status of the request (step

US 6,775,371 B2

## 29

228) and contacts the caller informing her of the status of her request (step 230). The fulfillment agent may contact the caller by phone, fax, email or pager. The caller may also call the service back before the caller is contacted by the service agent (step 226). The reservation status is retrieved from the system (step 228) and the caller is informed of the current status of the reservation request (step 230). If required, the operator or fulfillment agent may modify the reservation request (step 232) which is automatically reforwarded to the fulfillment agent (step 218). Once the reservation is made or the caller indicates a desire to cancel the request, the operator or fulfillment agent closes the Ticket and connects the caller to directory assistance or disconnects the caller from the system (step 236).

An important feature of the present invention is an activity logging function (step 234). All caller requests are logged in the caller profile database server, as depicted in FIG. 1 by numeral 134. The activity log helps with internal auditing and billing of that particular caller. On-demand printed reservation status reports may be provided to call center managers and/or supervisors. Furthermore when the caller makes use of the concierge service, her mobile identification number (MIN), caller details, most frequent requests and past request activity is automatically presented to the operator. The caller therefore will not have to resupply repetitive details to the operator, thus speeding up the process and reducing the operator's processing time. A fulfillment agent such as a supervisor who is not currently active, then handles any concierge requests that are active or open at that particular directory assistance center.

The system may generate reports such as the number of calls processed by a particular center or by the system as a whole. Other reports may include reports indicating the average time spent on each ticket, the time spent fulfilling a ticket request and the time taken to contact a customer.

The telephonic concierge system may be affected by other scenarios such as: the fulfillment agent may be unsuccessful in contacting the restaurant; the requested reservation time may be unavailable; the caller might cancel the request; the caller may request a change in the reservation time while still pending.

### Additional features

The system and method of the present invention has been described. Clearly, there are still other alternatives and equivalents that are within the spirit and intent of the invention and will occur to a person skilled in the art. For example, notification to the fulfillment agent when time limits are being exceeded. The caller may receive automated delivery of recorded and/or text-to-speech notification of status of the reservation, with schedule of attempts followed until confirmation of receipt is received. The caller may be able to make periodic requests, such as for example the same restaurant reservation on the first Monday of each month. The caller may request a group notification, to inform a group of people of the reservation confirmation details. The caller may make a "type" request where for example all restaurants of a particular type are contacted, from the nearest to the farthest until the request can be fulfilled. The caller may make a group negotiation by making a group reservation and getting consensus from all parties.

Data extracted from the system may be used for internal reports. Such reports may indicate system usage information or service (a particular restaurant hotel, airline) usage information. This information may include the most popular

## 30

service requests, for example the most popular restaurants, and may be used by fulfillment agents or operators to make recommendations. The data may also be utilized for other purposes such as marketing or market research.

Accordingly, it is intended that the scope of the invention be limited only by the claims that follow and all equivalents thereto.

What is claimed is:

1. A method for providing a concierge service from one or more directory assistance centers comprising:

receiving at a first directory assistance center a call from a caller, the call including a request for a concierge service relating to a desired product or service;

searching a database for data concerning a provider of the desired product or service in response to the request;

determining whether a second directory assistance center is closer to the provider of the desired product or service than the first directory assistance center, the second directory assistance center being unaffiliated with the provider of the desired product or service; and

if it is determined that the second directory assistance center is closer to the provider of the desired product or service than the first directory assistance center, the first directory assistance center sending information regarding the request to the second directory assistance center, and a fulfillment agent at the second directory assistance center establishing a communication, separate from the call, with the provider of the desired product or service to fulfill the request based on the information.

2. The method of claim 1, wherein the communication includes a telephone call.

3. The method of claim 1, further comprising generating a ticket containing details of the request, wherein a field on the ticket representing which directory assistance center is attempt to fulfill the request is populated by default with said first directory assistance center.

4. A method for providing a directory assistance service by a directory assistance provider comprising:

receiving a directory assistance call from a caller, the call including a request for suggestions of businesses which provide a desired product or service;

searching a database;

obtaining a list of selected businesses responsive to the request, wherein the selected businesses are ordered as a function of at least compensation given to the directory assistance provider by the selected businesses; and

suggesting at least one of the selected businesses to the caller.

5. The method of claim 4, wherein businesses which provide the desired product or service and have given said at least compensation to the directory assistance provider will be suggested to the caller before businesses which provide the desired product or service and have not given said at least compensation to the directory assistance provider.

6. The method of claim 4, wherein said directory assistance provider comprises at least one operator.

7. The method of claim 4, wherein businesses which have given said at least compensation to the directory assistance provider are listed before businesses which have not given said at least compensation to the directory assistance provider.

8. The method of claim 4, further comprising connecting the caller to a business which has given said at least compensation to the directory assistance provider.

US 6,775,371 B2

**31**

9. A method for providing concierge and directory assistance services comprising:

receiving a call from a caller at a directory assistance center;

determining that the caller is requesting a concierge service, which relates to a desired product or service provided by a business; and

assigning a fulfillment agent to fulfill the concierge service request, wherein the fulfillment agent establishes a communication, separate from the call, with the business to fulfill the concierge service request.

10. The method of claim 9, further comprising directing the call to a directory assistance operator, wherein said assigning comprises assigning the directory assistance operator as the fulfillment agent.

11. The method of claim 9, further comprising providing the caller with a directory assistance service after receiving the caller's call.

12. The method of claim 11, wherein said directory assistance service comprises providing directions.

13. The method of claim 12, wherein the directions include driving directions.

14. The method of claim 11, wherein said directory assistance service comprises sending at least a telephone number to a messaging device.

15. The method of claim 14 wherein the messaging device includes a pager.

16. The method of claim 14 wherein the telephone number is sent in text message form.

17. The method of claim 14 wherein the caller is afforded an option to send the telephone number to the messaging device.

18. The method of claim 17 wherein the option is selectable by pressing at least one predetermined key on a communications device from which the call originates.

19. The method of claim 18 wherein the communications device incorporates the messaging device.

20. The method of claim 18 wherein the communications device includes a telephone.

21. The method of claim 20 wherein the telephone includes a wireless telephone.

22. A method for providing a concierge service to a user comprising:

**32**

receiving, from the user, a request for the concierge service;

performing an action, by a first agent, in attempt to fulfill the request;

updating a status of fulfillment of the request in a database based on the results of the last action performed;

setting a next action time in a database when further action relating to the request should be taken;

automatically notifying a second agent when said next action time has arrived; and

performing by said second agent a next action relating to said request upon arrival of said next action time, the next action being selected from a plurality of next action options.

23. The method of claim 22, wherein said next action time is set automatically.

24. The method of claim 22, wherein said first agent and said second agent are the same agent.

25. The method of claim 22, wherein said first agent and said second agent are different agents.

26. The method of claim 22, wherein said request relates to the caller's desire to visit an establishment, and wherein said next action time relates to the time at which the caller wishes to visit the establishment.

27. The method of claim 22, further comprising display-ing the next action options for the second agent on a computer interface.

28. The method of claim 27 further comprising automati-cally performing steps towards completing the next action selected by the second agent.

29. The method of claim 28, wherein said steps towards completing the next action comprise looking up in a data-base a phone number of an establishment the caller wishes to visit and dialing the phone number.

30. The method of claim 22, wherein said request is accorded a priority.

31. The method of claim 30, wherein the order in which the request is attempted to be fulfilled is a function of its priority.

32. The method of claim 30, wherein which agent attempts to fulfill the request is a function of its priority.

* * * * *

EXHIBIT B

(12) **United States Patent**
Pines et al.

(10) Patent No.: **US 7,023,969 B2**
(45) Date of Patent: **Apr. 4, 2006**

US007023969B2

(54) COMMUNICATION ASSISTANCE SYSTEM AND METHOD

(75) Inventors: **Robert Pines**, New York, NY (US);
**Evan Marwell**, New York, NY (US);
**John Blakeney**, Macungie, PA, (US);
**Christine Bannmeister**, Harleysville, PA
(US)

(73) Assignee: **InfoNXX, Inc**, Bethlehem, PA (US)

(*) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/059,133**

(22) Filed: **Feb. 15, 2005**

**Prior Publication Data**
US 2005/0136916 A1     Jun. 23, 2005

**Related U.S. Application Data**

(62) Division of application No. 10/049,803, filed as application No. PCT/US01/02366 on Jan. 24, 2001.

(60) Provisional application No. 60/179,166, filed on Jan. 31, 2000.

(51) Int. Cl.
*H04M 11/00*     (2006.01)

(52) U.S. Cl. .................... **379/88.16; 379/88.18**

(58) Field of Classification Search ........ 379/265.09,
379/265.01, 220.01, 201.01, 201.01, 114.02,
379/114.01, 93.01, 88.22, 88.19, 88.13, 67.1,
379/68, 71, 75, 76, 84, 87
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,479,491 A   12/1995  Herrero Garcia
                        et al. ................... 379/88.15
5,652,789 A    7/1997  Miner et al. ......... 379/201.01
5,850,433 A   12/1998  Rondeau ................ 379/214.01
5,940,483 A    8/1999  Shaffer
5,943,417 A    8/1999  Cox et al. ............. 379/266.02
5,943,611 A    8/1999  Molne ................... 455/564
5,987,471 A   11/1999  Bodine et al. ......... 707/103 R
6,000,031 A   12/1999  Bingaman et al. ....... 713/200
6,009,323 A   12/1999  Heffield et al. ........ 455/445
6,055,430 A    4/2000  Cooper et al. .......... 5/6
6,108,646 A    8/2000  Mohri et al. ........... 707/1
6,118,862 A *  9/2000  Dorfman et al. ........ 379/201.03
6,320,943 B1  11/2001  Borland ............... 374/112.01

FOREIGN PATENT DOCUMENTS

EP          0823809       2/1998

OTHER PUBLICATIONS

International Search Report dated May 4, 2001.
International Preliminary Examination Report dated Nov. 27, 2002.

* cited by examiner

Primary Examiner—Ovidio Escalante
(74) Attorney, Agent, or Firm—Sofer&Haroun,LLP

(57)           **ABSTRACT**

A communication assistance system is provided for providing access to information corresponding to a plurality of subscribers. The system includes a telephone switch for receiving calls from a plurality of requesters desiring to access the information corresponding to subscribers. A first database stores the information corresponding to each subscriber, including their phone numbers. A closing prompt module is coupled to the first database so as to select a closing prompt code from a plurality of available closing prompt codes, where each of the closing prompt codes is associated with a desired closing prompt message so as to provide a selected closing prompt message, where anyone of the available closing prompt messages is provided to a requester.

**32 Claims, 20 Drawing Sheets**



U.S. Patent    Apr. 4, 2006    Sheet 1 of 20    US 7,023,969 B2



FIG. 1

U.S. Patent

Apr. 4, 2006

Sheet 2 of 20

US 7,023,969 B2



FIG. 2

U.S. Patent    Apr. 4, 2006    Sheet 3 of 20    US 7,023,969 B2



FIG. 3

INCOMING CALL INFORMATION RECORD 15

| NUMBER DIALED BY REQUESTER | PREFERRED LANGUAGE CODE FIELD | ORIGINATING PHONE NUMBER OF REQUESTER | REQUESTER SERVICE PROVIDER FIELD | FEATURE CODE |
|---|---|---|---|---|

FIG. 4

LISTING TABLE 52A

| | | |
|---|---|---|
| WIRELESS PHONE NUMBER | | SPECIAL FEATURES CODE |
| NAME | | MAIN CONNECT FIELD |
| DIRECTORY LISTED NAME | | TYPE OF DATA FIELS |
| ADDRESS: | | DATA SOURCE |
| STREET 1 | | NPA/NXX WIRELESS |
| STREET 2 | | DEVICE CAPABILITY |
| CITY | | WAP |
| STATE | | SMS |
| ZIP | | i-MODE |
| ZIP + 4 | | OTHER |
| COUNTRY | | SPECIAL ANNOUNCEMENT |
| DEFINED LOCALITY | | GENERAL ANNOUNCEMENT |
| WIRELINE PHONE NUMBER | | SPECIAL SERVICES |
| EMAIL ADDRESS | | PRE-ANNOUNCEMENT |
| COMPANY | | LICENSE PLATE |
| WIRELESS CARRIER | | RATE PLAN |
| BILLING INFO | | |

FIG. 5A

U.S. Patent

Apr. 4, 2006

Sheet 6 of 20

US 7,023,969 B2

PERSONAL CONTACT LIST 52B

CONTACT #1
CONTACT #2
CONTACT #3
CONTACT #4

FIG. 5B

U.S. Patent

Apr. 4, 2006

Sheet 7 of 20

US 7,023,969 B2

FIG. 5C

UPDATED LISTING TABLE 52C

UPDATED CONTACT INFO

U.S. Patent

Apr. 4, 2006

Sheet 8 of 20

US 7,023,969 B2

REJECTED UPDATED LISTINGS TABLE 52D

REJECTED UPDATE INFO

FIG. 5D

U.S. Patent    Apr. 4, 2006    Sheet 9 of 20    US 7,023,969 B2

LISTING INDICATOR TABLE 52E

REQUESTER ID
- CONTACT ID#
- CONTACT ID#

FIG. 5E



FIG. 6



FIG. 7

# FIG. 8

**CALL COMPLETION DATA TABLE  68**

- NUMBER DIALED BY REQUESTER 60A
- DATA SOURCE OF THE REQUESTED LISTING 60B
- TYPE OF DATA 60C
- SERVICE REQUESTED 60D
- PREFERRED LANGUAGE 60E
- NPA/NXX OF DESTINATION NUMBER 60F
- OTHER LISTING TABLE (52A DATA) 60G

CALL COMPLETION DATA PACKET 50

54 • ORIGINATING PHONE NUMBER OF REQUESTER FIELD

56 • WAIN INFORMATION FIELD

58 • CLOSING PROMPT CODE FIELD

59 • PRE—ANNOUNCEMENT FIELD

FIG. 9



FIG. 10

U.S. Patent    Apr. 4, 2006    Sheet 15 of 20    US 7,023,969 B2



FIG. 11



FIG. 12

U.S. Patent

Apr. 4, 2006

Sheet 17 of 20

US 7,023,969 B2



FIG. 13



FIG. 14



FIG. 15

U.S. Patent

Apr. 4, 2006

Sheet 18 of 20

US 7,023,969 B2

U.S. Patent        Apr. 4, 2006        Sheet 19 of 20        US 7,023,969 B2



FIG. 16



FIG. 17

U.S. Patent    Apr. 4, 2006    Sheet 20 of 20    US 7,023,969 B2

US 7,023,969 B2

1

## COMMUNICATION ASSISTANCE SYSTEM AND METHOD

### RELATED APPLICATIONS

This application is a divisional application of U.S. patent application Ser. No. 10/043,803, filed on Feb. 15, 2002, which is a National Stage Application of PCT Application No. PCT/US01/02366, filed on Jan. 24, 2001, which in turn claims the benefit of priority from U.S. Provisional Application No. 60/179,166 filed on Jan. 31, 2000, the entitled of which are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed to a system and method, which allows a requester to contact a communication apparatus user, and in particular, to a system and method which provides wireless directory and other information assistance services.

2. Description of the Related Art

Despite the proliferation of wireless communication devices such as cellular telephones, pagers and the like, there currently exists no way to obtain a user's wireless telephone or pager identification number such as exists for traditional business and residential phone number information services, for example, by dialing "411" or by using a global communication network such as the Internet to access on-line "white pages."

In part, this lack of wireless apparatus information is due to the multitude of service providers offering wireless services, and the different methods by which the service providers store the wireless apparatus device identification numbers. This problem is also caused by the distribution arrangement entered into between many organization clients and the wireless apparatus service providers in which the wireless apparatus service providers allocate a block of apparatus and wireless identification numbers to the client, without specifically tracking the particular individuals, such as employees, to whom those apparatuses have been distributed.

Typically, an organization client will be listed in the service provider's database as opposed to each individual holder of the wireless apparatus. As such, there currently exists no efficient way to determine the specific individual holder of a wireless apparatus in the context of an organization client.

In addition, there has traditionally been no market demand for the establishment of an information repository, such as a white pages directory, for wireless apparatus subscribers, because the wireless service providers have typically assumed that subscribers would not want their identification numbers published. This is primarily the result of the cost of receiving unwanted calls on their wireless devices due to typical billing arrangements in which the user of the wireless apparatus is billed for inbound, i.e., received calls and messages.

Current telephone assistance systems generally provide information to a requester or calling party for land based listings or subscribers to land-based service providers. Here a requester calls the system where there are greeted by a customer service representative who looks up the information on a land-based subscriber and conveys that information to the requester.

One drawback to the current telephone assistance system is that the listings available of land-based subscribers do not

2

include a comprehensive listing of wireless subscribers. Because of certain concerns such as privacy issues surrounding wireless systems and both party billing, wireless service providers do not automatically post wireless phone number listings in the traditional directory assistance databases.

Another drawback to current telephone assistance systems is the failure to utilize meaningfully the period between the time the requested information is retrieved by a customer service representative and the time the requester receives the requested information. This period is referred to as the closing period where the directory assistance service provides a closing prompt to the requester. Typically, this closing prompt is a single recorded message such as the familiar "We are connecting you to NPA.xxx.xxxx. Thank you for using XYZ" where XYZ is the name of the service provider of the requester.

As a result, it is desirable to have a system and method which permits the efficient acquisition of data necessary to create and maintain a database which identifies the actual wireless apparatus holders and their identification numbers in a manner which allows for quick retrieval by an operator or other communications interface technologies such as, for example, WAP (wireless applications protocol), Internet search or voice recognition systems. Further, it is also desirable to have a system and method which allows a requesting individual to be connected to the wireless apparatus such that they can engage in communications with the wireless apparatus user in a manner which does not require the disclosure of the wireless apparatus identification number. As such, it is desirable to preserve the currently existing confidentiality of wireless apparatus identification numbers unless the wireless apparatus user authorizes disclosure of the identification number.

It is also desirable to create a system capable of meaningfully utilizing the closing period and thus adding to the functionalities offered by the closing prompt feature.

It is further desirable to have a system and method which allows a billing mechanism arranged so that the requesting individual pays for the cost of the call, page message and the like to the wireless apparatus user such that the wireless apparatus user does not incur any costs for the receipt of the inbound communication.

### SUMMARY OF THE INVENTION

The present invention advantageously provides a system and method which facilitate the efficient acquisition of wireless service subscriber information, preferably wireless apparatus subscriber information, which allows for a specific correlation between the subscriber and the identified number of their responding wireless apparatus. Subscribers referenced throughout the application refer to any individual or business entity whose information is stored for retrieval by the system. The database of the present invention is preferably populated with information on those subscribers or a wireless white pages, as well as land-based subscribers so as to formulate a database of wireless service subscribers. The term subscribers does not refer to subscribers to this system, and, although there are pay features available from the system, subscriber refers to any wireless and land-based service subscriber preferably ones that are willing to be or are already listed in this system database.

The present invention advantageously allows this subscriber information including, for example, their wireless apparatus data to be gathered via an electronic system such

US 7,023,969 B2

**3**

as a global computer network, for example, the Internet, via telephony-based systems such as voice and facsimile, and the like.

Additionally, the present invention provides a system and method for maintaining and updating of the subscriber information by offering an incentive based program where subscribers can access and correct or update their own data base entries in order to receive incentives such as free services or other promotional rewards.

To this end, when a listing is created for a subscriber, various pieces of information are collected by the system database and placed into appropriate listing table fields, allowing the system not only to maintain a wireless white pages but also to provides special features based on the additional information. This data includes, among other things: the name, directory listed name, address, defined locality, land line phone number and email address of the subscriber, the company the subscriber works for, the wireless carrier of the subscriber, the wireless number of the subscriber (such as his/her cell phone number), the wireless apparatus identification number (WAIN) connect field, special and General Announcement fields, pre-announcement information, special services information and license plate information.

The data source of the subscriber refers to where the system database received this subscriber's information, for example, wireless service providers, group connect accounts, personal contact list entries etc. Special and General Announcement fields refer to the closing prompt code fields which are selected for the subscriber to be played back before call completion and can possibly include cross-referencing to other services offered by the system. The closing prompt codes identify a corresponding closing prompt that is provided to a requester after a customer service representative responds to the requester. The directory listed name field enables the subscriber of a wireless apparatus to select a listing name other than the owner of the wireless apparatus actual name if they so choose.

In another embodiment of the present invention the system provides additional services beyond the wireless white pages. These services can include but are not limited to: directions, category searches based on subscriber listing field information, restaurant recommendations or reservations, movie tickets and scheduling, and preferred language services.

Additionally, the system is given some general information about the requester as well, such as information that is received when the call comes in. This information can include the originating phone number of the requester, the DNIS (Dialed Number Identification String) dialed by the requester, the requester's carrier and other similar information, and/or a preferred language based on the initial number dialed to enter the system.

The present invention also advantageously provides a system and method which allows a requesting individual to be connected to the wireless apparatus subscriber in a manner which does not divulge the wireless apparatus subscriber's identification number. Contact is preferably facilitated by a requester calling a nationwide information number in a manner similar to that employed with the traditional "411" system. However, instead of being pro-vided with the telephone number and/or an opportunity to have their call completed to the wireless apparatus sub-

**4**

scriber, the wireless apparatus subscriber's number is not divulged to the requester, and the call, message or the like is directly completed.

Alternatively, it is also within the contemplation of the present invention to complete a call between a requester and a subscriber, such that the subscriber's number is not disclosed to either the requester or the customer service representative. In this case, the system can mask the wireless apparatus identification number (WAIN) or any portion thereof from the customer service representative, while still providing the representative with the ability to complete the call. This feature provides added security to the subscriber's WAIN and prevents the customer service representative from accidentally revealing the subscriber WAIN to the requester.

The system and method of the present invention additionally provides a billing and revenue allocation process that allows the cost of the communication to the wireless apparatus subscriber to be borne by the requesting individual, i.e., the individual who initiates the communication.

In addition, the system and method of the present invention advantageously provides a mechanism, which allows a pre-announcement, which identifies the requesting caller. The pre-announcement is preferably transmitted to the sub-scriber as an audio or text and data message which identifies the caller. One example of a text pre-announcement would be passing the phone number of the originating party to the destination wireless apparatus. In this manner, the subscriber is provided with the opportunity to accept and answer the call, or reject the call. In the case where the call is rejected, the caller receives a message from the system informing the caller that the subscriber has not accepted their call and is also preferably prompted to leave a message for the sub-scriber.

The system and method additionally provides a dynamically controlled closing prompt feature that selects an appropriate closing prompt from a variety of stored responses based on information from both the requester and the subscriber listing. This information includes closing prompt codes stored in the Special and General Announcement fields of the subscriber table, override module functions as specified by the system administration and information contained in the call completion data table. The call completion data table includes information such as the number dialed by the requester, the data source of the requested listing, type of data requested, service requested, preferred language or the NPA/NXX (Numbering Plan Area (area code)/(number exchange code)) of the destination number and/or additional fields as necessary. Utilizing the information from these sources, the present invention is able to produce a closing prompt targeted to a requester. The system then transmits the selected closing prompt as an audio or text or other multimedia message to the requester. This feature works to tailor the closing prompt to a particular caller, increasing the advertising and related promotional revenue capacity of the closing prompt feature.

Other features and advantages of the present invention will become apparent from the following description of the invention, which refers to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

For the purpose of illustrating the invention, there are shown in the drawings several forms, which are presently

5

6

preferred, it being understood, however, that the invention is not limited to the precise arrangements and instrumentalities shown.

FIG. 1 is a diagram of a communication assistance system of the present invention in accordance with one embodiment of the present invention;

FIG. 2 is a diagram of an alternative example of a hardware configuration of a communication assistance system shown in FIG. 1 in accordance with one embodiment of the present invention;

FIG. 3 is a diagram of another alternative example of the hardware configuration of a communication assistance system shown in FIG. 1 in accordance with one embodiment of the present invention;

FIG. 4 is a field diagram of an incoming call information record in accordance with one embodiment of the present invention;

FIGS. 5A–5B are diagrams of a first embodiment of tables used to create and organize the primary identification database in accordance with one embodiment of the present invention;

FIG. 6 is a field diagram of the Wireless Apparatus Identification Number (WAIN) connect field of a listing table illustrated in FIG. 5A in accordance with one embodiment of the present invention;

FIG. 7 is a diagram of a closing prompt module in accordance with one embodiment of the present invention;

FIG. 8 is a field diagram of a call completion data table of a closing prompt module in accordance with one embodiment of the present invention;

FIG. 9 is a field diagram of a call completion data packet in accordance with one embodiment of the present invention;

FIG. 10 is a flow chart demonstrating the operation of the system in accordance with one embodiment of the present invention;

FIG. 11 is a diagram of a first embodiment of an arrangement used to create and maintain a WAIN listings database in accordance with one embodiment of the present invention;

FIG. 12 is a diagram of a second embodiment of an arrangement used to create and maintain a WAIN listings database in accordance with the present invention;

FIG. 13 is a diagram of an example of the components used to provide access to an Internet clean-up database in accordance with one embodiment of the present invention; and

FIG. 14 is a diagram of an example of the components used to provide access to a master clean-up database in accordance with one embodiment of the present invention;

FIG. 15 is a diagram of an example of the components used to provide access to the WAIN database via a voice-recognition portal, while still maintaining the confidentiality of the listings;

FIG. 16 is a diagram of an example of the components used to provide access to the WAIN database via internet access, while still maintaining the confidentiality of the listings;

FIG. 17 is a diagram of an example of the components used to provide access to the WAIN database via a WAP (wireless application protocol) portal, while still maintaining the confidentiality of the listings.

## DETAILED DESCRIPTION OF EMBODIMENTS OF THE INVENTION

System Structure

Referring now to the drawings, wherein like reference numerals refer to like elements, there is shown in FIG. 1 a communication assistance system 2 in accordance with one embodiment of the present invention. System 2 allows a Requester 4 to initiate communications with Wireless Apparatus 6, even where Requester 4 does not know the identification number of Wireless Apparatus 6. Wireless Apparatus 6 refers to a wireless device used by a subscriber to a wireless service, and will be used throughout the application to refer to the wireless apparatus that the Requester 4 intends to reach. Requesters 4 can access System 2 via a traditional wireline Local Exchange Carrier (LEC) and/or Inter-Exchange Carrier, via a wireless carrier (including both voice and data access) or via connection to the internet. Wireless apparatus 6 can be any known wireless communication device including cellular telephones and modems, pagers, PCS phones and modems, RIM Blackberry, wireless PDA, instant messaging devices, SMS devices and the like.

Although the present invention is described in terms of a system and method that accommodate wireless apparatuses, the invention is not limited to such. It is contemplated that the present invention can be implemented to accommodate any device including those for which a published identification directory does not exist, for example a Personal Digital Assistant (PDA) with voice communication capability, etc.

Communication Assistance System 2 is preferably coupled to one or more Service Providers 26 directly through the wireless MSC (Mobile Switching Center) 8 or via public switched telephone network (PSTN) 10.

In general, Wireless Apparatuses 6 communicate with System 2 via Mobile Switching Center (MSC)s 8 as shown in FIG. 1. Although not shown, it is contemplated that Wireless Apparatus 6 can communicate with System 2 via a MSC 8 coupled to PSTN 10. Similarly, Requester 4 can communicate with System 2 via a MSC 8 directly coupled to System 2, i.e., without the need to communicate via PSTN 10, as shown in FIG. 2.

As shown in FIG. 1, System 2 is preferably comprised of one or more switches and integrated voice response units (VRU) 12 (the VRU may be standalone instead of integrated as described above), Billing Databases 14, Primary Call Centers 16, Wireless Apparatus Identification Number (WAIN) Listing Databases 18 and a plurality of Operator Terminals 20 running Agent Application 19 accessing Enhanced Service Modules 21 that may be operated by an agent, Closing Prompt Storage Module 13, Call Completion Table 17, a Wide Area Network 25, Closing Prompt Modules 27 coupled to Agent Applications 19, and a Computer Telephony Interfaces 29. In particular, Billing Database 14 is connected to WAN 25 and can be coupled to any component of System 2. Units 12 are coupled to Mobile Switching Centers (MSCs) 8 and PSTN 10 as well as Primary Call Center 16. Primary Call Center 16 is also coupled to at least one Operator Terminal 20 and Wireless Apparatus Identification Number (WAIN) Listing Database 18.

The connection between Primary Call Center 16 and Operator Terminal 20 is such that voice communication is transmitted directly between the two and data communication is transmitted via Computer Telephony Interface 29. This may also be accomplished via in-band signaling, as will be discussed below. Operator Terminal 20 is not only connected

US 7,023,969 B2

7

to the Wireless Apparatus Identification Number (WAN) listing Database 18 but also to other databases and software application modules as well.

FIG. 2 shows an alternative example of a hardware configuration of System 2 in accordance with another embodiment of the present invention. It is understood that the below-described operation and method are easily implemented using the hardware arrangement of FIG. 1 or any other hardware arrangement contemplated by one of ordinary skill in the art. While this is the preferred embodiment, it is contemplated that the operation of System 2 and the method of interaction between System 2 and Requester 4 does not rely on the inclusion of all of the elements described above.

As shown in FIG. 2, Primary Call Center 16 can be additionally coupled to PSTN 10 for backup call routing via PSTN 10. In addition, FIG. 2 shows an example of System 2, wherein Service Provider Provider 26 is a land based local exchange carrier, Radio Tower 24 is not necessary and wireless carrier MSC 8 may be any type of high capacity network switching device (the wireline carrier is depicted in FIG. 1). In the case that Service Provider 26 is a Voice Over IP provider (VoIP), Radio Tower 24 is unnecessary and Mobile Switching Center (MSC) 8 may be any type of device capable of transmitting calls with an IP protocol.

In a preferred embodiment of the present invention a plurality of call centers such as System 2 and System 2', illustrated in FIGS. 1, 2 and 3, can be strategically located in various geographic locations across the country. For example, each call center, System 2 or System 2 can be located in a major metropolitan area spread across the United States. Each call center is configured to handle the call traffic that is designated for that call center which could include all possible type of calls.

Additionally, as reflected in FIG. 2, each System 2 or 2' can be connected to other call centers, such that all of the Systems 2 or 2' are connected. This connection can be achieved by the coupling of Primary Call Centers 16 of the various Systems 2 via high capacity telephone cables such as T1 Lines 23 or other comparable facilities including PSTN 10. It is also in the contemplation of this invention that these connections could be established through the use of a Virtual Private Network (VPN) or other comparable technology.

Additionally, Primary Call Center 16 receives forwarded calls from Primary Call Center 16 in the case where System 2 is experiencing operational problems or a volume of requests that exceed its capacity. An important benefit provided by this arrangement is that the Primary Call Center 16 of System 2' is able to act as an overflow unit for Primary Call Center 16 of System 2 in the event that Primary Call Center 16 of System 2 in the event that Primary experiencing technical difficulties or high call volume. This configuration allows Primary Call Center 16 to route calls to Primary Call Center 16 during periods of high volume, even in the event of a breakdown in the primary direct connections of System 2 as described above.

Another component of System 2 or 2' is Call Completion Table 17. Call Completion Table 17 allows Switch 12 to select an outbound trunk group that can most efficiently route the call to the end destination. For example, if Requester 4 requests a traditional directory assistance listing (i.e. a wireline business or residential listing), Service Provider 26 of Requester 4 may prefer to complete these calls on their own network. In this case Call Completion Table 17 would select an outbound trunk group to Service Provider 26 of Requester 4. In the case where Requester 4 requests a Wireless Apparatus Identification Number (WAN) listing of

8

a Wireless Apparatus 6, it may be more desirable to complete the call via the network of the Service Provider 26 of the Wireless Apparatus 6. In this case Call Completion Table 17 would select a direct outbound trunk group to Service Provider 26 of Wireless Apparatus 6.

Call Completion Table 17 also allows for the programming of multiple outbound routes for each call depending on, but not limited to, the time of day, the Service Provider 26 of the Requester 4, the Service Provider 26 of Wireless Apparatus 6, corresponding rates for each Service Provider and time of the day and the NPA/NXX of the destination.

Although not shown, it is within the contemplation of this invention that System 2 may contain a Switch 12' that would be connected to call centers 16'. It is noted that FIG. 2 illustrates some of the relevant modules of System 2 without showing all the components that are described in reference with System 2. Thus, for example, Call Center 16', along with Computer Telephony Interface 29', Operator Terminal 20', Wireless Apparatus Identification Number (WAN) Database 18', Agent Application 19', Enhanced Service Module 21', T1 Lines 23' and Closing Prompt Module 27 of System 2' have been illustrated in FIG. 2.

WAN Listings Database 18' and WAN Listings Database 18' are similarly arranged, and are preferably mirror images of one another. Although Operator Terminal 20 is not shown directly coupled to Primary Call Center 16 and WAN Listings Database 18', Operator Terminals 20 can be so coupled via WAN 25, or can access Call Center 16' and Database 18' via Primary Call Center 16 as shown in FIGS. 1, 2 and 3. This overcomes situations where Database 18 is down in System 2, such that Operator Terminal 20 completes the call using information stored on Database 18'.

This arrangement, for interconnecting all of the Systems 2 and 2', also allows for time shifting benefits such that some localities when experiencing low caller traffic can close for the evening allowing as System 2' located in an earlier time zone to handle the calls. For example, a call center System 2 in New York could close between the hours of 2 am and 6 am, and allow a call center System 2' in California or Hawaii to handle the calls. Not only does this allow for time shift, but it also allows for employment/staffing advantages by allowing the administrators of the service to hire personnel in areas where the conditions are most advantageous. For example, a call center System 2 on the east coast can route leased lines, satellite or wireless links, Integrated Services Digital Network (ISDN) circuits, asynchronous transfer mode (ATM), Ethernet, token ring, fiber distributed-data interface (FDDI) and the like. It is also presumed that the various components of System 2, Service Providers 26 and PSTN 10 are arranged with appropriate communication hardware interfaces to transmit and receive data across the communication links. For example, Wireless Service Providers 26 may interface directly with System 2 via Mobile Switching Center (MSC) 8 hardware coupled directly to Switch 12 of System 2. Switches 12 can be any switches that preferably include an integrated voice response unit. Many functions performed by Switches 12 are known to those of

The links coupling the various components of System 2 together and with Service Providers 26 via Mobile Switching Center (MSC) 8 and Public Switched Telephone Network (PSTN) 10 can be any known voice and/or data communication technologies, including wide area network-

| 9 | 10 |

**Column 1 (page 9):**

ordinary skill in the art and include telephone call routing such as between communication trunks, converting one signaling type to another, such as between a digital signaling system, dual-tone multi-frequency (DTMF) signaling, multi-frequency (MF) signaling, ISDN, SS7, etc., and capturing call length and destination data for billing, etc.

As shown in FIGS. 1, 2 and 3, when a call comes into Switch 12, the call is identified by a DNIS which relates to the number dialed by the requester, so that appropriate data generated by System 2, such as Call Completion Data Packets 50 (FIG. 9), can be routed to the correct Switch 12 to complete the call, as will be explained in more detail hereinafter.

Upon the initiation of a call completion, Switch 12 is configured to pass the originating phone number of Requester 4 and/or the number dialed by Requester 4 to MSC 8 or PSTN 10 for delivery to Wireless Apparatus 6. This enables Wireless Apparatus 6 to screen in-bound calls.

Additionally, as shown in FIGS. 1 and 2, Switch 12 maintains an integrated voice response unit for use with a pre-announcement feature. After Switch 12 receives a Call Completion Data Packet 50 and reads the Pre-announcement field 59, Switch 12 is instructed on whether or not to implement the pre-announcement feature. If Pre-announcement field 59 is configured to deliver an announcement to Wireless Apparatus 6, Switch 12 will pass a message to Wireless Apparatus 6 indicating an incoming call with an attached announcement.

One possible embodiment of this invention would be to pass the number dialed by the Requester 4 from Switch 12 to Wireless Apparatus 6 to indicate an incoming announcement. One example of a possible announcement is to have Switch 12 initiate an audio request to Requester 4 for their message, preferably their name, such that the requester's name is recorded and transmitted to Wireless Apparatus 6 so that the subscriber using Wireless Apparatus 6 can determine in advance whether or not they wish to accept the call. Support for the "pre-announcement" message options are programmed in Switches 12 and control commands are indicated to Switches 12, as will be discussed in more detail hereinafter.

As shown in FIG. 3, if using release link trunking between Switch 12 and MCS 8, then the Voice Response Unit (VRU) for the pre-announcement may reside between MSC 8 and Wireless Apparatus 6. It is also contemplated by the present invention that this announcement may be initiated prior to the release of the call. For the purposes of this invention, Voice Response Unit (VRU) shall refer to any hardware and software combination that allows for the recording and/or delivery of voice messages.

For FIGS. 1, 2 and 3, the subscriber can indicate acceptance of the communication request in any appropriate manner, for example, by issuing a command or by doing nothing and waiting for the expiration of a predetermined time period. Conversely, issuing a command or taking no action can be used to reject a communication request. In the case where the subscriber does not wish to accept the communication request, Switch 12 can transmit a message to Requester 4 indicating that their communication request has been denied. Additionally, System 2 may prompt Requester 4 to record a message to be delivered to and/or retrieved and replayed by the subscriber of Wireless Apparatus 6. Preferably a fee is charged for this recording service. Optionally, the subscriber of Wireless Apparatus 6 can record a message to be delivered to Requester 4.

Alternatively, the "pre-announcement" feature can be provided

**Column 2 (page 10):**

based on the originating phone number of Requester 4 such that instead of Wireless Apparatus 6 receiving a "pre-announcement" voice recording they receive a text message displaying Requester 4's phone number, or additional information such as name if available. This information provides Wireless Apparatus 6 with adequate information to determine if they wish to accept a call or not. Using the same acknowledgment method as stated above, Wireless Apparatus 6 could accept or decline to connect with Requester 4.

Additionally, as shown in FIGS. 1, 2 and 3, a Closing Prompt Storage Module 13 is configured to store a variety of closing prompt messages and data, such that when the Switch 12 completes the call from Requester 4 to Wireless Apparatus 6, Switch 12 can play any one of a variety of closing prompts based on the information received from a Call Completion Data Packet 50 as will be explained in more detail. Although only one Switch 12 is illustrated in FIGS. 1, 2 and 3, any number of Switches 12 can be used in System 2 to increase the capacity of System 2.

FIG. 4 illustrates an Incoming Call Information Record 15 provided by Switch 12, after Switch 12 receives a call from Requester 4. Record 15 is sent to Primary Call Center 16.

In accordance with one embodiment of the present invention, Incoming Call Information Record 15 contains a number of fields which may include but is not limited to: Number Dialed by Requester field, Preferred Language Code field, Originating Phone Number of Requester field and Requester Service Provider field and Feature Code field.

The Number Dialed by Requester field contains the number dialed by the Requester and may be used to identify the originating switch location of the incoming call.

The Preferred Language Code field contains information indicating the language preference of Requester 4, System 2, and in particular Switch 12, maintains the ability to translate many different dial strings into System 2. One possibility for determining the preferred language of Requester 4 is to automatically route calls from a particular dialed number, for example NPA-555-1818, directly to, for example, Spanish speaking operators. The Preferred Language Code field is used to route calls to Primary Call Center 16 via Switch 12 by way of Incoming Call Information Record 15.

The Originating Phone Number of the Requester field holds the originating phone number of the Requester 4. The Requester Service Provider field conveys the service provider of Requester 4. This field allows System 2 to identify the calling party's Service Provider 26 for use with various functions such as introduction prompts, closing prompts, billing information, usage tracking, etc. One example of a use of this data is to allow for the settlement of billing charges between the Service Provider 26 of Requester 4 and Service Provider 26 of Wireless Apparatus 6.

The Feature Code field holds information that can be used to identify any special features associated with Requester 4's device. These features could include, but are not limited to: promotional rate plans, standard rate plans, bundled service plans, device capabilities and the like. For example, Service Provider 26 may offer unlimited Directory Assistance for a flat fee per month, or could offer services free for a promotional period.

Although only five fields are identified for Incoming Call Information Record 15, any number of fields that are used to provide System 2 with the necessary data to complete a call is within the contemplation of this invention.

As shown in FIGS. 1, 2 and 3, Billing Database 14 is used as the repository for the billing data and includes but is not limited to: records which are preferably comprised of the call date, the call start time, the call end time and the

11

resulting time, i.e. the call length, the originating phone number for Requester 4, the Wireless Apparatus Identification Number (WAIN) for Wireless Apparatus 6 and fields which identify the originating and terminating service providers. The billing data can be accumulated from any of but not limited to, the following: Switches 12, ACDs, PBXs, Agent Application 19 and/or Database 18.

Call centers 16 and 16' are comprised of hardware and software which accept inbound calls from Switches 12 and which distribute the calls to multiple Operator Terminals 20 using standard Automatic Call Distribution (ACD) technology. Operator Terminal 20 interacts with Database 18 to search for and retrieve a WAIN corresponding to Wireless Apparatus 6. The search can be done using a single field or combination of fields, defined in Tables 52A through 52E as discussed below.

Call center 16 and 16' can be comprised of one or more processors coupled together in a networked arrangement to accomplish these functions, and can be constructed using known computing technology such as using personal computers, mini or mainframe computing devices, routers, switches and the like. Because the arrangement and operation of call centers 16 and 16' are similar, discussion of Primary Call Center 16 is understood to also describe Primary Call Center 16'.

Computer Telephony Interface (CTI) 29 is disposed between call center 16 and Operator Terminal 20. CTI 29 is configured to route the data portion of an incoming Requester 4 call, such as the number dialed by the requester and the originating phone number of the requester to Operator Terminal 20, while the voice portion of the call is transmitted directly between call center 16 and Operator Terminal 20. While not discussed here, it is contemplated within the context of this invention that the data portion of an incoming Requester 4 call could be sent to Operator Terminal 20 using in-band signaling (i.e., with the voice path of the call) as well.

Operator Terminal 20 can also be any known computing device capable of receiving and displaying data on its display, including but not limited to a personal computer, UNIX workstation and the like. Although it is preferred that a separate customer service representative telephone be implemented as part of System 2 and coupled to Primary Call Center 16 for communicating with Requester 4, Operator Terminal 20 is not limited to this arrangement. For example, Operator Terminal 20 can be arranged to contain an integrated telephone (as shown). In other words, any arrangement that allows a customer service representative to engage in oral communications with Requester 4 is sufficient. In addition, although only a single Operator Terminal 20 is shown, System 2 is not limited to this arrangement. It is contemplated that System 2 is comprised of multiple Operator Terminals 20 such that more than one customer service representative is available to accommodate the users of System 2. It should be noted that Primary Call Center 16 and its communication with Switches 12, Operator Terminal 20 and Database 18 as well as the arrangement and communication between Primary Call Center 16 and Database 18 can be implemented in accordance with the connectivity and communication techniques described in U.S. patent application Ser. No. 09/449,126, filed Nov. 24, 1999, the contents of which are incorporated herein by reference. In an alternate embodiment of this invention it is contemplated that a Requester 4 may interact with an agent using a non-voice method such as, but not limited to: Short Mes-

12

saging Service (SMS), Wireless Application Protocol (WAP), Live Chat, and Instant Messaging as will be discussed below.

Agent Application 19 platform is used to operate Operator Terminals 20 and Databases 18. This system not only supports the communications between these modules but also prepares a Call Completion Data Packet 50 that is to be sent to Switch 12 to ultimately complete the call.

To create Call Completion Data Packet 50, Operator Terminal 20 and Agent Application 19 require information to be retrieved from Database 18. This data is used to populate the various fields of Call Completion Data Packet 50 as discussed in more detail below.

Database 18 is preferably any known database system which can be programmed to store all of but not limited to the following: wireline telephone directory listings, originating Service Provider 26 of Requesters 4 listings, origination listings and other listings such as providers of goods and services. Database 18 preferably supports multiple database tables for a voluminous quantity of listings and multimedia data associated with each user or organization that is sponsoring a group of users.

It should be noted that the present invention augments the database tables described in U.S. patent application Ser. No. 09/449,126 by including several additional fields to support new features as discussed herein.

Database 18 can be based on any known database software and any known database format. The hardware configuration of Database 18 can be any hardware platform capable of supporting the quantity of users and entries in their respective database tables. As such, Database 18 can be stored on any device capable of storing the information.

Those of ordinary skill in the art can appreciate that although Database 18 is shown as a single unit, it is not limited to this configuration. Database 18 can be comprised of multiple hardware units, i.e., central processing units and/or storage devices such as CD-ROMs, hard disk drives, tape disk drives, etc. which can communicate with each other across a transmission link. In addition, while only specific tables and fields within Database 18 are discussed in detail, the current invention does not limit the table schema in Database 18. In accordance with one embodiment of the present invention each database in System 2 or System 2' such as Database 18 or 18' stores the same information. In an alternate embodiment, it is also contemplated that Database 18 can take the form of a distributed database. For example, users who are primarily based on the west coast can be supported from a portion of database such as Database 18' located in California, while users primarily located on the east coast can access a portion of database such as Database 18 located in New York.

In one embodiment of the present invention, Database 18 stores a branded audio message associated with the Service Provider 26 of the Requester 4 such that when Requester 4 accesses System 2, the audio welcome message is retrieved by Operator Terminal 20 and played to the Requester 4. In another embodiment of the present invention the audio welcome message may be retrieved and played on Call Center 16 or Switch 12. This welcome audio message is discussed in detail below.

As illustrated in FIG. 5A, Listing Table 52A stores Wireless Apparatus Identification Number (WAIN) listings (i.e. information about each Wireless Apparatus 6). This WAIN listing information includes, but is not limited to, the wireless phone number, name, the directory listed name, address, Defined Locality, company, wireless carrier, billing information, special features code, WAIN connect field, type

US 7,023,969 B2

13

of data field, data source field, NPA/NXX wireless field, device capability field, special announcement field, General Announcement field, special services field, pre-announcement field, wireline phone number field, e-mail address fields, license plate fields and other codes used in System 2 to populate various fields of Call Completion Data Packet 50. Listing Table 52A represents the primary Wireless Apparatus 6 table in System 2 and includes any additional special instruction information listings including information for populating Closing Prompt Module 27.

The Wireless Phone Number field of Listing Table 52A identifies the phone number of Wireless Apparatus 6, for example a cell phone number. The Name field represents the actual name of the subscriber for Wireless Apparatus 6. The Directory Listed Name field represents the chosen listing name for Wireless Apparatus 6. For example, this field could hold the subscriber's real name, nickname or the chosen alias for the subscriber. The Address fields of Listing Table 52A are contemplated to contain one or more addresses that contain one or more of the following fields: street address 1, street address 2, city, state, country, zip code and zip +4 address of the subscriber for Wireless Apparatus 6.

The Defined Locality field identifies the subscriber's preferred locality or combination of localities. For example, the subscriber based in NYC with a New Jersey area code in his or her Wireless Apparatus 6 may elect to use NYC, New Jersey, NY Metro area or some other designation for location.

The Company field of Listing Table 52A identifies the company for which the subscriber of Wireless Apparatus 6 works. The Wireline Phone Number field identifies one or more wireline phone numbers of the subscriber associated with Wireless Apparatus 6. The Email Address field identifies one or more email addresses of the subscriber identified with Wireless Apparatus 6. The Wireless Carrier field of Listing Table 52A identifies the Service Provider 26 for Wireless Apparatus 6. This information can be used in conjunction with the closing prompt feature as well as billing and other related features.

The Billing Information field of Listing Table 52A contains information specific to Wireless Apparatus 6 which will support the billing function. This field provides System 2 with the specific billing instructions for Wireless Apparatus 6 including the service provider information as well as special service subscriptions. For example, the subscriber of Wireless Apparatus 6 may elect to incur charges on incoming calls. In this case, the Billing Information field would indicate that Requester 4 is not responsible for the cost of the inbound call to Wireless Apparatus 6.

The Special Features Code field of Listing Table 52A identifies any particular special features that may be associated with the subscriber's account. This includes information such as group connect features, where a large employer distributes a number of phones company-wide. In such instances, a single billing party may have several or even hundreds of wireless accounts under one name, such that the actual individuals who use the wireless devices do not appear on the listing. Information in this field can be used for category searches, such as all employees at company XYZ, special billing codes; or possibly for use in closing prompt selection, if one is not already specified by Wireless Apparatus 6.

The Wireless Apparatus Identification Number (WAIN) Connect field of Listing Table 52A identifies the degree of availability of the listing for disclosure. As illustrated in FIG. 6, the WAIN Connect field consists of a WAIN Connect Field Sub Listing Table 70, which categorizes a number first

14

as either listed or unlisted. If a number is unlisted it cannot be used to complete a call. However if the number is listed, WAIN Connect Field Sub Table Listing 70 is further subdivided into "unmasked to agent", or "masked to agent". In the case of "unmasked to agent", a call can be completed but Requester 4 does not receive the number. In this case, the number or any portion thereof may be masked to the agent or customer service representative as well, such that the agent will not have access to the number, and the call is simply connected. In the case of "unmasked to agent", the agent is granted access to the number, and the call is originated. This field provides information to System 2 to reveal the number to the agent and/or Requester 4 as would most likely be the case for business wireless devices.

The Type of Data field of Listing Table 52A identifies the type of wireless device that is being listed in the Wireless Apparatus Identification Number (WAIN) listings table.

The Data Source field of Listing Table 52A identifies the data source from which the Wireless Apparatus 6 listing originated. This field provides information to System 2 identifying the source of this listing such as a service provider or any other entity, for example a third party or the subscriber of Wireless Apparatus 6 that supplied the data contained in Database 18, and can be used in conjunction with such features as the closing prompt or with bonuses or incentives.

The NPA/NXX Wireless Field of Listing Table 52A identifies whether or not Requester 4 is using a wireless device or landline device. This field is used to turn on and off certain features which may only be available to either wireless or land based phones. For example, as discussed above, the pre-announcement field may be defaulted to "no" for Wireless Apparatus 6 from land based phones whereas the pre-announcement field may be defaulted to "yes" for calls to Wireless Apparatus 6 from wireless phones.

The Device Capability field of Listing Table 52A identifies the capabilities of Wireless Apparatus 6 device. It is contemplated that these capabilities may include: SMS, WAP, iMode, etc., capabilities.

The Special Announcement field of Listing Table 52A and/or Database 18 is also used to cross-reference other special closing prompts paid for or requested by either Wireless Apparatus 6 or a preferred provider to be used by Closing Prompt Module 27. For example, if a subscriber of a Wireless Apparatus 6 has elected not to pay for incoming call charges, an announcement can be played to Requester 4 indicating that they will be billed for the call. In another example, a preferred provider can elect to have a customized prompt played whenever calls are connected to that listing. A preferred provider is any subscriber who elects to offer incentives to Requesters 4 and/or the provider of System 2 to direct calls to them.

The Special Announcement field of Listing Table 52A to direct Requester 4 to other services offered by System 2. These messages can be tailored as well to provide precise information on the availability and extent to which those services are offered. It should be noted that cross-referencing

services provided by System 2. It is contemplated in the current invention that System 2 shall be enabled to provide traditional directory assistance as well as enhanced traditional directory assistance which includes but is not limited to additional services such as: restaurant recommendations and reservations; movie times and ticket purchase, category searches; alternate language services, directions services, and preferred provider opportunities.

The Special Announcement field is intended to enable the cross referencing of announcements and/or closing prompts

US 7,023,969 B2

15

codes found in the Special Announcement field can be used alone or in combination with designed closing prompts. For example, a restaurant preferred provider may request a special closing prompt suggesting a promotional discount or other such restaurant related comments to Requester 4 in response to a request by Requester 4 for traditional directory assistance to a restaurant category search. In this case, if a preferred provider designs a particular closing prompt, the code will be stored in this field. It is also possible to store multiple codes, third parties are not limited to one Special Announcement code but can use as many as desired.

The General Announcement field of Listing Table 52A and/or Database 18 identifies if there are any general closing prompts attached to Wireless Apparatus 6's listing to be used by Closing Prompt Module 27. This field is similar to the Special Announcement field; however, the closing prompts called for here are not specifically tailored to the Wireless Apparatus 6. The codes listed here may trigger closing prompts that are canned. For example, in the preferred provider example above, a restaurant which does not accept credit cards may, instead of designing a unique closing prompt that would be coded under the Special Announcement field, choose from some canned closing prompts such as, "this restaurant does not accept credit cards". This example or other general announcement closing prompts would be coded for in the General Announcement field of Listing Table 52A and/or Database 18.

Similar to the Special Announcement field, the General Announcement field also allows for the use of multiple codes and also allows cross-referencing of other System 2 services. For example, if the same preferred provider restaurant offered reservations, it may wish to include a cross referencing closing prompt in their General Announcement field. Unlike the Special Announcement field, the cross referencing prompt would not be specifically tailored to the restaurant but instead would be of more generic variety.

The Special Services field of Listing Table 52A and/or Database 18 identifies any special services that a third party may provide. This field is used when performing category searches when a Requester 4 wishes to direct their search for certain abilities or conditions, such as: open 24 hours, Spanish speaking, hearing impaired compatible etc. For example, if a Requester 4 asks for all Spanish-speaking restaurants in the area, when Operator Terminal 20 searches Database 18, the only listings that will be retrieved will have a Spanish speaking code in the special service field.

The Pre-announcement field of Listing Table 52A identifies if the subscriber of Wireless Apparatus 6 wishes to have any incoming calls pre-announced. This field determines whether there is preference for voice or text or multimedia pre-announcements assuming the appropriate service provider for Wireless Apparatus 6 supports the appropriate service provider. If both formats are not supported the Pre-announcement field will default to whatever is supported by Wireless Apparatus 6's voicemail, and connect call to a System 2 temporary voicemail device (VRU). In the event that the subscriber of Wireless Apparatus 6 chooses message delivery only, it is contemplated by this invention that the temporary voicemail device (VRU) will prompt Requester 4 to record and store a message, and will then attempt to deliver the message to Wireless Apparatus 6. Once

16

Requester 4 indicates that he/she has accepted the message recorded, the call will be disconnected. If a preference for a data and/or text pre-announcement is indicated or if the service provider can only support a data and/or text pre-announcement, it is contemplated by this invention that this field will include but not be limited to the following one option: connect call with data and/or text pre-announcement. It is contemplated by this invention that this option shall specifically include the conversion of a recorded voice message to text and the delivery of that message via any of but not limited to the following formats: SMS, WAP, MoDe, instant messaging, etc.

The License Plate field of Listing Table 52A contains the License plate of the primary vehicle associated with the subscriber of Wireless Apparatus 6. This information can be used to associate a subscriber with one or more vehicles in which they may be traveling.

It is contemplated by the current invention that Operator Terminal 20 will have the ability to perform searches on any one field or combination of fields in Listing Table 52A and/or Database 18. This includes but is not limited to locating WAIN listings by email address, defined locality, directory listed name, address, company, name, wireless carrier, license plate, wireless phone number and/or even a reverse search listing by WAIN.

Finally, the Rate Plan field of Listing Table 52A, contains the rate plan of Wireless Apparatus 6. This information is used to determine things such as if roaming charges will apply, if long distance charges will apply and the number of monthly minutes associated with the plan.

In another embodiment of the present invention, Personal Contact List 52B is provided to add a feature to System 2 allowing subscribers of Wireless Apparatus 6 to provide their contact list to Database 18 allowing them easy access to a collection of wireless numbers and other information. As a result the numbers provided by the contact list are entered into Personal Contact List Table 52B.

In addition to storing personal contact lists of subscribers for their access only, System 2 can request that a subscriber release the phone information on all of the contact list numbers so as to further populate Database 18. This only requires the release of telephone data and not the full content of contact list information which can also include personal information such as birthdays, etc. If the subscriber of Wireless Apparatus 6 consents, the phone information from his/her contact list is added to the WAIN listings in Database 18. As a result, the subscriber of Wireless Apparatus 6 benefits by having a saved personal contact list and System 2 benefits by getting additional WAIN listings for Database 18. FIGS. 5B–5E illustrate Database Tables 52B–52E that demonstrate the contact list feature and maintenance.

To encourage subscribers to send in their phone lists, System 2 can provide bonuses, incentives or free services in exchange for submitting a contact list for use in Database 18, as described in more detail below.

As illustrated in FIG. 5B, Personal Contact List Tables 52B preferably store contact names and numbers for each corresponding Wireless Apparatus 6. The Wireless Apparatus 6 personal contact list is arranged to have additional information about each contact, such as electronic and surface mail addresses, job title, company name, company address, facsimile telephone number, home web page, birthday, and the like. Each entry in a contact list is assigned a unique identification number.

As illustrated in FIG. 5C, Updated Listing Tables 52C store updated contact listings information which is to be added, deleted or revised for a subscriber of Wireless

US 7,023,969 B2

17

Apparatus 6 contact list in System 2. These changes are then incorporated into Personal Contact List Table 52B.

Changes are preferably verified prior to incorporation into the subscriber's Personal Contact List Table 52B. For example, users attempting to synchronize their "Personal contact databases" with their Personal Contact List Table 52B initiate a synchronization process, as discussed in detail below. These changes are not incorporated into the user's personal contact list until the user's authenticity has been verified. Once the requested change has been verified for accuracy (i.e. the requested change is not a duplicate of a previous request) such change request will be incorporated into subscriber's Personal Contact List Table 52B.

As illustrated in FIG. 5D, those requested changes which cannot be implemented are stored in Rejected Updated Listings Tables 52D along with a reason for the rejection, for example, that the user is an invalid user, and/or that the requested changes is a duplicate, and the like.

As illustrated in FIG. 5E, the Listing Indicator Table 52E tracks the listing identification numbers assigned to each entry in a subscriber's Personal Contact List Table 52B. Listing Indicator Table 52E is used to track the listing identification numbers to ensure that a unique identification number is assigned. This facilitates future updates, deletions, etc., and also ensures that entries can be made from multiple sources (i.e., a web browser, Operator Terminal 20, PDA (Personal Digital Assistant), and/or personal contact software and the like) without creating duplicate listing identification numbers.

It should be noted that although the field description above discussed above was for WAIN Listings Database 18, WAIN Listings Database 18 preferably operates with substantially similar field structure.

Tables 52A–52E for WAIN Listing Databases 18 and 18' are configured not only to store subscriber information but also to provide System 2 with the ability to properly handle feature requests. For example, information stored in the Special Features Code field in Listing Table 52A allows System 2 to provide features such as preferred language and targeted advertising promotion.

In addition to providing a wireless white pages service supported by Database 18 other services are available through System 2. For example, a directions unit within Enhanced Services Module 21 provides System 2 with a means to send directions to a Requester 4. A Directions unit is incorporated in the Enhanced Services Module 21 used by Agent Application 19 running on Operator Terminal 20 and allows a customer service representative to retrieve directions and transmit them to Requester 4. The Directions feature in Enhanced Services Module 21 may be a stand alone unit that is configured to calculate directions based on a starting and a destination address, or other criteria as currently known in the industry. In accordance with another embodiment of the invention, Enhanced Services Module 21 may be connected via a communications channel, for example, Internet, to a remote directions calculating unit operated by a third party such as those available by MAPQUEST™.

In another example, restaurant reservations are also integrated into the Enhanced Services Module 21 used by Agent Application 19 running on Operator Terminal 20 and provide System 2 with the ability to secure reservations and provide recommendations for restaurants to a Requester 4. Reservation services are activated when the subscriber such as restaurant or other related service provider, such as a caterer, activates the reservations services at Enhanced Services Module 21 of System 2. The Reservations feature in

18

Enhanced Services Module 21 may be a stand alone unit that is configured to arrange reservations based on up-to-date information received from a participating restaurant, or other criteria as currently known in the industry. In accordance with another embodiment of the invention, Enhanced Services Module 21 may be connected via a communications channel, for example, Internet, to a remote reservations service system operated by a third party.

Recommendations are activated when a subscriber such as the restaurant or a restaurant recommendation service decides to place its information in a recommendation index found within restaurant reservation and recommendation system in Enhanced Services Module 21.

In a third example, movie ticket and schedule software is incorporated into the Enhanced Services Module 21 used by Agent Application 19 running on Operator Terminal 20 and provides System 2 with the ability to provide movie information and ticket purchasing. These services are activated when a subscriber such as a movie theater, playhouse or other related business, or a movie information provider provides the information to System 2.

Closing Prompt Module 27 provides the closing prompt identification data that will be included in a defined field such as Closing Prompt Code field 58 of the Call Completion Data Packet 50 presents information to Switch 12 to generate a closing prompt based on Closing Prompt Code field 58 of the Call Completion Data Packet 50, which is recognized by Switch 12. Closing Prompt Module 27 can either exist as a physically separate unit or it can exist as a functional module of Agent Application 19 software.

While one embodiment of the invention has been described above, the invention contemplates that Call Completion Data Packet 50 can be used by any combination of hardware and software such as: an ACD, a PBX, a standalone VRU/Voice Response Unit/ASR(Advanced Speech Recognition), application software and the like, to generate the closing prompt based on the Closing Prompt Code field 58 in Call Completion Data Packet 50.

As illustrated in FIG. 7, Closing Prompt Module 27 is comprised of a Closing Prompt Processing Module 64, Override Module 66 and a Call Completion Data Table 68. Call Completion Data Table 68 can either be a separate table within Closing Prompt Module 27 or it can exist as software that is found in Closing Prompt Processing Module 64. In another embodiment of the current invention, Closing Prompt Processing Module 64 and Override Module 66 can reside on Switch 12 or any combination of hardware and software such as: an ACD, a PBX, a standalone VRU/ASR, application software and the like.

In order to appropriately populate the Closing Prompt Code field 58 of Call Completion Data Packet 50, Closing Prompt Module 27, in conjunction with Agent Application 19, checks the retrieved listing in Listing Table 52A and/or Database 18. Closing Prompt Module 27 uses the retrieved listing to populate some of the fields in Call Completion Data Table 68. The remainder of the fields in Call Completion Data Table 68 can be populated from Database 18 and/or the agent application. In one embodiment of the current invention, Call Completion Data Table 68 includes but is not limited to the seven fields 60A–60G as shown in FIG. 8. Closing Prompt Module 27 also uses the Special

US 7,023,969 B2

19

Announcement and General Announcement fields of Listing Table 52A and/or other fields from Database 18. Closing Prompt Processing Module 64, Override Module 66 and Call Completion Data Table 68 to determine the appropriate information to populate in Closing Prompt Code field 58, and other fields of Call Completion Data Packet 50.

While the current invention contemplates that Closing Prompt Module 27 may use any of the information in these fields and modules in any order, the following outlines one possible method of selecting a closing prompt.

The first step is to retrieve the listing that was selected from Listing Table 52A and/or Database 18. In the event that the listing was not found, the listing will be considered sufficient.

The next step is for the Closing Prompt Processing Module 64 to look to the Special Announcement field and General Announcement field of Listing Table 52A to determine if any specific closing prompts are active for Wireless Apparatus 6. If so, at least one closing prompt code will be found in one of these fields and possibly many codes will be found.

Next, Closing Prompt Processor Module 64 checks with Override Module 66 to determine if any closing prompt override functions are present. The information for this module comes from both Listing Table 52A and/or Database 18 and from internal System 2 settings. For example, Override Module 66 may provide for time of day functionality such that certain closing prompts are initiated at certain times of day. In the case of restaurant services, dinner prompts may be preferred in the evening hours whereas breakfast prompts may be preferred in the morning hours.

Another sample function of Override Module 66 is to set default prompts based on the day. For example, recreational prompts may be set to activate only on weekends whereas business prompts may only activate on weekdays. Yet another sample feature of Override Module 66 is to cross-reference other services offered by System 2 during peak and off-peak hours. For example, on Saturday or Sunday, a cross-reference prompt to directional services may be implemented when a Requester 4 asks for restaurant information. It should be noted that the functions of Override Module 66 can be used to modify or augment closing prompts found in Special Announcement fields and General Announcement fields. The complete breadth of examples of the functions of Override Module 66 are too numerous to fully illustrate, however, it should be noted than any ability to modify, add to, subtract from the closing prompt codes that are found in the Special Announcement field and the General Announcement field are within the contemplation of this invention.

Next, Closing Prompt Processor Module 64 looks to Call Completion Data Table 68 to determine a closing prompt based on the information fields contained therein.

As illustrated in FIG. 8, these fields include: the Number Dialed by Requester field 60A, Data Source of the Requested Listing field 60B, Types of Data field 60C, Service Requested field 60D, Preferred Language field 60E, the NPA/NXX of destination number field 60F and Other Listing Table 52A and/or Database 18 data field 60G. These fields are populated by data contained in Listing Table 52A and/or Database 18 and from information contained in Agent Application 19 on Operator Terminal 20.

The Number Dialed by Requester field 60A contains information that can be used by Closing Prompt Module 27 to identify the number dialed by Requester 4, the service provider of Requester 4, the originating Switch 12 and the

20

call completion area for this call. This information is obtained from the data source field of Listing Table 52A and/or Database 18.

The Data Source of Requested Listing field 60B contains information that can be used by Closing Prompt Module 27 to identify the data source which provided the listing information. This information is obtained from the data source field of Listing Table 52A and/or Database 18.

The Type of Data field 60C informs Closing Prompt Module 27 of the what type of data was solicited by Requester 4, such as traditional directory assistance, movies, restaurants, directions. The information used to populate the Type of Data searches. The information used to populate the Type of Data field 60C is obtained from various fields in Listing Table 52A and/or Database 18.

Service Requested field 60D contains information used by Closing Prompt Module 27 which can identify the type of service requested by Requester 4 such as: information requests, commerce requests, reservation requests, etc. The information used to populate the type of service requested field 60D is obtained by Agent Application 19 on Operator Terminal 20 from Listing Table 52A and/or Database 18.

Preferred Language field 60E contains information used by Closing Prompt Module 27 to indicate the preferred language of Requester 4. This information is used to ensure that the proper language closing prompts can be used. It is also contemplated by the current invention that the Preferred Language field 60E can be used in conjunction with the Special Announcement field and General Announcement fields of Listing Table 52A and/or Database 18. The data used to populate Preferred Language field 60E is obtained from either Operator Terminal 20 or from the Special Services field of Listing Table 52A. One possible implementation would be to populate the Preferred Language field 60E based on the number dialed by Requester 4, however, this is not the only possible implementation.

The NPA/NXX (Numbering Plan Area/Exchange code) of the Destination Number field 60F contains information used by Closing Prompt Module 27 to identify the location of the listing so as to select a location based closing prompt.

Lastly, the Other Listing Table 52A or Database 18 field 60G contains information used by Closing Prompt Module 27 to identify any additional information in Listing Table 52A and/or Database 18 that could be of use in selecting a closing prompt.

Fields 60A–60G for Closing Prompt Module 27 are intended only to provide examples of possible fields and are in no way intended to limit the scope of the invention. Any field which can be used in Closing Prompt Module 27 to tailor a closing prompt to allow for targeted third party advertising and other such uses is within the contemplation of the present invention.

At this point, regardless of the order in which the information was gathered, Closing Prompt Processing Module 64 of Closing Prompt Module 27 uses the Agent Application 19's logic to determine what information should be used to populate Closing Prompt field 58 of Call Completion Data Packet 50. One example of this logic is for Closing Prompt Module 27 first to look to the Special Announcement and the General Announcement fields of Listing Table 52A and/or Database 18. Next, Closing Prompt Processing Module 64 looks to Override Module 66 to see if there are any additions, modifications, or other instructions that are added to or subtracted from the closing prompts found in the Special Announcement and General Announcement fields. Next, Closing Prompt Processing Module 64 looks to Call Completion Data Table 68 to see if there are any additions,

US 7,023,969 B2

21

modifications, or other instructions that are added to or subtracted from the closing prompts decision made above. Finally, upon selecting the appropriate closing prompt, Closing Prompt Module 27 populates the Closing Prompt Code field 58 of Call Completion Data Packet 50.

Unlike prior art, this invention dynamically alters the closing prompt to tailor a specific message to the Requester 4 based on information obtained through the call. This decision can be based on specific Wireless Apparatus 6 instructions, third party instructions, other information contained in Listing Table 52A and/or Database 18, Override Module 66 and/or possible fields, 60A–60G of Call Completion Data Table 68.

Agent Application 19 software then creates a Call Completion Data Packet 50. Alternatively, Closing Prompt Module 27 or some other application could create Call Completion Data Packet 50; however, for the purposes of this discussion Agent Application 19 will be forming Call Completion Data Packet 50. As illustrated in FIG. 9, Call Completion Data Packet 50 is comprised of multiple data fields. This can include but is not limited to the Originating Phone Number of Requester field 54, the Wireless Apparatus Identification Number (WAIN) Information Field 56, Closing Prompt Code Field 58 and Pre-announcement field 59. It should be noted that it is contemplated by the current invention that the WAIN information field may include both wireless and wireline listings.

Call Completion Data Packet 50 is formed by Agent Application 19 at Operator Terminal 20 using information from Incoming Call Information Record 15, Listing Table 52A from Database 18, and Closing Prompt Module 27. This information is then organized and used to populate the fields of Call Completion Data Packet 50.

The Originating Phone Number field 54 is the originating phone number of Requester 4. The Wireless Apparatus Identification Number (WAIN) Information field 56 is the requested listing of the subscriber. This information is provided to Operator Terminal 20 by the retrieved listing from Listing Table 52A and/or Database 18. The WAIN information field identifies the proper destination for the completed call. This information is used to properly connect Requester 4 to Wireless Apparatus 6. Closing Prompt Code field 58 of Call Completion Data Packet 50 contains instructions on which closing prompt to retrieve, use and play for Requester 4. Pre-announcement field 59 of Call Completion Data Packet 50 denotes to the Voice Response Unit (VRU) whether or not the pre-announcement feature is activated. If the pre-announcement feature is activated the VRU will announce Requester 4's identity to Wireless Apparatus 6 to either voice or text message so that Wireless Apparatus 6 can determine whether or not to accept the call.

When combined, the Originating Phone Number of Requester field 54, the WAIN Information field 56, the Closing Prompt Code field 58, and the Pre-announcement field 59 contain all of the information needed to initiate and complete the call, play the appropriate closing and pre-announcement.

Wide Area Network (WAN) 25 is configured to couple all Operator Terminals 20 to System 2 and 2'. This includes connections between geographic locations, such that Operator Terminals 20 located at a call center can connect with Switches 12 at other remote locations. As noted earlier and to be discussed in more detail below, because Primary Call Center 16 may route calls to remote Operator Terminals 20 it is necessary that those Operator Terminals 20 be able to communicate back to the originating Switch 12 in order to connect to the proper call. WAN 25 is configured to relay

22

Call Completion Data Packet 50 to the appropriate Switch 12 in order to complete Requester 4's call. A more complete description of the function of WAN 25 within System 2 is discussed below.

Agent Application 19, as supported by one of the Operator Terminals 20, communicates via Operator Terminals 20 to any one of the Switches 12 with the combination of Systems 2, 2' etc. via Wide Area Network 25 (WAN). WAN 25 allows customer service representatives at Operator Terminals 20 to transmit a Call Completion Data Packet 50 from Operator Terminals 20 to any one of Switches 12. In the event that Agent Application 19 is unable to successfully pass Call Completion Data Packet 50 due to any number of reasons including but not limited to the unavailability of WAN 25 or the rejection of Call Completion Data Packet 50, Agent Application 19 can initiate call completion using in-band signaling such a DTMF. This allows Agent Application 19 to put the caller on soft hold and pass the destination digits to Switch 12 via the same trunk. Switch 12 then accepts the digits and releases the call to Call Center 16 and initiates call completion as described hereinafter.

Regarding signaling and trunking configurations, the communication links between Switch 12 and Primary Call Center 16 (or call center 16') and the communication links between Switch 12 and Mobile Switching Center (MSC) 8 can be implemented as release link trunks. In this embodiment of the current invention the communication links are released once the call completion data is transmitted to the destination end of the link. Release link trunk technology is known in the art and allows resources at the destination device to be freed by employing a predetermined signaling sequence which is recognized by the destination device as a release link signal. In addition, in another embodiment of the current invention, the communication links between Switch 12 and Mobile Switching Center (MSC) 8 can be implemented as Multi-frequency MF signaling. One possible example of MF signaling is Feature Group-D (FG-D) links as commonly known in the industry.

In an alternative embodiment of the current invention, the communication links between Switch 12 and Mobile Switching Center (MSC) 8 can be implemented as SS7. SS7 is a type of out-of-band signaling, as is commonly known in the industry. In another embodiment of the invention, the links between Switch 12 and MSC 8 can be implemented as DTMF signaling. DTMF signaling is a type of in-band signaling. All of these signaling choices are known in the art and are meant only as possible embodiments of the current invention but should not be seen as limiting the possible choice of communication links by which the current invention can be implemented.

As part of the call completion process, Switch 12 has the ability to select the optimal trunk group to be used for the completion of Requester 4 to Wireless Apparatus 6. For example, if Switch 12 has a direct connection to the Service Provider 26 of Wireless Apparatus 6, the completion of this call would be implemented over this link.

In the case where Switch 12 did not have a direct connection to the Service Provider 26 of Wireless Apparatus 6, the completion of this call would be via the PSTN 10. This allows Switch 12 to select the most cost effective means of delivering the call to Wireless Apparatus 6. This selection of the outbound trunk group may be determined by Call Completion Table 17 (as shown in FIG. 1, 2 and 3) based on information contained in Call Completion Data Packet 50. For example, the NPA_nxx of the number in the WAIN Information field 56 in Call Completion Data Packet 50 can be used to indicate Service Provider 26 for that listing. This

US 7,023,969 B2

23

information is then used to determine whether a direct connection exists from Switch 12 to that Service Provider 26. If such a direct connection exists, then the first choice route for this call would be via that link. In the event that such direct connection is not available or does not exist, an alternate route such as a connection to the PSTN 10 could be used.

Requester Call Operations

As illustrated in the flow diagram of FIG. 10, initially, at step 100, Requester 4 calls System 2. The method for accessing System 2 can be via any known dialing pattern such as an "800" number, an NPA,xxx,xxxx number or NPA-555-xxxx, but also can be a shortened information-like number, such as "411," "555," "#555," etc. Preferably, access to System 2 is arranged such that the access number dialed by Requester 4 is available nationwide such that Requester 4 need not be concerned with individual access numbers depending on whether they are accessing System 2 via a wireless device or a wireline device.

At step 102, Mobile Switching Center (MSC) 8 recognizes the pattern dialed by Requester 4 as belonging to System 2 (i.e., a request for communication assistance) and routes the call to Switch 12 along with the originating dialing pattern number of Requester 4. Switch 12 tracks call detail information upon receiving the call from MSC 8.

Although not shown, the signaling methodology of the present invention can be implemented using the method and devices described in U.S. application Ser. No. 09/449,126, filed Nov. 24, 1999.

An additional feature of Switch 12 is its ability to recognize and translate dial number strings allowing System 2 to provide agent application services to multiple customers. Upon dialing the appropriate number, MSC 8, is configured to recognize that the dialed number string belongs to the communication assistance system and method, and routes the inbound call to Switch 12. If necessary, prior to routing the call to Switch 12, MSC 8 may translate the user's dial string (for example #555) to a digit sequence recognized by System 2.

This translation allows different service carriers to access the service provided by the present invention using either a universal access number or different user dial strings. For example, in the event that two carriers decide to use different dial strings (i.e. cellular telephone carrier A may support access to System 2 by dial string *5 while cellular carrier B may access the service using the dial string 411), each carrier's Mobile Switching Center (MSC) 8 may or may not select to translate this dial string before routing the call to Switch 12. Upon receiving the inbound call, Switch 12 may further translate the MSC 8 dial string and route the call to Primary Call Center 16. The number sent by Switch 12 allows System 2 to identify the particular MSC 8 from which the dial string was received along with the actual MSC dial string so that elements of System 2 can determine what service is desired, and where the inbound call originated. It is also contemplated by this invention that calls may originate from a wireline carrier and/or VoIP carrier as shown in FIG. 1 and FIG. 16, respectively.

For example, Switch 12 might translate Mobiles Switching Center (MSC) 8 dial string 411 to any four-digit number (this string length is for example only and can be modified) such as 9605. This four-digit string is used to populate the Number Dialed by Requester field 60A in Call Completion Data Table 68 as shown in FIG. 8. The translated digit string will be referred to as the Direct Inbound Dial (DID) number.

24

Each Switch 12 can have multiple DID numbers to identify Requester 4's request for different services and their calling location.

An additional feature available using this technology is to provide a separate dial string as an indicator of preferred language information to System 2. For example, if a dial string such as NPA-555-1818, is used, Switch 12, after translating the MSC dial string, will automatically send a Spanish language preference indicator in Incoming Call Information Record 15 so that the Primary Call Center 16 will route the call to an appropriate Operator Terminal 20, such as a Spanish speaking operator. Advantageously, Spanish speaking operators may be located remotely from System 2 and calls to be handled by them may be routed via Call Center 16 to a remote Call Center 16 as described above in reference with FIGS. 1-3.

It should be noted that the above example of call signaling methodology is intended only as an example of call routing and Requester 4 identification and is not intended to limit the scope of the present invention. Any such signaling methodology protocol which is capable of transmitting the call between the MSC 8 and Switch 12 is within the contemplation of the present invention.

At step 104, Switch 12 routes the call to Primary Call Center 16. To perform this task, Switch 12 creates Incoming Call Information Record 15, as shown in FIG. 4, with the pertinent information as described in more detail above, and selects a direct trunk to Call Center 16. The configuration being used to carry the call between Switch 12 and Primary Call Center 16 preferably is a release link trunk configuration, discussed above in detail. While not discussed here, it is contemplated that any trunking and/or signaling configuration can be used to route the call from Switch 12 to Call Center 16. It is also contemplated by this invention that Switch 12 may connect this call to Call Center 16 via Public Switched Telephone Network PSTN 10 (i.e. using an 800 number or a directly dialed number).

Next, at step 106, upon receiving the call from Requester 4, Primary Call Center 16 notifies an available Operator Terminal 20 with the appropriate skills, if necessary, that an inbound request has arrived and routes the call there. Upon establishing a link between Requester 4 and Operator Terminal 20, Primary Call Center 16 establishes a voice and communications link from the caller to the customer service representative. The two-way voice communication is routed directly from Requester 4 through Primary Call Center 16 to Operator Terminal 20, having an attached telephonic communication means. The data communication, which may include any information contained in Incoming Call Information Record 15 (i.e. the number dialed by Requester 4 (the DID), the preferred language code, the originating phone number of the requester and the requester service provider field) is transmitted to the Primary Call Center 16 to Operator Terminal 20 via Computer Telephony Interface (CTI) 29, deployed between Primary Call Center 16 and Operator Terminals 20, is used to communicate the information necessary for the customer service representative and Agent Application 19 to service to handle and complete the call.

Using this link, an agent asks Requester 4 for information regarding the services they are requesting. Requester 4 supplies the necessary information. An example of this information may include but is not limited to: the directory listed name, the defined locality, the email address, the name, wireline phone number, license plate, etc. It is contemplated by the current invention that traditional directory assistance and enhanced directory assistance may also be

US 7,023,969 B2

25

provided by this system. At step 108, the agent at Operator Terminal 20 then initiates a search of Database 18. Of course, if Primary Call Center 16 is busy or there are no available Operator Terminals 20, the Requester 4's call can be forwarded to Call Center 16 which can accommodate the requester's inquiry in the same manner as described above in step 106. If the requested listing is unavailable, the agent awaits further instruction from Requester 4.

Next, at step 110, the listing for Wireless Apparatus 6 is reviewed to determine if the number requested is unlisted or if it is masked to prevent Requester 4 from receiving the actual number. The records associated with Wireless Apparatus 6 in databases such as 18 and 18', as listed in Listing Table 52A, are provided with a Wireless Apparatus Identification Number (WAIN) Connect field, having a WAIN Field Sub Table 70 which indicates to Operator Terminal 20 whether or not a customer service representative is permitted to connect the call and, if so, disclose the WAIN to Requester 4. This ensures unlisted numbers remain unreachable and that the WAIN of Wireless Apparatus 6 remains confidential if the corresponding subscriber so wishes.

During operation, Agent Application 19 software reviews WAIN Field Sub Table 70 to check if the number is unlisted. If so, the customer service representative informs Requester 4 of this and awaits further instructions. If the number is listed, then Agent Application 19 checks to see if the number is masked. This is the feature that is "on," or "off," at the request of the subscriber of Wireless Apparatus 6; however preferentially, the default is set to masked. If the number is masked, the call is connected without Requester 4 ever seeing or hearing the number. If the number is not masked, Requester 4 receives the number and is offered the service of automatic dial or other such comparable service. Of course, it is understood that the above described operation and method are easily implemented in the software arrangement in FIG. 6 or any other software arrangements known to those familiar with the art. It is also contemplated by this invention that Database 18 may be stored in an encrypted format to protect it from intrusion, hacking or other forms of unauthorized access or use.

Alternatively, for an even more secure listing for Wireless Apparatus 6, the WAIN of Wireless Apparatus 6 is not displayed to the customer service representative at Operator Terminal 20. Although System 2 will have the information, it will not be displayed to the customer service representative. In this case, Operator Terminal 20 and Switch 12, communicating through Call Completion Data Packet 50 and Wide Area Network (WAN) 25, complete the call while maintaining the secrecy of the WAIN throughout.

Next, at step 112, Closing Prompt Module 27 decides on an appropriate closing prompt, based on the criteria described above. The closing prompt is either read from Special or General Announcement field of Listing Table 52A, selected or modified by Override Module 66 or selected by logic contained in Closing Prompt Processor Module 64 based on Wireless Apparatus 6 and Requester 4 information found in Call Completion Data Table 68. A code or multiple codes for the prompt or prompts is then used by Closing Prompt Module 27 to populate Closing Prompt Code Field 58 of Call Completion Data Packet 50 so as to determine which recorded closing prompt is to be played.

Next at step 114, Agent Application 19 software on Operator Terminal 20 constructs Call Completion Data Packet 50. Call Completion Data Packet 50 is prepared using information from Incoming Call Information Record 15,

26

Listing Table 52A, Database 18, Closing Prompt Module 27, Agent Application 19 and verbal information from Requester 4.

Upon completion of Call Completion Data Packet 50, Operator Terminal 20 transmits Call Completion Data Packet 50 to Switch 12 via Wide Area Network 25. WAN 25 is connected to all Switches 12 and all Operator Terminals 20 in System 2, such that should an Operator Terminal 20 be remotely located from Switch 12 as a result of call routing, Operator Terminal 20 will be able to send the Call Completion Data Packet 50 through WAN 25, even to remotely located Switches 12. The appropriate Switch 12 is identified by Agent Application 19, using the DID which identifies the originating switch where the Requester 4's call entered System 2.

Next, at step 116, Switch 12 initiates the call between Requester 4 and Wireless Apparatus 6. Switch 12 then begins tracking call detail information and other functions for the call completion leg. Switch 12 then uses the information in Call Completion Data Packet 50 to select the appropriate closing prompt from Closing Prompt Storage Module 13, and the appropriate outbound trunk group from Call Completion Table 17.

At step 118, System 2 checks the Pre-announcement field 59 of Call Completion Data Packet 50 which indicates whether or not the subscriber of Wireless Apparatus 6 wishes a pre-announcement. If the subscriber of Wireless Apparatus 6 chooses that the calling party to be pre-announced, then this pre-announcement provides an opportunity to accept or reject the inbound call. The pre-announcement feature is available to Wireless Apparatuses 6 on inbound calls from both wireless and wireline Requesters 4. Inbound calls from wireless Requesters 4 are defaulted to pre-announce "on" and inbound calls from wireline Requesters 4 are defaulted to pre-announce "off", however, any subscriber and/or System 2 provider can decide to change this setting at any time. If the pre-announcement feature is "off" System 2 proceeds to step 120.

Next, at step 120, System 2 consults the Pre-announcement field 59 of Call Completion Data Packet 50, to determine the method of transmitting the pre-announcement. The pre-announcement can be either in text or voice format. Using the fields in Call Completion Data Packet 50, System 2 determines what format is available based on the carrier and the device capabilities of Wireless Apparatus 6. If in voice format, Switch 12 and/or an integrated Voice Response Unit (VRU) will prompt Requester 4 to state his/her name. After recording Requester 4, Switch 12 and/or the VRU replays the voice to the subscriber of Wireless Apparatus 6. It is contemplated by Requester 4's name that this same voice message of Requester 4's name can be converted to a text message and be delivered below using text pre-announcements. If the pre-announcement is in text format Switch 12 transmits the pre-announcement number of Requester 4 to Wireless Apparatus 6, or alternatively sends more complete information on Requester 4 provided it is connected to System 2. Text messaging can be sent in WAP (Wireless Application Protocol) or any other protocol which is sufficient to transmit the necessary information and is supported by the Service Provider 26 of Wireless Apparatus 6.

At step 122, if the Wireless Apparatus 6 indicates acceptance of the inbound call, then see step 124A below. If the call is not accepted, see step 124B.

US 7,023,969 B2

27

At step 124A, in the case where the Wireless Apparatus 6 wishes to accept the inbound communication request, Wireless Apparatus 6 indicates acceptance via an appropriate command to System 2.

Additionally, upon completion of the call, Switch 12 uses the information in Closing Prompt Code field 59 of Call Completion Data Packet 50 to play the appropriate closing prompt to Requester 4 just before they are connected to Wireless Apparatus 6.

At step 124B, if Wireless Apparatus 6 wishes to refuse the call they can any number of methods to terminate the call on their end as described above. In this case, a closing message is read to Requester 4 explaining to them that Wireless Apparatus 6 did not accept the call, and/or was unavailable and subsequently, they are dropped by System 2. In one possible embodiment of this invention, this closing message may be zero seconds in length. Alternatively, if the call cannot be completed to Wireless Apparatus 6, System 2 can transfer Requester 4 back to a customer service representative for further assistance.

In another embodiment of the present invention, if the call cannot be completed to Wireless Apparatus 6, Wireless Apparatus 6 may choose to send Requester 4 to a Voice Mail system with the option to leave a message.

Another embodiment of the invention is shown in FIG. 15. FIG. 15 is a diagram of an example of the components used to provide access to the Wireless Apparatus Identification Number (WAIN) database via a voice recognition portal, while still maintaining the confidentiality of the listings. Requester 4 communicates to the Switch 12 by either directly dialing a special number or by calling Requester 4's landline carrier and being routed to Switch 12. Requester 4 can also access the data by communicating through Wireless Carrier A to Switch 12. In one embodiment of the invention, Switch 12 and an integrated VRU (Voice Response Unit)/ASR (Advanced Speech Recognition), Mobile Switching Center (MSC) 8 and PSTN 10 and the Primary Call Center 16 are connected via WAN 25, in another embodiment, Switch 12 and the VRU/ASR are separate units connected via WAN 25.

When Requester 4 is connected to the VRU Voice Response Unit)/ASR (Advanced Speech Recognition), Requester 4 is guided through a series of voice prompts running on ASR Application 23 that will lead to the selection of the phone number associated with the subscriber of Wireless Apparatus 6. While any of the fields in listing Table 52A may be read by the VRU/ASR to Requester 4, it is expected that in most cases only the name and address information may be read by the VRU/ASR to Requester 4. Once Requester 4 has selected the desired listing, the system will select the appropriate closing using the selection criteria explained previously. Finally, all of the pre-announcement and call completion logic described previously apply to the completion of this call via Switch 12 or PSTN 10.

Another embodiment of the invention is shown in FIG. 16. FIG. 16 is a diagram of an example of the components used to provide access to the Wireless Apparatus Identification Number (WAIN) database via an Internet portal, while still maintaining the confidentiality of the listings. In this embodiment of the invention, Requester 4 accesses the listings via a personal computer, Home PC 4B, connected to the Internet through an ISP (Internet Service Provider) or other appropriate connection. Requester 4 accesses an application that resides on Web Server 44 after passing through the Internet Firewall 45. The application then requests specific pieces of information, which will be provided by Requester 4. That information is in turn

28

employed by the application to access data on the WAIN database and provide a list of names and addresses that may fit the criteria entered by Requester 4. If Requester 4 selects one of the listings offered, Requester 4 will be connected to Wireless Apparatus 6 via a Voice over IP Carrier 43 to an H323 Gateway connected to PSTN 10 and Mobile Switching Center (MSC) 8.

In another embodiment of this invention, the call may also be completed via access through a Voice over IP Carrier 43 via an H323 Gateway connected via Switch 12 directly to MSC 8.

In another embodiment of this invention, once a desired listing is identified, Processing Application 49 writes the originating phone number for Device 4 (Device 4 may be either wireless or wireline), the listing for Wireless Apparatus 6 and an assigned access number to Access Database 19. The assigned access number is then sent to Home PC 4. The user of Home PC 4 may then manually dial the assigned access number on Device 4. It is also contemplated by this invention that the assigned access number may be sent to Device 4. In the event that Device 4 is wireless, via a data protocol including, but not limited to: WAP, SMS, iMode interface, etc. The subscriber of Device 4 dials the assigned access number, which connects Device 4 to Switch 12.

Based on the access number and originating phone number of Device 4, Switch 12 searches Access Database 19 and retrieves the listing for Wireless Apparatus 6. Switch 12 then performs call completion by either a direct connection to Mobile Switching Center (MSC) 8 or via PSTN 10. In all cases the processing of the closing prompts, pre-announcements, call completion and billing will be handled as previously outlined herein.

Another embodiment of the invention is shown in FIG. 17. FIG. 17 is a diagram of an example of the components used to provide access to the Wireless Apparatus Identification Number (WAIN) database via a data protocol included but not limited to: WAP (Wireless Application Protocol), SMS, iMode interface, while still maintaining the confidentiality of the listings. In this embodiment of the invention, Requester 4 performs a query via the Wireless Device 4. At Mobile Switching Center (MSC) 8, the request is processed by WSCP (Wireless Services Control Point) 47 and interfaced through the carrier's Firewall 45 to the Internet via ISP 42. The request is in turn processed through System 2's Firewall 45 and passed to Web Server 44. On Web Server 44, Processing Application 49 takes the information sent and structures a query that will go against the WAIN Listing Database 18. The WAIN Database 18 returns a number of listing names and addresses that are consistent with the request. This information is sent back via Firewall 45 to Wireless Device 4. The transmitted information is displayed on the Wireless Device 4, and the subscriber of Wireless Device 4 is then able to either select a specific listing or request additional listings. If additional listings are requested, the cycle is repeated until the subscriber either finds the desired listing or stops the search.

Once a desired listing is identified, Processing Application 49 writes the originating phone number for Wireless Device 4, the listing for Wireless Apparatus 6 and an assigned access number to Access Database 19. The assigned access number is then sent to Wireless Device 4. The subscriber of Wireless Device 4 dials the assigned access number, which connects wireless device 4 to Switch 12. Based on the access number and originating phone number of Wireless Device 4, Switch 12 searches Access Database 19 and retrieves the listing for Wireless Apparatus 6. Switch 12 then performs call completion by either a direct

US 7,023,969 B2

29

connection to Mobile Switching Center (MSC) 8 or via PSTN 10. In all cases, the processing of the closing prompts, pre-announcements, call completion, and billing will be handled as previously outlined in this document.

Billing Procedure

The billing procedure of the present invention is explained as follows. When Requester 4 contacts Call Center 16 or 16' and is connected to a Wireless Apparatus 6, billing records are preferably created in at least three places: 1) on the system of the originating Service Provider 26, 2) on System 2 (which may include Switch 12, Call Center 16 and Database 18), and 3) the system of the terminating Service Provider 26.

As taught by the prior art, if nothing were done, these billing records would result in the following charges:

1) The originating Service Provider 26 would bill the calling party for the call to System 2 and a per minute charge for the duration of the call to the primary call center as well as the duration of the call completion if applicable.

2) Depending on the Wireless Apparatus Identification Number (WAIN) of Requester 4, the originating Service Pro-vider 26 might also bill Requester 4 for toll charges if the communication with Wireless Apparatus 6 is a toll call; and

3) The terminating Service Provider 26 would bill the subscriber of Wireless Apparatus 6 for airtime.

4) In addition, in the event that the subscriber of Wireless Apparatus 6 is roaming, the terminating service pro-vider may or may not be the service provider for Wireless Apparatus 6. In the case in which roaming charges would be incurred the terminating Service Provider 26 would bill the Service Provider 26 of Wireless Apparatus 6 for these charges. Service Pro-vider 26 of Wireless Apparatus 6 would then bill the subscriber of Wireless Apparatus 6 for these charges and any additional charges Service Provider 26 may choose to impose.

In one aspect of the present invention, the subscriber of Wireless Apparatus 6, i.e. the called party, may not be charged for the communication session (call) with Requester 4. This decision on whether or not the called party should be billed for the incoming call, as discussed earlier, may be made by the subscriber of Wireless Apparatus 6 or Service Provider 26. This creates an issue in that the Service Provider 26 of the subscriber of Wireless Apparatus 6 still needs to be compensated. It is contemplated by the current invention that the Service Provider 26 of the subscriber for Wireless Apparatus 6 will be compensated by Requester 4. This compensation may be collected in any number of ways; however, for simplicity, it is assumed herein that this com-pensation will be collected by Service Provider 26 of Requester 4.

In the event that the subscriber for Wireless Apparatus 6 is not roaming, the functionality of System 2 includes acting as a billing clearinghouse in the following fashion. The Service Provider 26 of the subscriber of Wireless Apparatus 6 agrees not to charge the called party (i.e. the subscriber of Wireless Apparatus 6) for inbound calls from System 2. This is preferably accomplished by either rating communication sessions which originate from System 2 at $0.00 or by stripping the corresponding records from the database of terminating Service Provider 26 (in this example, the ter-minating Service Provider 26 is also the wireless carrier for the subscriber of Wireless Apparatus 6).

30

System 2 will generate a record of this inbound call to System 2 and, if necessary, the corresponding completion or completion attempt to the subscriber of Wireless Apparatus 6. This billing record is created in Billing Database 14 or another database (not shown). As discussed above, these billing records preferably include but are not limited to the call date, the call start time, the call end time and the resulting time, i.e. the call length, the originating phone number for Requester 4, the Wireless Apparatus Identifica-tion Number (WAIN) for Wireless Apparatus 6 and fields which identify the originating service provider and the service provider of Wireless Apparatus 6. This record is preferably created from the records in Switch 12, but is not limited to such and may contain information on call origi-nation and/or call completion legs and any other necessary information. In addition, any data that is received from Service Provider 26 of Wireless Apparatus 6 related to roaming and/or other charges may also be included.

These records are then generated and transferred to the originating Service Provider 26 for inclusion in the bill to Requester 4. This is accomplished by formatting the billing record data into an appropriate format for each service provider's billing system and transmitting the records to the service providers on a periodic or requested basis. The service providers can then rate these billing records at agreed upon rates and can include them on the bill to Requester 4 along with a per call charge and any airtime, roaming and/or toll charges.

In the event that the subscriber for Wireless Apparatus 6 is roaming, the functionality of System 2 includes acting as a billing as described for the different cases below.

Funds, or a portion thereof, collected by the originating Service Providers 26 of Requester 4 for these charges are preferably passed to the provider of System 2. The provider of System 2 and/or a third party using information from System 2, then distributes these funds back to the service provider for the subscriber of Wireless Apparatus 6, the originating Service Provider 26, the provider of System 2 and the third party, if necessary, in accordance with an agreed distribution arrangement.

In the event that the subscriber for Wireless Apparatus 6 is roaming, there are three cases below.

In the first case, the subscriber of Wireless Apparatus 6 is roaming and has chosen a rate plan under which he/she is not charged extra for roaming; in this case, the functionality of the current invention is as described above.

In the second case, the subscriber of Wireless Apparatus 6 is roaming and has chosen a rate plan under which he/she is charged extra for roaming; however, Service Provider 26 for the subscriber of Wireless Apparatus 6 has decided not to recoup these roaming charges. In this case, the function-ality of the current invention is as described above.

In the third case, the subscriber of Wireless Apparatus 6 is roaming and has chosen a rate plan under which he/she is charged extra for roaming and Service Provider 26 for the subscriber of Wireless Apparatus 6 is interested in recover-ing these roaming charges. In this case, the functionality of the current invention is as described above with the follow-ing additional responsibilities for the provider of System 2 and Service Provider 26 of the subscriber of Wireless Apparatus 6. Service Provider 26 of the subscriber of Wireless Apparatus 6 agrees not to charge the called party (i.e. the subscriber of Wireless Apparatus 6) for inbound calls from System 2. This is preferably accomplished by either rating communication sessions which originate from System 2 at $0.00 or by stripping the corresponding records from the database of terminating Service Provider 26 or Service Provider 26 of the subscriber for Wireless Apparatus 6. In this case, Service Provider 26 of the subscriber for

US 7,023,969 B2

31

Wireless Apparatus 6 will also provide billing records of all calls that were completed to subscribers of Wireless Apparatus 6 where the subscriber of Wireless Apparatus 6 was roaming. These records would be provided to the vendor of System 2 and include, but not be limited to, the following information: the originating phone number of Requester 4, the Wireless Apparatus Identification Number (WAIN) of Wireless Apparatus 6, the date of the call, any associated roaming charges for the call, the end time of the call, and any associated mation in the records which are generated and transferred to the originating Service Provider 26 for inclusion in the bill to Requester 4.

If roaming charges were incurred, the Service Provider 26 of Wireless Apparatus 6 will need to reimburse the termi- nating Service Provider 26 in accordance with their existing roaming agreement. Because there are funds flowing in both directions, the only funds that need to change hands in any given month are the net differences between what the service providers owe each other and what is owed to the provider of System 2 and/or the third party.

It is contemplated by the current invention that in certain cases the subscriber of Wireless Apparatus 6 may elect traditional wireless billing (i.e. incur the cost associated with of incoming call) rather than the calling party pays solution proposed herein.

Data Base Management and Updating

The devices and methods used to populate and maintain Wireless Apparatus Identification Number (WAIN) listings Database 18 can be created and maintained. There are two primary methods for updating listings in Database 18 and databases such as 18 and 18 are now described. For the sake of simplicity, the processes for creating and maintaining the databases will be described only with reference to WAIN Listings Database 18. WAIN Listings Database 18's is updated in the same manner, preferably by synchronizing WAIN Listings Database 18 with WAIN Listings Database 18'. Of course, additional call centers 16 can be imple- mented within System 2 such that additional instances of Database 18' can be provided.

FIG. 11 is a diagram of a first embodiment in which Wireless Apparatus Identification Number (WAIN) listings Database 18 can be created and maintained. There are two methods for updating listings in Database 18 and the two methods are with operator support and without operator support. The methods for updating Database 18 with operator assistance include but are not limited to the following: direct subscriber call-in to a VRU/ASR (i.e. voice recognition), Instant Mes- saging, SMS, Live Chat, and/or WAP, etc. The methods for updating Database 18 without operator assistance include but are not limited to the following: direct subscriber call-in to a VRU/ASR (i.e. voice recognition), Instant (global communication) access, iMode, WAP, facsimile, electronic mail, etc. Further, the present invention provides access for notification from Service Providers 26 that new and existing subscriber accounts have been activated or deactivated or changed. In this example, the service providers and/or billing vendors for those service providers will prepare a data feed for the provider of System 2. It is also contem- plated that data for Database 18 can be gathered via direct mail campaigns, telemarketing activities in which individu- als are contacted by customer service representative and/or outbound text or data messages through which subscribers are asked to provide information regarding their wireless communication device subscriptions.

As discussed above, a subscriber may be prompted to call the service provider to update, create and/or delete his/her WAIN listing in Database 18. Prompting may occur via

32

media advertisements (such as television, radio, newspaper, Internet portals, etc.), e-mail, direct mail, SMS messages, etc., or inserts and/or notifications accompanying the sub- scriber's bill. As shown in FIG. 11, a subscriber's call can be answered and handled by a carrier customer care represen- tative using Carrier Customer Care Representative terminal 28. In this case, the carrier is preferably the Service Provider 26 corresponding to the subscriber's Wireless Apparatus 6. It is also contemplated by this invention that the subscriber may call the provider of System 2 so that the operator associated with Database specialist terminal 36 can enter the subscriber's information. It is also contemplated by this invention that a subscriber may call a VRU (Voice Response Unit)/ASR (Advanced Speech Recognition) to update, cre- ate and/or delete his/her Wireless Apparatus Identification Number (WAIN) listing in Database 18. As shown in FIG. 11, a subscriber's call may be answered and handled via a VRU/ASR, inserting the information into the Internet Clean- up Database 34. The process by which the VRU/ASR gathers the information is similar to the processes discussed earlier (see discussion of FIG. 15).

As shown in FIG. 11, Carrier Customer Care Represen- tative terminal 28 does not directly update WAIN Listings Database 18. Rather, Carrier Customer Care Representative terminal 28 updates Carrier Clean-up Database 30. Access to Carrier Clean-up Database 30 from Carrier Customer Care Representative terminal 28 is preferably via the carrier's own customer care system or Internet. Carrier Clean-up Database 30 is synchronized with WAIN Listings Database 18 by Synchronization Technology 32. Synchronization Technology 32 is preferably comprised of one or more computing devices that read the contents of Carrier Clean-up Database 30 and update WAIN Listings Database 18. Syn- chronization Technology 32 may be as simple as synchro- nization software built into the operating software, to as complex as custom designed software that functions via the Internet. It is also contemplated by this invention that the Synchronization Technology 32 may be used to update the carrier's database as well as Database 18.

Database 18 can also be updated or record creation and/or record deletion initiated via Internet access. Internet access is preferably supported by a web server coupled to the Internet from which a subscriber can access the web server to create, view and update his/her Wireless Apparatus Iden- tification Number (WAIN) record. Methods and apparatus arrangement for accessing the Internet server and Internet Clean-up Database 34 are described in detail in U.S. appli- cation Ser. No. 09/449,126, filed Nov. 24, 1999. Regardless of the particular method of access and the particular device used by the subscriber to access the web site, Internet Clean-up Database 34 stores the created, deleted or updated WAIN listing such that Database 34 is synchronized with WAIN Listings Database 18 via Synchronization Technol- ogy 32 in the same manner as done with Carrier Clean-up Database 30.

WAIN Listings Database 18 can also be updated based on data received by mail, facsimile, electronic mail, SMS, Voice recognition, live chat, WAP, Instant messaging and/or iMode messaging, etc. received from the subscriber. In those cases, a database specialist using Database Specialist termi- nal 36 inputs the subscriber data into Database Specialist Clean-up Data- base 38. Database Specialist Clean-up Data- base 38 is synchronized with WAIN Listings Database 18 via Synchronization Technology 32 in the same manner as discussed above with respect to Carrier Clean-up Database 30 and Internet Clean-up Database 34. Database specialist terminal 36 is preferably arranged to provide a graphical

US 7,023,969 B2

33

user interface input method implemented using known software or known software coding techniques, or via an Internet web browser such as NETSCAPE Communicator or MICROSOFT Internet Explorer.

It is also contemplated that subscriber data can be received directly from Service Providers 26 as they activate, deactivate and change subscriber's wireless apparatus accounts. Update File 29 containing the activation, deactivation and modification data can be sent or transmitted by any media (such as a DAT tape) or protocol (such as FTP (File Transfer Protocol) or NDM (Network Data Mover)) and then processed by Translation Function 33 directly into Database Specialist Clean-up Database 38. In other words, Database Specialist Clean-up Database 38 can be directly updated by Update File 29 when Service Provider 26 provides the data in the same format which is created by Database Specialist Terminal 36 during the update process with Database Specialist Clean-up Database 38.

In the case where Update File 29 is received in a format that cannot be used to directly update Database Specialist Clean-up Database 38, Update File 29 is processed by a Translation Function 33 executing on Database Specialist Terminal 36 to scrub the data and place it in a format compatible with Database Specialist Clean-up Database 38. Of course, the translation function need not execute on Database Specialist Terminal 36 and can instead be implemented using any processor arrangement capable of translating data from one format to another. One example of a data exchange format is XML.

In the case where activation, deactivation or modification data is provided by Service Provider 26 in Service Provider 26's customer care database, then it is contemplated that Carrier Clean-up Database 30 could either retrieve and/or receive specific new, deleted and/or modified listings for inclusion in Database 18.

It is contemplated that activation, deactivation and modification data received from Service Providers 26 may be missing certain fields required for an accurate record within the Wireless Apparatus Identification Number (WAIN) listing database. For example, data received from Service Provider 26 may not include the actual subscriber name. In this event, it would not be possible to look up a listing based on the subscriber name. In these cases, telemarketing, mailings, advertisements, sweepstakes, direct data messages to the subscriber of Wireless Apparatus 6, etc. are used to contact the subscribers in an effort to complete or correct the subscriber data or to alert subscribers to contact the provider of System 2 (or their local service provider) to update their records. In addition, it is contemplated that as Requester 4x, who are subscribers of Wireless Apparatus 6 with listings that have missing information or call into System 2, they may be prompted by a VRU (Voice Response Unit)/ ASR(Advanced Speech Recognition) to provide and/or update their listings.

It is also contemplated that a carrier customer care representative can use Carrier Customer Care Representative terminal 28 or that a database specialist can use Database Specialist terminal 36 to update Internet Clean-up Database 34 instead of, or in addition to, Carrier Clean-up Database 30 and Database Specialist Clean-up Database 38, respectively.

To increase the number of subscribers that clean up their own entries, promotions and other incentives can be awarded to those who take responsibility for updating their own entries. These promotions can be directed at individuals, group subscribers (such as corporations) or service providers. Promotions targeted at individuals and groups can include but are not limited to: sweepstakes, free air time, free

34

service bundles and free use of custom closing prompts if they update his/her own listing. Similar types of incentives can be directed at a group of subscribers such as large corporations that maintain a large number of wireless devices. Incentives directed towards service providers can include, but are not limited to account wide discounts on the cost of System 2 if the service provider provides regular database updates.

In the area of smaller incentive and promotions for individuals or corporations, free use of new services can be offered to solicit database updates. These promotions can come in the form of advertisements, closing prompt offers or other similar methods. Additionally, periodically when Database 18 recognizes that a particular entry for a subscriber is missing information or has not been updated in a long time, for example one year, System 2 can be prompted to directly call and/or send a text/data message (i.e. WAP, SMS, iMode, etc.) to Wireless Apparatus 6 asking the subscriber to update his/her records. This call not only prompted when errors with call completion, other services and/or listings information are detected.

In addition to Wireless Apparatus Identification Number (WAIN) listing Database 18, Carrier Cleanup Database 30, Internet Clean up Database 34 and Database Specialist Clean up Database 38, an additional Reward Database 75 is attached to WAIN Listing Database 18. Reward Database 75 is used to track any promotional rewards or any other rewards given to the subscriber when they respond to advertisements or promotions that instruct them to assist in cleaning up their record.

For example, when a subscriber responds to a promotion and updates his or her record by one of the methods described above, Reward Database 75 stores the information concerning the promotional incentive. Based on the particular incentive, Reward Database 75 encodes the free promotional incentive into Database 18 by adding the appropriate codes to Listing Table 52A of the subscriber's entry. Where appropriate, information of applicable incentives can be sent from Database 18 to the subscriber's carrier. Reward Database 75 then removes the code at the specified time when the promotion ends or the promotion has been paid out. The promotions listed above are intended only as examples of possible promotional and incentive schemes and are not intended to limit the scope of the invention in any way. Any promotion that is conveyed to any size subscriber that is used to maintain and update Database 18 is within the contemplation of the present invention.

FIG. 12 is a diagram of a second embodiment in which WAIN Listings Database 18 can be created and maintained. The primary difference between the first embodiment shown in FIG. 11 and the second embodiment shown in FIG. 12 is that the second embodiment replaces Carrier Clean-up Database 30, Internet Clean-up Database 34 and Database Specialist Clean-up Database 38 is used as a common interface point for Carrier Customer Care Terminal 28, Internet Clean-up Database 30, Internet Clean-up Database 34 and Database Specialist Terminal 36.

Master Clean-up Database 40 is synchronized with Wireless Apparatus Identification Number (WAIN) Listings Database 18 via Synchronization Technology 32. The use of a master clean-up database simplifies the synchronization technology requirements by requiring less synchronization connectivity, hardware and software

US 7,023,969 B2

35

expenses and maintenance expenses resulting from lesser requirements as compared with the first embodiment. It is important to note that both approaches are likely to be used by different carriers, based on their network and security requirements.

FIG. 13 is a diagram of an additional example of the components used to provide access to Internet Clean-up Database 34. As shown in FIG. 13, access from the Internet or other Communication Network 42 is accomplished via Communication Network 42 to establish a communication session using a web browser or other graphical user interface technology capable of supporting a data communication session between the subscriber's terminal and Web Server 44 via Communication Network 42. Software and methods for facilitating communication between a subscriber terminal and Web Server 44 are known.

Web Server 44, Firewall 45 and Application Server 46 can take the form of any known computer hardware equipped with random access memory, read-only memory, a central processing unit, network interface and appropriate storage devices. For example, personal computer servers equipped with INTEL-based (or compatible processors) or UNIX servers can be used. In general, Web Server 44, Firewall 45 and Application Server 46 are sized to have capacities corresponding to the anticipated demand placed thereon.

As shown in FIG. 13, Web Server 44 facilitates communications with the subscribers using Communication Network 42 and serves, for example, web pages using the hypertext transfer protocol (HTTP), preferably written in one or more of combination of Active-X, JAVA and hyper-text mark-up language (HTML).

The underlying application driving Web Server 44, for example, the application which accesses Internet Clean-up Database 34 and provides Web Server 44 with various data and options to present to the subscribers is performed by Application Server 46. In other words, Application Server 46 stores and executes software controlling the overall interaction between a subscriber and Internet Clean-up Database 34 by instructing Web Server 44.

Web server 44 compiles HTML display screens to present to the subscriber's terminal using predetermined display screen arrangements and data provided by Application Server 46 and/or the user. Of course, Web Server 44 can also send Active-X instructions, JAVA applets and the like. Web server 44, Firewall 45, Application Server 46 and Internet Clean-up Database 34 can communicate using any networking technology.

Web server 44, Firewall 45, Application Server 46, their arrangement and overall operating software are known to those of ordinary skill in the art. However, the software needed to implement the specific functions of the present invention as described herein are aspects of the present invention which are not known.

FIG. 14 shows an example of the components used to provide access to Master Clean-up Database 40 in accordance with the present invention, for example providing access to the arrangement shown in FIG. 12. It should be noted that the physical arrangement of Firewall 45, Web Server 44 and Application Server 46, in addition to the software executing thereon is preferably the same as that shown in FIG. 13. The most significant difference between

36

the arrangement shown in FIG. 14 and that shown in FIG. 13 is the use of Master Clean-up Database 40 instead of Internet Clean-up Database 34.

Although the present invention has been described in relation to particular embodiments thereof, many other variations and modifications and other uses will become apparent to those skilled in the art. It is preferred, therefore, that the present invention be limited not by the specific disclosure herein, but only by the appended claims.

What is claimed is:

1. A communication assistance system for providing access to information corresponding to a plurality of subscribers, the system comprising:

a telephone switch for receiving calls from a plurality of requesters desiring to access said information corresponding to subscribers;

a first database configured to store said information corresponding to each of said subscribers, including phone numbers of each of said subscribers; and

a closing prompt module coupled to said first database so as to select a closing prompt code from a plurality of available closing prompt codes each of said closing prompt codes associated with a desired closing prompt message so as to provide a selected closing prompt message, wherein anyone of the available closing prompt messages is provided to a requester, wherein said closing prompt module selects said closing prompt code, from any one of said available closing prompt codes, relating to a subscriber information other than the subscriber information requested by said requester.

2. The system according to claim 1, wherein said closing prompt messages are in accordance with a text format from a list of formats including WAP and SMS.

3. The system in accordance with claim 1, further comprising a call center coupled to said switch for routing each of said received calls from said requester to an operator terminal.

4. The system in accordance with claim 1, further comprising an operator terminal operated by a customer representative to retrieve information stored in said first database.

5. The system in accordance with claim 1, further comprising an automated operator terminal so as to automatically retrieve information stored in said first database.

6. The system in accordance with claim 3, wherein a requester's call to a subscriber is routed back to one of said operator terminals in the event said requester's call to a subscriber is not completed.

7. The system in accordance with claim 1, wherein said database comprises a listing table associated with each of said subscribers, said listing table further comprises a wireless phone number field adapted for wireless phone numbers of said subscribers.

8. The system in accordance with claim 1, wherein said database comprises a listing table associated with each of said subscribers, said listing table further comprises a Special Announcement field adapted to store a closing prompt code associated with a Special Announcement closing prompt that said subscriber desires to provide to each one of said requesters.

9. The system in accordance with claim 8, wherein said listing table further comprises a General announcement field adapted to store a closing prompt code associated with a General Announcement closing prompt intended to be pro-vided to said requesters.

**37**

10. The system in accordance with claim 8, wherein said listing table is searchable.

11. The system in accordance with claim 8, wherein said Special Announcement represents a recorded message associated with said subscriber.

12. The system in accordance with claim 9, wherein said General Announcement represents a recorded message associated with type of service said subscriber provides.

13. The system in accordance with claim 8, wherein said Special Announcement represents marketing messages corresponding to services offered by said subscribers.

14. The system in accordance with claim 8, wherein said Special Announcement closing prompt is an audio message.

15. The system in accordance with claim 8, wherein said Special Announcement closing prompt is a multimedia message.

16. The system in accordance with claim 9, wherein said General Announcement represents information corresponding to additional services provided relating to said subscriber.

17. The system in accordance with claim 16, wherein said Announcement corresponds to an invitation to a requester to order said goods or services.

18. The system in accordance with claim 17, wherein said goods are tickets to an event, including movies.

19. The system in accordance with claim 17, wherein said subscriber is a restaurant and said Special Announcement is an invitation to make reservations to said restaurant.

20. The system in accordance with claim 1, further comprising a closing prompt storage module coupled to said closing prompt module and configured to store a plurality of closing prompt messages each of which is associated with a closing prompt code provided by said closing prompt module.

21. The system in accordance with claim 1, further comprising an override module coupled to said closing prompt module, said override module generating closing prompt codes corresponding to announcements provided by administrations of said communications assistance system.

22. The system in accordance with claim 1, wherein said announcements provided by administrations of said communications assistance system comprises cross-selling announcements relating to other features and services provided by said communications assistance system.

23. The system in accordance with claim 20, wherein said closing prompt module generates a call completion data packet to be transmitted to said telephone switch, said call completion data packet further comprising originating completion data for the requester, telephone number of the phone number of the requester, telephone number of the subscriber and closing prompt codes corresponding to closing prompt messages intended to be provided to said requester.

24. The system in accordance with claim 23, wherein said closing prompt module further comprises a call completion data table that stores information necessary for populating said call completion data packet.

25. The system in accordance with claim 1, wherein said closing prompt module selects said closing prompt code based on any one of; the number dialed by said requester, the data source, the types of data, the services requested, the preferred language of the requester, and the NPA/NXX or the destination number.

26. A communication assistance system for providing access to information corresponding to a plurality of subscribers, the system comprising:

**38**

a telephone switch for receiving calls from a plurality of requesters desiring to access said information corresponding to subscribers;

a first database coupled to an operator terminal and configured to store said information corresponding to each of said subscribers, including phone numbers of each of said subscribers;

a call completion table coupled to said telephone switch said call completion table containing least cost routing information for connecting said requesters to a desired subscriber; and

a closing prompt module coupled to said first database so as to generate a closing prompt code from a plurality of available closing prompt message for said requesters, wherein said desired closing prompt message selects said requesters, wherein said closing prompt code, from any one of said available closing prompt codes, relating to a subscriber information other than the subscriber information requested by said requester.

27. A method of operating a communication assistance system for providing access to information corresponding to a plurality of subscribers, said method comprising the steps of:

receiving calls from a plurality of requesters desiring to access said information corresponding to subscribers at a telephone switch;

accessing a first database and retrieving said information corresponding to a subscriber, including phone numbers of each of said subscribers; and

selecting a closing prompt code from a plurality of available closing prompt codes wherein each one of said closing prompt codes is associated with a desired closing prompt message so as to provide a selected closing prompt message, wherein anyone of the available closing prompt messages is provided to a requester, wherein said selection of said closing prompt code by said closing prompt module is from any one of said available closing prompt codes, relating to a subscriber information other than the subscriber information requested by said requester.

28. A communication assistance system for providing access to information corresponding to a plurality of subscribers, the system comprising:

a telephone switch for receiving calls from a plurality of requesters desiring to access said information corresponding to subscribers;

a first database configured to store said information corresponding to each of said subscribers, including phone numbers of each of said subscribers;

a voice response unit coupled to said first database configured to retrieve information from said first database in response to voice commands received from said requesters; and

a closing prompt module coupled to said first database so as to generate a closing prompt code from a plurality of available closing prompt codes associated with desired closing prompt messages for said requesters, wherein said closing prompt module selects said closing prompt code, from any one of said available closing prompt codes, relating to a subscriber information other than the subscriber information requested by said requester.

29. The system in accordance with claim 28, wherein said closing prompt messages are in a text format from a list of formats including WAP and SMS.

US 7,023,969 B2

39

40

30. The system in accordance with claim 28, wherein said database further comprises a listing table associated with each of said subscribers, said listing table further comprises a wireless phone number field adapted to store wireless phone numbers of said subscribers.

31. A communication assistance system for providing access to information corresponding to a plurality of subscribers, the system comprising:

a telephone switch for receiving calls from a plurality of requesters desiring to access said information corresponding to subscribers;

a first database configured to store said information corresponding to each of said subscribers, including phone numbers of each of said subscribers;

a closing prompt module coupled to said first database so as to select a closing prompt code from a plurality of available closing prompt codes each of said closing prompt codes associated with a desired closing prompt message so as to provide a selected closing prompt message, wherein anyone of the available closing prompt messages is provided to a requester; and

an override module coupled to said closing prompt module, said override module generating closing prompt codes corresponding to announcements provided by administrators of said communications assistance system.

32. A method of operating a communication assistance system for providing access to information corresponding to a plurality of subscribers, said method comprising the steps of:

receiving calls from a plurality of requesters desiring to access said information corresponding to subscribers at a telephone switch;

accessing a first database and retrieving said information corresponding to a subscriber, including phone numbers of each of said subscribers;

selecting a closing prompt code from a plurality of available closing prompt codes wherein each one of said closing prompt codes is associated with a desired closing prompt message so as to provide a selected closing prompt message, wherein anyone of the available closing prompt messages is provided to a requester; and

generating closing prompt codes at an override module coupled to said closing prompt module corresponding to announcements provided by administrators of said communications assistance system.

* * * * *

EXHIBIT C

US006628772B1

(12) **United States Patent**
McGrath et al.

(10) Patent No.: **US 6,628,772 B1**
(45) Date of Patent: *Sep. 30, 2003

(54) METHOD FOR PROVIDING ENHANCED DIRECTORY ASSISTANCE UPON COMMAND USING OUT-OF-BAND SIGNALING

(75) Inventors: **Adam J. McGrath**, Durham, OR (US); **Nicholas J. Elsey**, West Lim, OR (US); **A. Peter Powell**, Colton, OR (US); **Paul W. Pfliger**, Keizer, OR (US); **Michael A. Kepler**, Aloha, OR (US); **Timothy A. Timmins**, Tigard, OR (US); **Patrick M. Cox**, Tigard, OR (US)

(73) Assignee: **Metro One Telecommunications, Inc.**, Beaverton, OR (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/417,523**

(22) Filed: **Oct. 13, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/135,155, filed on Aug. 17, 1998, now Pat. No. 6,035,190, which is a continuation of application No. 08/525,222, filed on Nov. 2, 1995, now Pat. No. 5,797,092, which is a continuation-in-part of application No. 08/408,900, filed on Jul. 6, 1995, now abandoned, which is a continuation-in-part of application No. 08/234,644, filed on Apr. 28, 1994, now abandoned.

(51) Int. Cl.⁷ ............... H04M 15/00; H04Q 7/38

(52) U.S. Cl. .................. 379/218.01; 379/209.01; 379/212.01; 379/203.01; 455/404

(58) Field of Search .............. 379/218.01, 203.01, 379/209.01, 212.01, 67, 218.02, 455/404, 114

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 837,894 A | 12/1906 | Aven |
| 1,589,444 A | 6/1926 | Thurston et al. |
| 1,714,503 A | 5/1929 | Friendly |
| 4,190,493 A | 2/1980 | Chambers et al. |
| 4,696,028 A | 9/1987 | Morganstein et al. |
| 4,908,625 A | 3/1990 | Van |
| 4,908,850 A | 3/1990 | Masson et al. |
| 4,932,042 A | 6/1990 | Baral et al. |

(List continued on next page.)

OTHER PUBLICATIONS

Bell Atlantic, "White Pages Northern Virginia", p. 37, Jan. 1995.

IBM Technical Disclosure, "Method and Apparatus for Automatic Contextual Call Return, Calendaring, and Address Book Search", vol. 37, No. 04A, Apr. 1994.

IBM Technical Disclosure, "Mechanism to Automates Updating Obsolete Telephone Numbers", vol. 37, No. 04A, Apr. 1995.

American Online, "Global Positioning Satellite (GPS) Technology and the Cellular Phone Network", Apr. 1995.

American Online, "GPS at the Fingertips of Car Owners", Apr. 1995.

*Primary Examiner*—William J. Deane, Jr.

(74) *Attorney, Agent, or Firm*—Kaye Scholer LLP

(57) **ABSTRACT**

A user calls a directory assistance service provider to search for a desired telephone number and to be connected to a party at the desired number. In one such connection, the user is afforded enhanced directory assistance upon a user command in the form of an out-of-band signaling message, e.g., SS7 signaling message. For example, the user may be afforded further operator assistance by pushing on the user telephone a predetermined key (e.g., "*" key), which is detectable by the directory assistance service provider as an SS7 signaling message.

**76 Claims, 8 Drawing Sheets**



US 6,628,772 B1
Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,056,134 A | 10/1991 | Bauer et al. |
| 5,099,508 A | 3/1992 | Inaba |
| 5,163,083 A | 11/1992 | Dowden et al. |
| 5,187,740 A | 2/1993 | Swaim et al. |
| 5,222,120 A | 6/1993 | McLeod et al. |
| 5,334,974 A | 8/1994 | Simms et al. |
| 5,339,352 A | 8/1994 | Armstrong et al. |
| 5,414,754 A | 5/1995 | Pugh et al. |
| 5,432,840 A | 7/1995 | Ryden |
| 5,479,482 A | 12/1995 | Grimes |
| 5,511,111 A | 4/1996 | Serbetcioglu et al. |
| 5,563,931 A | 10/1996 | Bishop et al. |
| 5,590,187 A | 12/1996 | Greenspan |
| 5,646,987 A | 7/1997 | Gerber et al. |
| 5,797,092 A * | 8/1998 | Cox et al. ................ 379/209 |
| 5,835,570 A | 11/1998 | Wattenbarger .......... 379/67 |
| 6,330,308 B1 * | 12/2001 | Cheston, III et al. .... 379/88.04 |

* cited by examiner



FIG. 1c
PRIOR ART

BASIC ISUP SIGNALING



FIG. 1b
PRIOR ART

SS7 SIGNALING LINK TYPES

FIG. 1a
PRIOR ART

SS7 SIGNALING POINTS



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

US 6,628,772 B1

1

# METHOD FOR PROVIDING ENHANCED DIRECTORY ASSISTANCE UPON COMMAND USING OUT-OF-BAND SIGNALING

## RELATED APPLICATION DATA

The present application is a continuation in part of copending U.S. patent application Ser. No. 09/135,155, filed Aug. 17, 1998 now U.S. Pat. No. 6,035,190, which is a continuation of U.S. patent application Ser. No. 08/552,222, filed Nov. 2, 1995, now issued Aug. 18, 1998 as U.S. Pat. No. 5,797,092, which is a continuation-in-part of U.S. patent application Ser. No. 08/498,900, filed Jul. 6, 1995, now abandoned, which is a continuation-in-part of U.S. patent application Ser. No. 08/234,644, filed Apr. 28, 1994, now abandoned.

## FIELD OF THE INVENTION

The present invention relates to systems for providing directory assistance services, and more particularly relates to the provision of directory assistance services in a network using out-of-band signaling.

## BACKGROUND AND SUMMARY OF THE INVENTION

Telephone directory assistance services have been available for the past century. While improvements have been made over the decades, such systems are still poorly suited for use by subscribers of wireless telephone services.

In prior art directory assistance services, a customer dials an operator and identifies the name and address of a party whose telephone number is desired. The operator then locates the number using printed directories or a computer database, and provides the number to the customer. (The provision of the number is sometimes done by the live operator, but more typically is done with a computerized voice response unit that provides connection to the operator voice response until is terminated.

While satisfactory for most customers, this arrangement is ill-suited for many wireless telephone customers. For one, such customers are usually away from their general work environments (e.g. in a vehicle), and thus may not have ready access to a pencil and paper in order to make a note of the desired number. (Even if such materials are available, the customer may not find it convenient to interrupt other activities, e.g. driving, in order to make a note.) In addition, the process of initiating a second call—to the desired party—entails further manual operations (e.g. hanging up, waiting for another dial tone, and dialing) which may be a hindrance to the customer's other activities.

The present assignee, in the prior art, has redressed certain of these difficulties by providing a directory assistance service that eliminates the need to make a note of the desired number, or undertake a redialing exercise. Instead, after determining the telephone number desired by the customer, rather than voicing it to the customer, the directory assistance operator goes ahead and initiates a call to the desired party, and connects the new outgoing call to the original customer. (The operator may stay on the line as a conferenced party so as to provide further assistance, or may withdraw from the connection, depending on the particular implementation.) This arrangement obviates the need for the customer to make a note of the voiced number, or to undertake a redialing exercise. However, if the initiated call is not completed (e.g. a "busy" tone is received), or if the

2

customer desires further directory assistance, then the customer must again call the directory assistance operator for help.

The problems associated with providing directory assistance services to wireless customers are not limited to hardships on the customers; the directory assistance service and the wireless carrier also confront unique issues. In the assignee's prior art system, for example, the wireless carrier (which is typically responsible for the customer's connection to the directory assistance operator) has died the directory assistance operator, but does not know the number to which the customer is ultimately connected by the operator. Billing is thereby complicated. In the prior art system, the charges (assuming toll calls are permitted, often they are not) for the connection between the customer and the desired number are simply absorbed by the directory assistance service, and recouped by billing the wireless carrier a sufficiently large flat rate charge for each directory assistance call so as to cover these costs. The wireless carrier then bills the subscriber a fixed amount for each directory assistance inquiry, regardless of the toll charges of any further connection established for the customer by the directory assistance operator. This arrangement, however, has a number of disadvantages. In addition to increased cost, it also fails to provide the wireless carrier useful information about its customers' calling patterns, which may affect decisions relating to system expansion, etc.

The directory assistance method disclosed herein overcomes these problems of the prior art. For example, in one embodiment of the present invention, a customer who wishes directory assistance services is connected in the conventional manner to an operator who determines the destination telephone number desired by the customer. As in the prior art, the operator then initiates a call connecting the customer to the destination telephone number. However, rather than dropping all further involvement with the call, this embodiment is capable of detecting a command to reconnect to an operator who can then provide whatever further assistance is needed (e.g. redialing a busy number, or providing further directory assistance). By this arrangement, the press of a single button by the customer summons further directory assistance, rather than the redialing procedure required by the prior art.

To achieve this type of customer-driven functionality, the present invention is responsive to commands issued by the customer, for example by pressing a key on the telephone. The commands can be detected at the directory assistance switch by a DTMF receiver, or alternatively, may appear at the directory assistance service center as out-of-band signals on an associated signaling channel, independent of the actual voice channel.

Out-of-band signaling, as is well-known in the art, involves separating the voice and signaling components of a call into two separate components. The signaling information is transmitted on a signaling data link, and the voice and data traffic components are transmitted over a voice trunk. A signaling data link is a two-directional transmission path (a typical carrier channel) for signaling, comprising transmit and receive data channels operating together in opposite directions on the same data rate. The signaling information typically contains connection-oriented signaling address information for call setup, supervision/control signaling, tear down, information needed for distributed application processing and network management information.

US 6,628,772 B1

3

Signaling data is typically transmitted in packets between network nodes in what is known as a Common Channel Signaling ("CCS") system. One example of a standardized, general-purpose protocol for a CCS system is Signaling System 7, or "SS7." SS7 is an open-architecture protocol that handles current communication requirements and accommodate future expansion of new applications. It is optimized for operation in a digital telecommunications network in conjunction with stored program control switches. SS7 meets present and future requirements for information transfer (circuit and non-circuit related) for interprocessor transactions within telecommunication networks for call control, network database access, and in-band signaling and maintenance signaling. Furthermore, SS7 provides a reliable means of information transfer, correctly sequenced, without loss or duplication.

The SS7 standard for telecommunications, as defined by the International Telecommunication Union (ITU-T) Telecommunication Standardization Sector (ITU-T). The standard defines the procedures and protocol by which network elements in the public switched telephone network (PSTN) exchange information over a digital signaling network. The ITU-T definition of SS7 is designed to allow for national variants, such as the American National Standard Institute (ANSI) and Bell Communications Research (Bellcore) standards used in North America, and the European Telecommunications Standards Institute (ETSI) standard used in Europe. The naming conventions have been defined as follows: CCITT SS#7 indicates the International Signaling System 7, CCITT SS#7 indicates International Signaling System 7. SS7 has been appropriately modified for use with and between U.S. networks. SS7 is intended to be generally compatible with CCITT SS#7.

SS7 transport has become the primary mode for signaling and information transfer in today's wireless and wireline networks. Information elements like calling party number, routing information related to 800 numbers, and current location information for roaming wireless subscriber are carried over SS7 signaling networks. SS7 makes features such as call waiting, three-way calling and caller ID possible. The benefits of the SS7 protocol include more efficient call processing, AIN products and services (Advanced Intelligent Network: service-independent capabilities used in SS7 to support advanced features), better reliability, faster call processing, faster call set up and tear down, and more accurate signaling detection. With SS7, regular voice lines are not tied up until the call is actually established or the destination number has been identified as available through the signaling data link)—about 40% of all calls made are not completed because of either a busy signal or no answer.

SS7 call processing provides great flexibility in receiving and/or responding to customer-issued commands. For example, in one embodiment of the present invention, a customer can issue a command for conferencing by pushing a key on the customer's phone (e.g. the "*" key), which is detected at the directory assistance service center as an SS7 message. Then, either a directory assistance operator or an automated system determines the telephone number of an additional party the customer wishes to conference in, and a telephonic connection is initiated using SS7 call processing. The operator or automated system can continue to add additional parties or delete parties as desired by the customer using SS7 call processing, or the customer can reinitiate the procedure at a later time to further change the participating parties.

Alternatively, the command for conferencing by the customer could be detected by a DTMF tone receiver on the

4

voice channel, while call initiation and processing occurs through SS7 signaling.

In another embodiment of the present invention, the directory assistance center, in attempting to initiate a telephonic connection between the customer and the customer's desired customer, takes certain actions upon detection of a DTMF tone indicating the customer has issued a command for the preferred service, the directory assistance service center actuates the preferred service using SS7 call processing, whether it be reconnecting to an operator, conferencing in other parties, or any other of a variety of enhanced directory assistance features.

The directory assistance system disclosed herein further addresses the billing difficulties associated with completion of customer calls by directory assistance operators. In one embodiment of the invention, the directory assistance service logs, in a billing database, information identifying the wireless carrier, allowing it to bill the customer for the call connected by the directory assistance operator and recoup the associated expense. This permits the flat rate charged by the directory assistance provider to be reduced correspondingly, and provides the wireless service with more detailed information about its customers' usage requirements.

The foregoing and additional features and advantages of the present invention will be more readily apparent from the following detailed description, which proceeds with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1a-b are block diagrams depicting a prior art SS7 network.

FIG. 1c is a block diagram depicting call setup and initialization in a prior art SS7 network.

FIG. 2 depicts the components of a directory assistance center according to the invention.

FIG. 3 provides a detailed view of a switching matrix platform used in one embodiment of the invention;

FIG. 4 provides a detailed view of a voice server used in one embodiment of the invention.

FIG. 5 is a flow chart depicting the process of sending a data packet to the switching matrix host in accordance with one embodiment of the present invention.

FIG. 6 is a flow chart depicting the process of maintaining the directory assistance operator as a conferenced party to the initiated telephonic connection in accordance with one embodiment of the present invention.

FIG. 7 is a flow chart depicting the process of allocating a DTMF receiver in the telephone switch to a customer call

US 6,628,772 B1

5

for the entire duration of the call in accordance with one embodiment of the present invention.

FIG. 8 is a flow chart depicting the process of disabling tone triggered return transfer in accordance with one embodiment of the present invention.

## DETAILED DESCRIPTION

The present invention contemplates a directory assistance center operating in conjunction with a SS7 network. Turning to FIG. 1, a SS7 network by functional component is shown. A SS7 network is composed of a plurality of service switch points (SSP), signal transfer points (STP) and signal control points (SCP). An SSP is generally a telecommunications switch, access tandem or end office which can interact with the SS7 network for data base services. For purposes of the present invention, the SS7 network node or router based on routing information contained in the SS7 message, outgoing signaling link, such as an SSP or another STP, based on routing information contained in the SS7 message. STPs eliminate the need for direct links between signaling points.

SSPs send signaling messages to other SSPs to setup, manage, and release voice circuits required to complete a call. An SSP may also send a query message to an SCP, which is a centralized database typically containing a routing table, to determine how to route a call. Network traffic between the SSPs, STPs and SCPs typically come in pairs for redundancy. Traffic is load shared between the link pairs. The link pairs are installed as physically distinct paths throughout their complete routes (i.e. they are diverse), generally placed on different interexchange carriers. This configuration ensures that a problem on one facility will not interfere with the normal traffic flow. The redundancy and diversity incorporated into a SS7 network reflects the SS7 signaling network's importance in call processing.

Physically, both SS7 signaling data and voice traffic are commonly transmitted on a DS1 or T1/E1/J1 carrier. While a T1/E1/J1 carrier has 24 or 30 individual channels of 64 kb/s lines, a SS7 circuit is designed to operate at 56 kb/s, utilizing the other 8 kb/s for clocking and error checking.

With reference to FIG. 2, a directory assistance center 10 according to one embodiment of the present invention includes a switching matrix platform 14, also referred to as a private branch exchange (PBX) or switch, connected to one or more external T1/E1/J1 voice connections 12 and one or more corresponding T1/E1/J1 data connections 13 from customer networks. While pictured as physically separate channels, data connections 13 may comprise a physical channel within voice connections 12, such as a DS0 channel within a T1 line. Switching matrix platform 14 is also connected via T1 communication links to a voice response unit (VRU) 30, and to a channel bank 16 for coupling to a plurality of operator telephones 18. Each operator is further equipped with a terminal 20 that includes a video display unit and a QWERTY keyboard with associated dialing pad. The operator terminals are coupled over a data network 24 to a database server 26, allowing an operator to access the data in database server 26 through the operator terminal 20. In one embodiment, data network 24 is a Local Area Network (LAN).

6

In addition to the operator terminals, data network 24 further connects to a voice response unit (VRU) 30 and a switching matrix host computer 28 (also referred to as a PBX host), which in turn is connected to switching matrix platform 14 by switch data link 22. In one embodiment, VRU 30, database server 26, and switching matrix host 28 have redundant systems (as shown), which can operate as either back-up systems in the event of primary system failure, or provide load-sharing in a master-slave relationship with the primary system.

Voice connections 12, also referred to as voice links, provide connection between the directory assistance center's switching matrix platform 14 and carrier switching center 34, through which incoming directory assistance calls are received. Voice connections 12 further provide connection to the network over which outgoing calls are placed (which network may be different than that used for incoming traffic). Similarly, data connections 13, also referred to as data links, provide a signaling connection between the directory assistance center's node and the carrier's SS7 network node 36. In the event an outgoing call is placed on a different network than the calling customer's carrier's network, voice connections 12 and data connections 13 will also provide connection to the outgoing network's switch and node, respectively.

In one embodiment of the present invention, the directory assistance node is contained within switching matrix platform 14, but one of skill in the art will appreciate that the directory assistance node could also be a physically distinct component.

In terms of SS7 network functional components (see FIG. 1), the directory assistance node operates as a SSP. The carrier's SS7 network node 36 may either be a SSP if the carrier is directly linked to the directory assistance center, or it may be a STP whereby calls from the carrier's SSP are routed through the carrier's SS7 network node/STP (or multiple STPs) to the directory assistance center. Alternatively, SS7 signaling for the carrier may be transmitted through an independent SS7 network provider, in which instance data connections 13 would connect to the STP of a SS7 network provider independent from either the incoming or outgoing carrier's network. Neither an independent SS7 network provider nor an independent outgoing network are shown in FIG. 2.

Operation of switching matrix platform 14 is governed by computer-readable instructions stored and executed on switch matrix host computer 28. In one embodiment of the invention, switching matrix platform 14 is an Excel LNX 2000 and switch data link 22 is a 38.4 kb serial link; in another embodiment, switch data link 22 is an Ethernet link.

Switching matrix platform 14 is described in further detail with reference to FIG. 3. Switching matrix platform 14 includes expandable central processing unit ("EXCPU") 304 and/or matrix central processing unit ("MXCPU") 304. EXCPU/MXCPU 304 serves as an interface between computer 28 (via switch data link 22).

Switching matrix platform 14 also includes SS7 processing components, namely SS7 I/O cards 340, each of which can concurrently support up to 16 links. In one embodiment, the switching matrix platform 14 has two SS7 I/O cards, although in an EXS 2000 switching matrix platform up to eight SS7 I/O cards (128 concurrent links) can be supported. A further redundant pair of SS7 I/O cards 340 (not shown) provides back-up. SS7 I/O cards 340 work in conjunction with SS7 computer instructions stored on switching matrix

US 6,628,772 B1

7

host 28 for SS7 cell processing such as customer-issued commands for service, call setup, control signaling and tear down, etc. With respect to the SS7 network described in FIGS. 1a and 1b and discussed above, the switching matrix platform acts as a service switching point (SSP), also referred to as a directory assistance node.

EXCPU/MXCPU 304, SS7 I/O cards 340 and other components of switching matrix platform 14 communicate through shared communication path 302, commonly called a "midplane." In the currently-described embodiment, mid-plane 302 utilizes a time division multiplexing ("TDM") method of sharing a common pathway. Thus, a plurality of data and/or voice streams can be interleaved onto the single path, separated by time.

Another board-level component of switching matrix platform 14 is multi-frequency digital signal processor ("MFDSP") unit 310, which includes four single in-line memory module ("SIMM") packages. Each SIMM package is comprised of four DSP arrays. Each DSP array is composed of multiple, illustratively sixteen, programmable DSPs. The DSPs can be programmed or reprogrammed to function as, among other things, call progress analyzers ("CPA"), call progress generators ("CPG"), multi-frequency ("MF") receivers or transmitters, dual-tone multi-frequency ("DTMF") receivers or transmitters, or conference units, depending upon the demand placed on directory assistance center 10 and switching matrix platform 14 for each corresponding function.

CPAs (represented by the numeral 312 in FIG. 3) are sensitive to, and capable of identifying, telephone connection status conditions and signals including ring tone, busy, all-circuits-busy, tri-tone, reorder, PBX intercept, SIT intercept, vacant code, reorder LEC, no circuit LEC, reorder carrier, no circuit carrier, continuous on tone, and silence. In an exemplary embodiment of the invention, one CPA will monitor only one outbound channel at a time. In other embodiments of the invention, one CPA may be applied to more than one outbound channel. However, to ensure that no connection status conditions are properly detected, the number of outbound channels monitored by one CPA should be kept to a minimum (i.e., no more than four). In still other embodiments of the invention, two or more DSPs may be applied to a single outbound channel.

CPGs (represented by the numeral 314 in FIG. 3) generate tones to customers connected to directory assistance center 10, such as the ringback tone customers hear when they are routed to an operator.

DTMF receivers (represented by the numeral 316 in FIG. 3) listen for DTMF tones generated by a customer's telephone, such as when a customer presses a telephone button. DTMF receivers are capable of detecting and identifying which button was pressed (i.e., the numbers 0–9 or the characters "*" or "#") and passing that information to the switching matrix host 28 for appropriate action. DTMF receivers are assigned to monitor inbound channels for a configurable period of time, illustratively, from the time a caller's initial connection to switching matrix platform 14 to the time the caller hangs up, including the duration of all outbound calls made on the caller's behalf. Once applied to an inbound channel, a DTMF receiver will allow switching matrix platform 14 to detect whenever the caller presses a telephone button, perhaps in order to activate a return transfer as described further herein, or another feature of directory assistance center 10.

Conference units (represented by the numeral 316 in FIG. 3) enable switching matrix platform 14 to connect two or

8

more voice paths in a balanced manner, thereby providing the necessary voice connections between calling parties, called parties, and directory assistance providers.

In the presently-described embodiment, each DSP array provides multiple instances of the function for which it is programmed, the exact number depending upon the specific function. For example, each DSP array programmed to provide CPA, CPG, or DTMF receiver functions provides sixteen instances of the chosen function. In other words, a DSP array programmed to provide CPA will provide sixteen CPAs, and so forth. Because the DSPs are independently and separately programmable, functions may be allocated functional and controllable CPAs, ADSP array programmed to provide conference unit functions, however, provides only four instances of such function. The programmable host 28, via EXCPU/MXCPU 304, which keeps track of which DSPs are available and which are allocated.

An additional board-level component of switching matrix platform 14 is T1/E1/J1 interface unit 330. Switching matrix platform 14 contains one or more T1/E1/J1 interface units, each unit provides connections to multiple T1/E1/J1 (1.544 mb/sec) spans, each of which is comprised of 24 or 30 channels, thus providing at least 192.64 kb voice/data and/or SS7 signaling channels per T1/E1/J1 interface unit. The T1/E1/J1 interface units connect to T1/E1/J1 voice connections 12 and T1/E1/J1 data connections 13. In an alternative embodiment (not shown), T1/E1/J1 data connections 13 (the out-of-band signaling channel) may connect directly to SS7 I/O cards 340.

In FIG. 3, T1/E1/J1 interface 330 dedicates twelve channels on each of six of the eight spans to incoming calls and the other twelve to outgoing calls. The seventh T1/E1/J1 span serves as the T1 link between VRU 30 and switching matrix platform 14, and the eighth functions as a T1 link to channel bank 16 and operator positions 18. The link between switching matrix platform 14 and VRU 30 is used to connect calling customers to a voice server, while the link between switching matrix platform 14 and operator telephone 18 is used to connect calling customers to a live operator.

A similar switching matrix platform to the one described herein is described in copending application Ser. No. 08/816,921, also assigned to the present assignee, It will be recognized by one skilled in the art that a variety of types of, or even multiple instances of, switching matrix platform 14 may be incorporated into a telephone network or directory assistance center 10 without exceeding the scope of this invention.

Switching matrix platform 14's operation is governed by instructions stored in switching matrix host computer 28. Switching matrix host computer 28 stores and executes computer-readable instructions for the purposes of, among others, configuring and operating switching matrix platform 14 and directing the transfer of calls through the switching matrix platform. The instructions implement the processes hereafter described, as well as provide full SS7 functionality. In alternative embodiments, the instructions may support any other appropriate type of out-of-band signaling protocol. The switching matrix host also directs the playback of recorded messages to callers connected to the directory assistance center. Pre-recorded greeting and closing messages played for callers are recorded in the voice of the operator to whom the caller will be, or was, connected. Switching matrix host 28 directs the playback of the appropriate message by identifying the voice connection to which the caller is connected to and specifying the message to be played.

US 6,628,772 B1

9     10

Further, switching matrix host 28 maintains call data for each directory assistance call connected to directory assistance system 10. The call data stored on the host computer consists of the most recent assistance request received from each caller, and includes one or more of the identity of the caller, the date and time of the caller's connection to directory assistance center 110, the T1/E1/J1 span and channel the call is connected to, the caller's desired destination telephone number, the status of the caller's previous directory assistance request, which operator assisted the caller, etc. Additional call data is stored on database server 26, as described below. The call data stored on switching matrix host 28 and database server 26 are provided to directory assistance providers when a caller makes multiple directory assistance requests in one call to directory assistance center 10. By combining the collected call data, such as the information that was provided to a caller in a previous request, a directory assistance provider can tailor subsequent assistance to be more effective.

Switching matrix host 28 also directs the transfer of information between itself and database server 26 (via data network 24), as well as between switching matrix platform 14 and database server 26, operator telephone 18, and operator headset 20. Although the switching matrix host 28 and database server 26 are depicted as distinct devices in FIG. 2, in an alternative embodiment they are both found in the same physical device. Furthermore, although one primary database server 26 is pictured, one of skill in the art will appreciate that multiple database servers may be beneficial and hence utilized instead.

Incoming calls received by switching matrix platform 14 are connected to an available operator via a T1 span 32 that is connected through channel bank 16 to an operator's telephone headset. If no operator is available when a call is received, the call is queued until an operator becomes available. In one embodiment, the queuing and call distribution is Automatic Call Distribution (ACD), but one of skill in the art will also appreciate that another method of call distribution based on a different priority scheme could be utilized as well.

Database server 26 provides operators with the means to search for a customer's desired party, and determine the appropriate telephone number. In one embodiment, the database provides the capability to search not just by name and address, but also by type of goods/services and/or geographical region, or by any other attribute in the customer record, including phone number. (Eg. the preferred shops carrying model rocketry supplies in southeast Portland, Oreg., or of Chinese restaurants on a given street.) Data indexed in this fashion is usually not commercially available, so the present assignee starts with a commercially available database file (e.g. the Directory Assistance Database Source available from U.S. West), and enriches it by adding further data manually.

Desirably, the results of the database search presented on an operator's terminal 20 are not alphabetized prior to display, but rather are presented in the order located by the database search engine. (If desired, a deliberate randomization of order could be effected before display.) Businesses at the beginning of the alphabet are thereby not unduly favored by customers using the directory assistance service.

The database software itself is conventional. The presently preferred best mode is to use a database such as dB-One, a proprietary system available from the present assignee.

In another embodiment, database server 26 further includes a preferred service associated with each customer, or, in the absence of a specified preferred service, a default service. Examples of preferred services would include such features as returning to an operator, conferencing, re-attempting to establish a telephone connection, creating a voice mail to be delivered at a later time, etc. The directory assistance center utilizes the preferred service associated with each customer by performing the appropriate service upon issuance of a command by the customer or upon... the customer is thus able to obtain, at the issuance of single command, the service he or she values most or uses most often, unique to that customer.

Voice response unit (VRU) 30 is incorporated into the system to play the constantly repeated parts of an operator's speech, namely the various greetings and signoffs (or closings), and the caller's desired telephone number where requested. Not only does this system provide a voice-saving and monotony-relief function for the operators, it performs a "branding" function (i.e. the pre-recorded messages incorporate the name of the telephone company through which the customer was routed to the directory assistance service), and it also reduces the amount of time an operator is actually connected to a customer. The VRU may also contain a voice recognition system for receiving verbal input from a party connected to the VRU.

In an illustrative embodiment in FIG. 4, VRU 30 is connected via the data network 24 to database server 26, switching matrix host 28 (to which it acts as a slave processor) and switching matrix platform 14 (via one or more T1 spans. Each VRU, when more than one is employed in directory assistance center 10, connects to switching matrix platform 14 via a separate voice server link. VRU 30 consists of a general purpose computer plus one or more voice cards (a first voice card 402 is depicted in FIG. 4), which serve as the interface between VRU 30 and the T1 span to switching matrix platform 14. Voice card 402 monitors and controls communications over the T1 span; its capabilities include telephone tone detection and generation, voice recording and playback, and call progress analysis. Therefore, very similar to switching matrix platform 14, VRU 30 is capable of detecting connection status conditions, detecting customer keypresses, and generating tones. Although FIG. 2 depicts VRU 30 distinct from database server 26, in alternative embodiments they are coterminous.

VRU 30 also includes typical computer components such as central processing unit 404, data storage unit 406, and bus 410 for transferring voice and data signals. VRU 30 also contains a voice recognition card 412 for receiving verbal input from a party connected to the voice server.

At appropriate stages in a call progression, switching matrix host 28 initiates a voice path between the VRU and the switching matrix platform such that the caller, or the caller and the operator, are able to hear whatever pre-recorded speech is played on that circuit by the VRU. Switching matrix host 28 then instructs the VRU, via data network 24, what type of message to play, passing data parameters that enable the VRU to locate the message appropriate to the call site, the service-providing telephone company, and the operator. The recording density used is high enough to provide a good enough quality of message playback that most users of the system should be unaware they are listening to a recording.

Method of Operation

Customers of a particular telephone company simply dial the access digits established for directory assistance by that

US 6,628,772 B1

11

company. Examples of typical access digits are "411," "555," "555-1212" and "NPA-555-1212."

The participating telephone company's own switching system will then reroute the call to directory assistance service center 10 (via a T1/E1/J1 channel), where it appears as an incoming call. In a SS7 network, the telephone company or wireless carrier transmits call set-up information associated with the call from the telephone company's network node to the directory assistance center node (also via a T1/E1/J1 channel). For purposes of illustration, a SS7 call initiation procedure will be described, which is utilized not only in routing a customer's call to the directory assistance center, but also by the directory assistance center in connecting the calling customer to the desired number.

As shown in FIG. 1c, the phone company (as the originating SSM here) first transmits an Initial Address Message (IAM) to reserve an idle voice trunk circuit from the originating switch to the destination switch (in the present instance, the destination switch would be switching matrix host 28). The destination switch examines the dialed number, determines that it serves the called party and that the line is available for ringing. The destination switch then transmits an Address Complete Message (ACM) to the originating switch to indicate that the remote end of the voice trunk has been reserved. The destination switch rings the called party line and sends a ringing tone over the voice trunk to the originating switch. When the originating switch receives the ACM, it connects the calling party's line to the voice trunk to complete the voice circuit from the calling party to the called party. The calling party hears the ringing tone on the voice trunk. When the called party picks up the phone, the destination switch terminates the ringing tone and transmits an Answer Message (ANM) to the originating switch. The originating switch verifies that the calling party's line is connected to the reserved voice trunk and, if so, initiates billing.

During the course of the call, if the calling party hangs up first, the originating switch sends a Release Message (REL) to release the voice trunk circuit between the switches. Upon receiving the REL, the destination switch disconnects the voice trunk from the called party's line, sets the voice trunk state to idle, and transmits a Release Complete Message (RLC) to the originating switch to acknowledge the remote end of the voice trunk circuit. When the originating switch receives the RLC, it terminates the billing cycle and sets the voice trunk state to idle in preparation for the next call. On the other hand, if the called party hangs up first, or if the line is busy, the destination switch sends a REL to the originating switch indicating the release cause, such as a normal release or busy condition. When the originating switch generates the RLC, it terminates the billing cycle and sets the voice trunk to idle.

Once the SS7 call initiation procedure is complete, and a customer's call has been "answered" by directory assistance center 10, Automatic Call Distribution (ACD) logic is used to queue (if necessary) and distribute the call to an operator in the order in which it was received, and such that the call traffic is distributed evenly among the operators. In other embodiments, other distribution logic schemes are utilized, such as Skills-Based Routing or a priority scheme for preferred customers. The queue is maintained by switching matrix host 28.

When a call is connected to an operator, switching matrix host 28 directs VRU 30 (also conferenced into the call) to play a greeting message, using a message pre-recorded by the connected operator. Both the operator and the calling customer hear the message, which incorporates the name of

12

the service or company to which the customer is a subscriber (in other words, the call is "branded"). The message ends with a prompt, thus cuing the customer to volunteer what information they are seeking.

When the automated greeting is complete, the VRU is disconnected, and the operator and the customer are left connected by a 2-way speech path. From this point, the caller is interacting with a live operator.

In the event that the VRU is non-functional (for whatever reason), the incoming call is connected to the operator and is on the line. (Note that, in one embodiment, once operators are logged on to the system, they wear headsets and have their telephones 18 permanently off-hook. Their telephones do not ring when a call is presented.) The operator then speaks a greeting and prompt in real time, instead of the VRU playing a message.

If the caller requests information concerning, for example, local theater performances, the operator speaks a response based on hard copy information or information contained in a database search using operator terminal 20 and associated database server 26. In the event of an unsuccessful search, the operator will use alternative sources, such as the Electronic White Pages (EWP) or even printed directories. If requested, the operator can provide the address information of the destination party in addition to, or in lieu of, initiating a telephonic connection to the destination party.

The operator can connect the caller to the wanted party's number using one of two possible methods of call transfer:
Blind Transfer or Hotline Transfer.

In either case, the call transfer is invoked by sending a sequence of digits (that includes the wanted party's number) to switching matrix host 28. The conventional method of doing this is simply dialing the digits on the operator's telephone handset (having first depressed the "flash" key to obtain dial tone). This method is always available. A much quicker and more accurate call completion method is generally preferred: the operator highlights the desired database entry on the screen of the terminal 20, and then initiates Blind or Hotline transfer to that number by entering a few keystrokes on the terminal keyboard. In this case, database server 26 transmits the same digit sequence as part of a message to switching matrix host 28, via data network 24.

More specifically, in the automated call completion method, the operator locates the desired listing in the database, and presses the "enter" key at operator terminal 20 to select the listing. Whereupon, operator terminal 20 displays a main call completion menu along with a selected listing. One example of such a menu is as follows:

**Main Call Completion Menu**

1) Blind Transfer with Return Transfer
2) Blind Transfer with NO Return Transfer
3) Hotline Transfer with Return Transfer
4) Hotline Transfer with NO Return Transfer
5) Supervisor
6) Manual Dial
7) No connect

US 6,628,772 B1

13

Options (1) and (2) of the main call completion menu initiate the "Blind Transfer" to the selected listing as described more fully below. Options (3) and (4) initiate the "Hotline Transfer" described more fully below. In the case of options (1) or (3), the return transfer operation which is described more fully below is enabled during the call. In the case of options (2) or (4), the return transfer or transfer back operation is disabled as also discussed more fully below. Option (5) is selected by the operator to summon the operator's supervisor for assistance handling the call. Option (6) overrides automated dialing of the selected listing, and allows the operator to manually dial a number at operator terminal 20. Option (7) cancels call completion.

When the operator selects option (6), the operator terminal 20 displays a call completion sub-menu such as follows:

Manual Dial Call Completion Sub-Menu

Enter telephone number,__
1) Blind Transfer with Return Transfer
2) Blind Transfer with NO Return Transfer
3) Hotline Transfer with Return Transfer
4) Hotline Transfer with NO Return Transfer
5) Supervisor
6) Change Number
7) No connect

Upon selection of any of the connection options (1)–(4) of either the main call completion menu or manual dial call completion submenu, database server 26 sends a data packet to switching matrix host 28, via data network 24. The data packet contains the appropriate station ID and the digit sequence of the selected listing or manually entered telephone number in the case of option (6). A flow chart illustrating the process of sending a data packet to the switching matrix host is provided in FIG. 5.

"Blind Transfer" is the normal means by which an operator establishes a connection between the caller and the wanted party's number. As soon as switching matrix host 28 receives the Blind Transfer command (whether from database server 26 or an operator's telephone set 18), an attempt is made to establish a route out of switching matrix platform 14 to the destination carrier's switching center, which may be either the caller's carrier switching center 34 or may be a separate network's carrier switching center.

In a SS7 network, this procedure occurs through transmission of an Initial Address Message (IAM) by the directory assistance node, a reply Address Complete Message (ACM) by the destination carrier's SS7 network node, and an Answer Message (ANM) from the directory assistance node if the call is successful. In this context, because a node will establish the connection to the directory assistance telephonic connection to the directory assistance center has already been established from the perspective of the caller's carrier switch, the directory assistance switch acts as an independent originating switch. For example, if the destination carrier's network node sends a Release Message (REL) to the signaling line to the caller's carrier network node because the telephonic connection to the directory assistance center is still necessary if the caller wishes to accomplish a return transfer.

During the pendency of this process, the operator is released from the call and made available to receive further calls. If VRU 30 is operational, it is commanded to play a signoff message (pre-recorded by the just-released operator). If the VRU is not available, the operator speaks the signoff

14

message before initiating the transfer. The VRU status is known by whether the call was initiated by a VRU-played greeting, or by zip tone. Failed routing attempts cause reorder tones to be returned to the operator's handset, or an error indication to be returned to database server 26 (depending on how the switching matrix host received the transfer command).

In one embodiment of the present invention utilizing SS7 technology, the call set-up procedure determines whether the desired party's line is busy nearly instantaneously (by sending out an Initial Address Message), even before the VRU plays a signoff message. If the desired party's line is busy, the VRU plays a message informing the customer that the desired number is busy, and providing the customer with a menu of options, including returning to an operator or a recitation of the desired phone number. While this message is being played, the directory assistance node re-queries the destination carrier's network node by resending another IAM message. If the directory assistance system determines the destination number is no longer busy, the present message ceases to play and the VRU instead informs the caller that the desired number is no longer busy, and commences once again with the signoff message.

Like "Blind Transfer, the "Hotline Transfer" method of establishing a connection between the caller and the wanted party's number can be initiated by the operator from either telephone handset 18 or from data terminal keyboard 20. The difference is that the operator is not automatically released from the call in a Hotline Transfer. Instead, he/she is conferenced into the call by switching matrix host 28 using SS7 call processing and is able to monitor its progress. Using either the telephone handset or the data terminal keyboard, the operator may withdraw from the call after verifying its establishment, or may cause the called circuit to be released through SS7 processing and then re-engage in dialogue with the caller. A flow chart illustrating the process of a Hotline Transfer is provided in FIG. 6. Hotline Transfers are used when a caller requests that the operator "stay on the line."

If, after initiation of a transfer (whether or not it succeeds), and at any time before the caller hangs up, the caller requires further operator assistance, the caller can perform a return transfer back to an operator (hereafter referred to as "return transfer" or "transfer back"). This is done simply by pressing the "∗∗" (star) key or another designated key on the caller's telephone once or twice (depending on the system, and as instructed by the operator in the signoff message). Generation and detection of the DTMF tones or through SS7 signaling messages. The under-lying call transport system is a SS7 network.

In one embodiment of the present invention, the return transfer function is implemented when an appropriate SS7 signaling message is detected at the directory assistance node. One of the functions of SS7 messaging in a SS7 network is to provide call control signaling. Call control signaling includes, for example, a data message from the carrier SS7 network node indicating that one of the parties to the call has pushed a particular key, such as the "∗∗" key or even a dedicated, specialized key (e.g., a "return to operator" key). An example of a SS7 return transfer signaling message is described in further detail below.

Phone companies and wireless carriers use equipment at their switching centers to detect DTMF tones from the voice channel and convert them to out-of-bands signal to be sent down the signaling channel. Wireless carriers, and in particular digital networks, may not even need to convert

US 6,628,772 B1

**15**

customer key presses from analog DTMF tones to digital SS7 messages as the wireless stations may receive key presses in digital format to begin with. Phone companies and wireless carriers may also utilize phones that directly link to the out-of-band signaling network, whereby the press of certain keys (such as a "return to operator" key) will directly generate appropriate out-of-band signals. Voice recognition technology in a customer's phone or at a carrier's switch can also be used to detect a spoken customer command (e.g. "please return me to an operator"), in response to which an appropriate out-of-band signal would be generated correspondingly.

In another embodiment, the star or other designated key tone(s) is detected by a DTMF receiver at the directory assistance center (allocated in switching matrix platform 14 for the entire duration of the call, while the instructions are transport system utilizes a SS7 network. Thus, call setup, monitoring and tear-down occurs via out-of-band signaling messages, while a DTMF receiver allocated to the voice channel monitors for a return transfer command. A flow chart illustrating the process of allocating a DTMF receiver in the telephone switch to a customer call for the entire duration of the call is provided in FIG. 7.

To avoid duplicative DTMF and SS7 return transfer command detection, in one embodiment the directory assistance center stores information for each carrier/phone company customer in database server 26, indicating whether that customer provides SS7 messaging for return transfers and other commands. If the carrier or phone company does provide out-of-band signaling for the "*" or other command key, the directory assistance center will not allocate a DTMF receiver for a call received from that company's switching center. Advantageously, detection resources are thereby preserved and duplicative command detection avoided.

Regardless of which form of return transfer command detection is used, once the DTMF receiver or directory assistance node detects the issuance of the return transfer command by the caller, a SS7 Release Message is sent from the directory assistance node to the destination party's carrier network node. In response, the destination party's carrier network node issues a Release Complete Message, which, after being received by the directory assistance node, results in the state of the corresponding voice connection 12 being set to idle in preparation for the next call.

After the connection to the destination party is released, switching matrix host 28 causes the customer call itself to appear as a fresh call to the ACD logic or other distribution scheme being utilized. This in turn results in the caller being matrix host 28 instructs the connected VRU 30 to play the appropriate pre-recorded greeting message with return transfer instructions. Note that if ACD is the operative distribution scheme, the operator to whom the call is connected may or may not be the same operator that previously handled this call. In one embodiment of the present invention, the call is flagged as a priority call when re-inserted into the queue, and hence is directed to an available operator sooner than other non-return transfer calls. In an alternative embodiment, the caller is always connected to the same operator who previously handled the call, taking priority over other non-return transfer queued calls for that operator.

The "return transfer" feature enables callers who have been transferred by means of a Blind Transfer to recall an operator if the transfer does not complete satisfactorily. It also enables a caller to request a follow-on call at the completion of a successfully completed call without incurring the delay or difficulty of re-dialing into the system.

**16**

It will be recognized that the desired number need not be voiced to the customer unless explicitly requested. Sometimes a customer uses the return transfer feature to request that the number be voiced if, for example, he or she finds a follow-up call is necessary later.

The return transfer technique enables the cost-effective provision of many services not previously available. For example, a directory assistance center may offer mapping/locator services which provide spoken directions to guide vehicle-based customers from their present location to a desired destination. However, to obviate the need for the customer to write the directions down while in the vehicle, the operator should be available to issue instructions along the course of the vehicle's route. By using the return transfer feature, the customer can receive initial instructions, and thereafter summon further instructions as needed along the route simply by pressing the star or other designated key in such a system, the customer's connection to the directory assistance center is maintained during the course of the trip, but the operator can attend to other customers while the customer doesn't need the operator's immediate attention. (Since a return transfer may return the customer to a different operator, provision is made for transferring—with the customer—a pointer to the particular database record (i.e. map or directions) being utilized by that customer, and a pointer to a current location within that record. By this arrangement, a different operator who is summoned for assistance using the return transfer feature can pick up where the last operator left off.) While driving between operator instructions, the customer is simply kept in a "hold" state.

Sometimes the customer will not want to access a destination telephone number that makes its own use of "*" or other designated key tone. For example, some automated order entry systems require the caller to press the "*" key to signal the end of an entry, etc. Others require the caller to press the "*" key to access certain information.

To accommodate such possibilities, one embodiment of the present invention stores data in database 26 to indicate which destination numbers make their own use of the "*" key or other transfer back designated key or keys service. If the customer is connected to such a destination telephone, the return transfer SS7 message or DTMF tone detection is disabled. Alternatively, a destination telephone may send this information directly to the directory assistance center during call initiation via an SS7 message. A flow chart illustrating the process of disabling the return transfer feature is provided in FIG. 8. If the user presses the "*" key while connected to such a destination number, it is ignored by directory assistance center 10. But, when the customer thereafter calls another destination telephone number that is not so listed in the database, the return transfer feature is once again available.

Sometimes database 26 may not contain complete information identifying destination numbers that make their own use of the "*" key. Moreover, some directory assistance systems may not track this data at all in such circumstances, the directory assistance center 10 desirably includes provision to manually disable the return transfer SS7 message or DTMF tone detection. This disabling can be done by operating a switch at the operator's console, by entering a command on the operator's keyboard, or by activating a icon on the operator's terminal 20.

Such a manual disabling of the return transfer SS7 message or DTMF tone detection can occur, for example, when a caller is inadvertently transferred back to the operator by using the "*" key to access a service at the destination number. The caller can note the problem to the operator, who

US 6,628,772 B1

17

can disable the feature and reconnect the caller to the destination number. In other situations, the caller may know in advance that the destination number makes use of the "**" key (e.g. for electronic banking), and can request that the operator disable the return transfer SS7 message or DTMF tone detection before the connection is first made.

Another option is to allow enabling or de-enabling of the return transfer feature to be particular to the customer, as opposed to the destination telephone number. In this scenario, database server 26 would store information per-sonalized to each calling customer, identifying whether the customer prefers to have the return transfer feature on or off. When an incoming call is received, switching matrix host 28 can identify the calling customer through the associated SS7 call initiation messages (such as the customer's Automatic Number Identification, or ANI), do a look-up in database server 26 as to the return transfer feature preference of the customer, and then either enable or de-enable the return transfer SS7 message or DTMF tone detection as appropri-ate. The preference for each customer directly (either through a live operator or an automated query), or through the telephone once or twice (depending on the system, and as instructed by the operator in the signoff message). Detection of the conferencing command, like a return transfer command, can occur through an SS7 signaling message transmitted to the directory assistance node or through allocation of a DTMF receiver for the call in the switching matrix platform.

In either case, after the directory assistance center detects a command for conferencing, the additional destination must be ascertained. In one embodiment, this occurs by switching matrix platform 14 conferencing an operator into the existing call using SS7 processing. The operator will then prompt the customer for either the telephone number of the additional party if known, or if unknown, the operator will engage in dialogue to establish the name and other pertinent information of the wanted party and then initiate a database search. Once the additional destination number is determined, the operator can either perform a Blind or Hotline transfer, just as with the initiation of the original call. The outgoing call is placed to a third network switch, which may or may not be the same network switching center as the second (the called party's switch) or the first (the caller party's switch), depending on which carrier network the various parties use.

As with the telephonic connection to the original desi-nation party, the initialization of the conferencing telephonic connection occurs via SS7 call set-up procedures, with switching matrix platform 14 operating as the originating switch. In a SS7 network, this procedure occurs through transmission of an Initial Address Message (IAM) from the directory assistance network node, a reply Address Com-plete Message (ACM) from the destination carrier's network node, and an Answer Message (ANM) back from the direc-tory assistance network node if the call is successful. The attempted conferencing telephonic connection is attempted into the existing telephonic connection between the caller

18

and the called party such that the parties can hear the ringing tones or busy signal.

In the event the call transfer occurs via Blind Transfer, and the connection cannot be established because of a ring-no-answer or busy condition, in one embodiment that connection matrix host will direct the VRU to announce that connection cannot be completed, and to present the caller with a menu of choices, including attempting to reestablish the connection, attempting to conference in a different party, returning to an operator or terminating the conference attempt. In the alternative, the directory assistance center may respond appropriately to the customer's selection. If the connection is successfully established, the conferencing connection is bridged into the existing telephone connection.

In an alternative embodiment, the connection is not utilized to determine the telephone number of the additional desired party. Instead, the VRU prompts the caller to enter or speak the number for the party (this method only works if the addi-tional number entry actually knows the number for the addi-tional party in advance.) Thus, using SS7 message detection, DTMF tones or voice recognition capabilities, the switching matrix host ascertains the additional destination number from the caller's input.

At any time after the conferencing command has been successfully established, the caller can again initiate a com-mand for conferencing by pressing the "#" or other desig-nated key. The procedure outlined above is repeated again, and if successful, a fourth party can be conferenced into the call. This process can be repeated up to the limitations of the switching matrix platform for bridging calls together.

Alternatively, the conferencing feature can be conducted via a "third-party calling" procedure. By this method, upon detection of the command for conferencing, the calling customer is disconnected from the telephonic connection to the destination party, including voice connection 12, without actually releasing the call. Instead, the calling customer is treated like a new, independent outgoing telephonic connec-tion to be attempted. The customer hears a dial tone, as if the customer had just gone off-hook. After the customer places the call directly by dialing, SS7 call initiation procedures are used to attempt a conferencing telephonic connection. Upon a successful connection, the caller is able to "switch" (bridge) the conferencing connection over to the original connection by pressing a predetermined key or by briefly holding down the hang up switch. Alternatively, the switch-ing matrix host, upon detection of a successful call comple-tion on the independent voice line, can automatically bridge the two connections together.

Both the "return transfer" and "conferencing" features are initiated when the customer issues a command to do so, which in one embodiment would be through pressing the "**" or other designated key. One of skill in the art will appreciate that any numeric, alphanumeric or other dedicated key can also function as a command key. In alternative embodiments, the customer's actions can imply a command (e.g. if told that the call will be returned to an operator unless the customer presses "**", and the caller does not press "**"), or voice recognition technology in a customer's phone or at a carrier's switch can be used to detect a spoken customer command (e.g. "please return me to an operator").

In one embodiment, instead of having multiple keys each represent different optional commands, the directory assis-

US 6,628,772 B1

19

tance center stores a preferred feature or service associated with each customer in database server 26. When a transfer by the operator is made to initiate the desired telephonic connection, and database server 26 sends switching matrix host 28 the destination telephone number and station ID, it also includes the customer's preferred service. If the database server does not have a preferred service for the customer in its data, it sends a default service, such as a return transfer function. Examples of preferred services include conferencing, re-attempting to establish a telephonic connection (i.e. reinitiating the SS7 call initiation procedure), creating a voice mail to be delivered at a later time, etc.

When the customer initiates a command for the preferred service by pressing a universal command key, such as the "*" key, and upon SS7 message or DTMF tone detection of the same, the switching matrix host executes the appropriate preferred function. In this manner, the caller obtains customization of the enhanced directory assistance features to his or her personal preference. To initially establish a calling customer's preferred service, the operator can query a customer who locks a specified preferred service, and manually input the answer into database server 26. Alternatively, the selection of the preferred service can occur automatically through a menu of options presented to the customer by the VRU, or from the customer's phone company/carrier, which can obtain this information via account setup or survey and provide this information to the customer by the VRU.

Thus far, customer-initiated return features have been described. It will be appreciated, however, that any feature can be linked to a customer initiated command. In one embodiment, the customer presses a command key, such as the "*" key, which is then detected via SS7 signaling or a DTMF receiver, the VRU presents the caller with a menu of service options. Examples of potential service options might include returning to an operator, re-attempting to establish a connection to the destination telephone number, conferencing, reciting the destination telephone number, sending an alphanumeric page of the destination telephone number, or resuming the telephonic connection in progress. The user is then prompted to enter a selection, either by pressing the appropriate key (i.e. "press '1' to return to an operator, '2' to re-attempt the call," etc.) or by speaking the selection (using the voice recognition capabilities of the VRU). Advantageously, automating the customer-initiated features cuts down on the line that a live operator needs to speak with a customer. If, for example, a destination number is busy but the caller wishes to retry the connection, using an automated menu allows the caller to self-select the re-attempt instead of requiring an operator.

One advantage of using a SS7 network is that discrete, nearly instantaneous signaling messages are transmitted from the destination party's carrier network node to the directory assistance node indicating the status of the telephonic connection. Examples of SS7 call control messages include: call-could-not-be-completed, number-is-disconnected, busy signal, network communication problem, or caller or called party hang-up.

In one embodiment of the present invention, the switching matrix host can execute a predetermined service feature in response to SS7 call control signaling, as detected at the directory assistance node. For example, the caller can automatically be returned to an operator every time that a signaling event indicative of a problem, or a hang-up by the caller or called party is encountered. In routing the call back to an operator, the caller can be put into an ACD queue or given priority to reconnect to the original operator the

20

customer was transacting with. When an appropriate operator receives the call at an operator station, the operator sees on operator terminal 20 the signaling event encountered (sent by the switching matrix host) and can thus discuss the situation with the caller and the available options. This approach ensures that a wide range of communications events can be dealt with by a universal automatic response (return to operator), as a human operator can provide the widest range of assistance in the highest number of contexts.

In an alternative embodiment, switching matrix host 28 directs VRU 30 to play a message corresponding to the signaling event that has occurred (e.g. tell the caller the signaling event that has occurred, that the line is busy). The VRU then presents the caller with an appropriate audio menu offering one by pressing the specified key, for example, the "1" key to have the VRU recite the dialed telephone number, the "2" key to transfer the called to a live operator, the "3" key to record a message for later delivery to the destination party, the "4" key to re-attempt to initiate the call, or the "5" key to receive the destination telephone number via the caller's alphanumeric page or telephone. The caller chooses a selection by entering the appropriate key, or alternatively by speaking a selection which the VRU's voice recognition capabilities detect and identify.

The menu presented to the caller is tailored to the signaling event encountered. Thus, the several illustrative options has been described is particularly advantageous to wireless and PCS phone customers. The automatic return to operator or automatic voice response menu ensures that a customer never has to hang up and redial the directory assistance center to obtain continued or additional directory assistance services. The termination of the call occurs wholly at the customer's selection by either hanging up, or by choosing a voice menu selection for ending the call. The customer is left with the impression that the directory assistance center is dedicated to reaching the end result desired by the customer.

SS7 Signaling Messages

As is well known in the art, an SS7 return transfer message has been described with reference to a signaling event that typically contains a variable numbers of octets (i.e. eight-bit bytes) of information, with the front-end octets typically being reserved for standardized service, routing and range and status data. Additional octets may contain a variety of communication and processing-oriented data. For purposes of illustration, an example of an SS7 message conveying a customer request for a return transfer will be described herein.

In one example of an SS7 return transfer message, data for a set of "optional parameters" and a series of "sub-optional parameters" are set forth after the service, routing and range and status data. The optional parameters set includes a first octet setting forth the total number of octets in the optional parameters set (which in the present example would be four), a second octet setting forth the device type from which the return transfer command originated, a third octet setting forth the capabilities of the device and a fourth octet setting forth the number of sub-optional parameters data sets. The device type octet specifies whether the originating device is, for example, a PDA (personal digital assistant), a PC, a phone, a wireless phone, a web-enabled phone, etc. (also known as a device characteristic).

21

The device capabilities octet specifies the possible communication mediums of the device, such as voice, video, graphical, or text. If the device capabilities octet indicates graphics or text capabilities, the same octet would also indicate the language or representation scheme of the text/graphics (also known as a device characteristic), such as HTML (Hypertext Markup Language), ASCII (American Standard Code for Information Exchange), XML (Extensible Markup Language) or WML (Wireless Markup Language). Additionally, the device capabilities octet specifies the protocols supported by the device, such as HTTP (Hypertext Transfer Protocol), WAP (Wireless Application Protocol), UDP (User Datagram Protocol) or TCP (Transaction Control Protocol).

The final optional parameter octet sets forth the number of sub-optional parameter sets. Each sub-optional parameter set has a first octet setting forth the total number of octets in that particular sub-optional parameter set (which in the present example would be four), a second octet indicating the sub-optional parameter type (e.g. action, data, or class of service), a third octet containing a data type for the sub-optional parameter set (e.g. command, digits, or text) and a fourth octet containing appropriate data.

For an "action" sub-optional parameter type, the data type indicated in the third octet would be "command," and the actual data in the fourth octet would indicate that the customer was authorized to to connect to an operator, whether long distance is permitted, the language of the customer, the priority level of the customer, etc. These customer-specific features are also known as customer service parameters.

For a "data" sub-optional parameter type, the data type indicated in the third octet would be "digits" (and indicated as BCD, hexadecimal, binary, etc.) or "text", and the actual data would set forth such status items as whether the customer calls originated by a directory assistance operator, whether the customer is authorized to make transfer requests, whether the customer is a priority or preferred customer and the language of the customer caller. After the last sub-optional parameter set, a checksum value is appended to the SS7 message for accuracy and error-checking.

As is true with all SS7 messaging, an acknowledgment message is sent to the originator of a request for service. Thus, in one embodiment of the present invention, after the directory assistance center receives an SS7 return transfer command message, it sends an acknowledgment SS7 message which substantially mirrors in form the incoming SS7 return transfer message. For the optional parameter device type, the acknowledgment message will indicate, for example, a positive acknowledgment, an invalid device or a return optional parameter device capabilities, the acknowledgment

22

message will indicate, for example, a positive acknowledgment, an invalid capability for the device specified, communication medium disallowed for user, service unavailable temporarily, service unavailable in this area or service unavailable permanently.

For acknowledgment of the sub-optional parameter sets, if the sub-optional parameter type is action, the acknowledgment message will indicate, for example, a positive acknowledgment, unable to complete action, invalid action, action not authorized for this user, invalid action for the device type or invalid parameters supplied for the action. If the optional parameter type is data, the acknowledgment message will indicate, for example, a positive acknowledgment, unable to provide class of service, invalid class of service for device type or invalid parameters provided for the class of service. If the sub-optional parameter type is data, the acknowledgment message will indicate, for example, a positive acknowledgment, invalid data for data type specified, invalid data for device type or invalid data for capabilities.

Billing Issues

Although these can be varied, there are three billing components of a typically wireless phone originated call to a directory assistance service according to the present invention:

1) "Air time," or the total time the caller uses the wireless carrier's wireless radio system to carry a call from his/her wireless telephone. This is the responsibility of the wireless carrier.

2) The pre-call charge levied for use of the directory assistance service to the wireless carrier on the basis of the number of calls received from the carrier in a particular time period.

3) Toll charge—the charge levied by a carrier for the duration of an answered connection over a toll route originated by a directory assistance operator. This charge is levied by the carrier used for completion of customer calls originated by the directory assistance operator. The wireless carrier is dependent on the directory assistance service to provide enough details of these calls to enable it to accurately bill its subscribers accordingly, if desired. There are two ways of doing this:

A) The directory assistance service provides "tickets" of all calls that were transferred and answered. The precise content and format of the ticket is customer-defined, but includes at least the following information—connection time, calling number, called number, date and time of connection (i.e. when answer indication was received), duration of call and trunk group identification numbers. The ticket files can be transferred on magnetic tape or by means of electronic file transfer.

B) If the call to the destination party is being placed on the same wireless network as that used by the calling customer, the wireless network can use its own switching equipment to generate the required tickets. The digits that are dialed by the directory assistance service's switching matrix platform to initiate the call transfer (via the wireless carrier's network) can incorporate the calling party number (Automatic Number Identification, or ANI). The wireless carrier's own switching equipment thus has all the information needed to generate the required tickets. In a SS7 environment, the relevant information is contained in the signaling data transmitted during the call-initiation process, and easily stored for use in tickets.

US 6,628,772 B1

**23**

It is the wireless carrier's responsibility to rate the calls and determine what charge is to be levied.

Having described the principles of our invention with reference to various embodiment and certain variations thereon, it should be apparent that these examples can be modified in arrangement and detail without departing from such principles. For example, while the invention has been illustrated with reference to a system in which a "return transfer" customer is either routed back to the next available operator or routed back to the original operator, in other embodiments, provision can be made for giving the cus- tomer a choice; pressing one key for the first available operator, and another key to be inserted in the original operator's queue.

In view of the many possible embodiments to which the principles of our invention may be put, it should be recog- nized that the detailed embodiments are illustrative only and should not be taken as limiting the scope of our invention. Rather, we claim as our invention all such embodiments as may come within the scope and spirit of the following claims and equivalents thereto.

What is claimed is:

1. An enhanced method of providing telephone directory assistance from a directory assistance center having a direc- tory assistance node and a directory assistance switch, the method comprising the steps:

(a) receiving a customer call through a first network switch from a customer telephonic device in an external telephone network;

(b) receiving signaling data associated with the customer call through a network node;

(c) connecting the customer call through the first network switch to the directory assistance switch over a first voice connection between the directory assistance switch and the first network switch;

(d) connecting the signaling data associated with the customer call to the directory assistance node over a data connection between the directory assistance node and the network node;

(e) connecting the customer call to a directory assistance operator;

(f) determining a destination telephonic device number of a desired party wanted by the customer in a computer database;

(g) initiating a telephonic connection between the cus- tomer telephonic device and the destination telephonic device over a second voice connection between the directory assistance switch and a second network switch, the telephonic connection being responsive to one of a plurality of connection options, at least one of the connection options including the following steps (h)–(i);

(h) detecting at the directory assistance node one or more instances of a command issued by the customer; and

(i) performing a predetermined function upon detection of one or more instances of the command.

2. The method of claim 1, wherein the predetermined function in step (i) comprises reconnecting the customer to an operator.

3. The method of claim 1, wherein the predetermined function in step (i) comprises re-attempting to establish a connection between the customer telephonic device and the destination telephonic device.

4. The method of claim 1, wherein the predetermined function in step (i) comprises providing the destination telephonic device number to the customer.

**24**

5. The method of claim 1, wherein the predetermined function in step (i) comprises recording a message for later delivery to the destination telephonic device.

6. The method of claim 1, wherein the predetermined function in step (i) comprises prompting the customer for an alphanumeric page to be sent to the destination telephonic device.

7. The method of claim 1, wherein the predetermined function in step (i) comprises presenting the customer with a plurality of service options.

8. The method of claim 7, wherein one of the plurality of service options includes reconnecting the customer to an operator.

9. The method of claim 7, wherein the plurality of service options include at least one of the following options: resum- ing the telephonic connection in progress, re-attempting to establish a connection between the customer telephonic device and the destination telephonic device, providing the destination telephonic device number to the customer, recording a message for later delivery to the destination telephonic device, or prompting the customer for an alpha- numeric page to be sent to the destination telephonic device.

10. The method of claim 1, wherein the first network switch and the second network switch comprise a single network switch.

11. The method of claim 1, wherein the signaling data associated with the customer call is received from an exter- nal out-of-band signaling network.

12. The method of claim 1, further comprising the steps of:

maintaining the first voice connection from the customer telephonic device through the first network switch to the directory assistance switch for the duration of the customer call; and

maintaining the data connection associated with the cus- tomer call through the network node to the directory assistance node for the duration of the customer call.

13. The method of claim 1, wherein step (g) further comprises:

transmitting call initiation signaling data over the data connection to a second network node to initiate a telephonic connection between the customer telephonic device and the destination telephonic device; and

upon receipt of confirmatory call initiation signaling data, establishing the telephonic connection between the customer telephonic device and the destination tele- phonic device over a second voice connection between the directory assistance switch and a second network switch.

14. The method of claim 1, wherein the telephonic con- nection between the customer telephonic device and the destination telephonic device is comprised of a voice chan- nel and a signaling channel, and wherein the voice channel is initiated over a second voice connection between the directory assistance switch and a second network switch, and the signaling channel is initiated over a second data connection between the directory assistance node and a second network node.

15. The method of claim 14, wherein the first network node and the second network node comprise a single net- work node.

16. The method of claim 14, wherein the first network switch and the second network switch comprise a single network switch.

17. The method of claim 1 in which at least one of the plurality of connection options includes the following steps (i)–(j):

US 6,628,772 B1

## 25

(i) allocating one or more detectors in the directory assistance switch to monitor the customer call for a command issued by the customer;

(k) detecting at the directory assistance switch one or more instances of the command; and

(l) performing a predetermined function upon detection of one or more instances of the command.

18. The method of claim 17, wherein the predetermined function in step (l) comprises reconnecting the customer to an operator.

19. The method of claim 17, wherein the predetermined function in step (l) comprises re-attempting to establish a connection between the customer telephonic device and the destination telephonic device.

20. The method of claim 17, wherein the predetermined function in step (l) comprises prompting the customer for a telephonic device number to the customer.

21. The method of claim 17, wherein the predetermined function in step (l) comprises recording a message for later delivery to the destination telephonic device.

22. The method of claim 17, wherein the predetermined function in step (l) comprises prompting the customer for an alphanumeric page to be sent to the destination telephonic device.

23. The method of claim 17, wherein the predetermined function in step (l) comprises providing the destination telephonic device with an alphanumeric page to be sent to a plurality of service options.

24. The method of claim 18, wherein one of the plurality of service options includes reconnecting to an operator.

25. The method of claim 23, wherein the plurality of service options include at least one of the following options:

26. The method of claim 24, wherein the method of sending a digit/sequence of the telephonic device number contained in the computer database to a switching matrix host to initiate the telephonic connection.

27. The method of claim 1, wherein step (g) further comprises initiating the telephonic connection without a voiced recitation of the destination telephonic device number.

28. The method of claim 1, wherein step (g) further comprises providing the destination telephonic device number to the customer by a voice recording unit.

29. The method of claim 1 in which at least one of the connection options includes the step of maintaining the directory assistance operator as a conferenced party to the initiated telephonic connection to monitor whether the connection is completed satisfactorily.

30. The method of claim 1, wherein the customer telephonic device and destination telephonic device are telephones.

31. The method of claim 1, wherein the customer telephonic device is a wireless telephone.

32. The method of claim 1, wherein the command issued by the customer results from an implied action by the customer.

33. An enhanced method of providing telephone directory assistance from a directory assistance center having a directory assistance node and a directory assistance switch, the method comprising the steps:

## 26

(a) receiving a customer call from a first network switch from a customer telephonic device in an external telephone network;

(b) receiving signaling data associated with the customer call from a network node;

(c) connecting the customer call through the first network switch to the directory assistance switch over a first voice link between the directory assistance switch and the first network switch;

(d) connecting the signaling data associated with the customer call to the directory assistance node over a data link between the directory assistance node and the network node;

(e) connecting the customer call to a directory assistance operator;

(f) determining a destination telephonic device number associated with a desired party wanted by the customer in a computer database;

(g) initiating a telephonic connection between the customer telephonic device and the destination telephonic device over a second voice connection between the directory assistance switch and a second network switch, said telephonic connection being responsive to one of a plurality of connection options, at least one of the connection options including the following steps
(i)–(ii);

(h) detecting at the directory assistance node one or more instances of a command for conferencing issued by the customer;

(i) initiating a telephonic connection between the customer telephonic device and the destination telephonic device in a computer database; and

(ii) determining an additional destination telephonic device number of an additional desired, party wanted by the customer in a computer database; and

35. The method of claim 33, wherein step (i) further comprises reconnecting the customer to an operator to determine the additional destination telephonic device number of the additional desired party wanted by the customer from a computer database.

36. The method of claim 33, wherein step (i) further comprises prompting the customer by voice recording unit to enter or speak the additional destination telephonic device number of the additional desired party.

37. The method of claim 33, wherein step (i) further comprises providing the customer with a plurality of options for determining and providing the additional destination telephonic device number, wherein one of the options includes reconnecting to an operator.

38. The method of claim 33 in which at least one of the connection options includes the following steps (k)–(ii):

(k) allocating one or more detectors in the directory assistance switch to monitor the customer call for a command for conferencing issued by the customer;

(l) detecting at the directory assistance switch one or more instances of the command;

(m) determining at the directory assistance node an additional destination telephonic device number of an additional desired party wanted by the customer in a computer database; and

34. The method of claim 33, wherein the signaling data associated with the customer call is received from an external out-of-band signaling network.

US 6,628,772 B1

27

(t) initiating a conferencing telephonic connection between the additional destination telephonic device and the connection between the customer telephonic device and the destination telephonic device, over a third voice connection between the directory assistance switch and a third network switch.

39. The method of claim 33, wherein the conferencing telephonic connection is responsive to one of a plurality of conferencing connection options, and wherein at least one of the conferencing connection options includes the step of maintaining the directory assistance operator as a conferenced party to the initiated conferencing telephonic connection to monitor whether the connection is completed satisfactorily.

40. The method of claim 39, further comprising, upon an unsuccessful initiation of the conferencing telephonic connection, providing the customer with a plurality of service options, wherein at least one of the plurality of service options includes returning to an operator.

41. The method of claim 33, wherein step (t) occurs blindly with respect to the destination telephonic device.

42. The method of claim 33, further comprising the steps of:

maintaining the first voice link from the customer telephonic device through the first network switch to the directory assistance switch for the duration of the customer call; and

maintaining the data link associated with the customer call through the first network node to the directory assistance node for the duration of the customer call.

43. The method of claim 33, wherein step (g) further comprises:

44. The method of claim 43, wherein the first network node and the second network node comprise a single network node.

45. The method of claim 33, wherein step (g) comprises transmitting call initiation signaling data over the data connection to a second network node to initiate a telephonic connection between the customer telephonic device and the destination telephonic device; and upon receipt of confirmatory call initiation signaling data, establishing the telephonic connection between the customer telephonic device and the destination telephonic device over a second voice connection between the directory assistance switch and a second network switch.

46. The method of claim 33, wherein the first network switch and the second network switch comprise a single network switch.

47. The method of claim 33, wherein the first network switch, second network switch, and third network switch comprise a single network switch.

48. The method of claim 33, wherein the customer telephonic device, destination telephonic device, and additional destination telephonic device are telephones.

49. The method of claim 33, wherein the customer telephonic device is a wireless telephone.

50. The method of claim 33, wherein step (g) further comprises initiating the telephonic connection without a voiced recitation of the destination telephonic device number.

51. The method of claim 33 which includes repeating steps (t) through (j) for a different additional desired party.

52. The method of claim 33 wherein the command for conferencing issued by the customer results from an implied action by the customer.

28

53. An enhanced method of providing telephonic directory assistance from a directory assistance center having a directory assistance node and a directory assistance, the method comprising the steps:

(a) receiving a customer call through a first network switch from a customer telephonic device in an external telephone network;

(b) connecting the customer call through the first network switch to the directory assistance switch over a first voice link between the directory assistance switch and the first network switch;

(c) connecting the customer call to a directory assistance operator;

(d) determining a destination telephonic device number of a desired party wanted by the customer in a computer database;

(e) initiating a telephonic connection between the customer telephonic device and the destination telephonic device over a second voice link between the directory assistance switch and a second network switch;

(f) initiating a signaling data connection associated with the telephonic connection over a data link between the directory assistance node and a network node;

(g) upon detection at the directory assistance node of one or more instances of a predetermined signaling event associated with the telephonic connection between the customer telephonic device and the destination telephone, taking a predetermined action.

54. The method of claim 53, wherein the predetermined signaling event is an external out-of-band signaling network.

55. The method of claim 53, wherein the predetermined signaling event in step (h) includes at least one of the following: call could not be completed, ring-no-answer, called party termination of call, number-is-disconnected, busy signal, and network communication problem.

56. The method of claim 53, wherein the predetermined action in step (h) comprises reconnecting the customer to an operator.

57. The method of claim 53, wherein the predetermined action in step (h) comprises presenting the customer with a plurality of service options.

58. The method of claim 57, wherein the plurality of service options are specific to the predetermined signaling event.

59. The method of claim 57, wherein at least one of the plurality of service options includes reconnecting to an operator.

60. The method of claim 57, wherein the plurality of service options are announced by a voice response unit.

61. The method of claim 53, wherein the predetermined action in step (h) comprises informing the customer that destination telephone number is busy.

62. The method of claim 53, further comprising the steps of:

(h) detecting a subsequent signaling event indicating that the destination telephone number is no longer busy;

(i) ceasing informing the customer that the destination telephone number is busy; and

(k) reinitiating a telephonic connection between the customer telephone and the destination telephone over the second voice link;

(l) reinitiating a signaling data connection associated with the telephonic connection over the data link.

63. The method of claim 53, wherein the customer telephonic device and destination telephonic device are telephones.

US 6,628,772 B1

29

30

64. The method of claim 53, wherein the customer telephonic device is a wireless telephone.

65. An enhanced method of providing telephone directory assistance from a directory assistance center having a directory assistance node and a directory assistance switch, the method comprising the steps:

(a) maintaining an attribute database of preferred services associated with individual customers of the directory assistance center;

(b) receiving a customer call through a first network switch from a customer telephonic device in an external telephone network;

(c) receiving signaling data associated with the customer call through a network node;

(d) connecting the customer call through the first network switch to the directory assistance switch over a first voice connection between the directory assistance switch and the first network switch;

(e) connecting the signaling data associated with the customer call to the directory assistance node over a data connection between the directory assistance node and the network node;

(f) connecting the customer call to a directory assistance operator;

(g) determining a destination telephonic device number of a desired party wanted by the customer in a computer database;

(h) determining the preferred service associated with the customer from the attribute database;

(i) initiating a telephonic connection between the customer telephonic device and the destination telephonic device over a second voice connection between the directory assistance switch and a second network switch, the telephonic connection being responsive to one of a plurality of connection options, at least one of the connection options including the following steps (i)–(k);

(j) detecting at the directory assistance node one or more instances of a command issued by the customer for the preferred service associated with the customer; and

(k) performing the preferred service upon detection of one or more instances of the command.

66. The method of claim 65, wherein the signaling data associated with the customer call is received from an external out-of-band signaling network.

67. The method of claim 65, wherein the preferred service comprises returning to an operator.

68. The method of claim 65, wherein step (b) further comprises determining a default preferred service if the

attribute database does not contain a preferred service associated with the customer.

69. The method of claim 65, wherein the customer telephonic device and destination telephonic device are telephones.

70. The method of claim 65, wherein the customer telephonic device is a wireless telephone.

71. A method of generating an out-of-band signaling message affiliated with a customer command for enhanced directory assistance service issued from a customer telephonic device, the method comprising the steps of:

detecting the customer command for enhanced directory assistance service issued from the customer telephonic device;

generating a first data field containing routing information for the out-of-band signaling message;

generating a second data field identifying the enhanced directory service sought by the customer; and

generating a third data field identifying a protocol of the customer device.

72. The method of claim 71, further comprising the step of generating a fourth data field identifying customer service parameters associated with the customer.

73. The method of claim 71, further comprising the step of generating a fourth data field identifying a characteristic of the customer telephonic device.

74. A method of processing an out-of-band signaling message affiliated with a customer command for enhanced directory assistance service issued from a customer telephonic device, the method comprising the steps of:

receiving the out-of-band signaling message affiliated with the customer command for enhanced directory assistance service issued from the customer telephonic device;

processing a first data field of the out-of-band signaling message to obtain the enhanced directory service sought by the customer; and

processing a second data field of the out-of-band signaling message to obtain a protocol of the customer device.

75. The method of claim 74, further comprising the step of processing a third data field of the out-of-band signaling message to obtain customer service parameters associated with the customer.

76. The method of claim 74, further comprising the step of processing a fourth data field of the out-of-band signaling message to obtain a characteristic of the customer telephonic device.

*  *  *  *  *

EXHIBIT D

US006985569B2

## (12) United States Patent
Baker

(10) Patent No.:     US 6,985,569 B2
(45) Date of Patent:     Jan. 10, 2006

(54) **SYSTEM AND METHOD FOR IDENTIFYING PARTIES IN BILLS FOR COMMUNICATIONS SERVICES**

(75) Inventor: **Nathan Bryant Baker**, Tigard, OR (US)

(73) Assignee: **Metro One Telecommunications, Inc,** Beaverton, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 335 days.

(21) Appl. No.: **10/376,935**

(22) Filed: **Feb. 28, 2003**

**Prior Publication Data**

(65) US 2004/0170260 A1     Sep. 2, 2004

(51) Int. Cl.
*H04M 15/00*     (2006.01)
*H04M 3/42*     (2006.01)

(52) U.S. Cl. .......................... 379/126, 379/218.01, 379/88.01, 88.02, 88.19, 88.2, 142.06, 142.04, 379/218.01, 126, 127.01, 127.03, 127.04, 379/127.05, 115.01, 223

(58) Field of Classification Search ........ 379/142.01, 379/126, 379/218.01

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,835,856 A | * | 11/1998 | Patel ..................... 455/406 |
| 6,459,779 B2 | | 10/2002 | Wardin et al. ...... 379/112.01 |
| 6,466,784 B1 | * | 10/2002 | Cox et al. ............... 455/414.2 |
| 6,658,046 B1 | * | 12/2003 | Albal .................. 379/119 |
| 2001/0017915 A1 | | 8/2001 | Wardin et al. |

* cited by examiner

*Primary Examiner*—Rexford Barnie
(74) *Attorney, Agent, or Firm*—Kaye Scholer LLP

(57)     **ABSTRACT**

In an information assistance system, when a first party calls the service to request a communications number (i.e., phone number) of a second party, an indicator of the second party, such as the second party's name, is inserted into an event record to be provided to a billing platform. The indicator may also be the second party's address, instead of or along with the second party's name. The name may thereby be readily provided in a bill for the call. In a carrier network, the name of a second party called by a first party is inserted in an event record, so that the second party's name may be included in a bill for the call. The name may be determined by submitting the second party's communications number, which may be derived from call set up signals, to a database correlating communications numbers with corresponding parties' names. This may take place while the communications is being connected. Methods and systems are disclosed.

**42 Claims, 7 Drawing Sheets**





U.S. Patent

Jan. 10, 2006

Sheet 1 of 7

US 6,985,569 B2



*FIG. 2*

100

U.S. Patent    Jan. 10, 2006    Sheet 3 of 7    US 6,985,569 B2

*FIG. 3*



U.S. Patent

Jan. 10, 2006

Sheet 4 of 7

US 6,985,569 B2

*FIG. 4*

400



|◄————————402————————►|◄————————404————————►|
EVENT_MONITOR_ID=nyc0tek99:20000829155959487:3300|SUBSCRIBER_MDN=6095585347|

|◄—406—►|◄———408———►|◄————————412————————►|◄———414———►|
IN_SPAN=67|EVENT_CLASS_ID=30|CDR_CALL_SEQ_NMBR=nyc200008290000944C|NAME=Robert Jones|

|◄—416—►|◄——418——►|◄——420——►|◄———422———►|◄—424—►|◄—426—►|
IN_CHANNEL=4|OUT_SPAN=023|OUT_CHANNEL=21|ADDRESS=1234 Broadway|CITY=new york|STATE=ny|

|◄—428—►|◄———430———►|◄————432————►|◄————436————►|
CARRIER_ID=79|DATA_SOURCE_ID=2|EVENT_START_TIME=967579199|OPERATOR_LOGIN_ID=00140|

|◄———434———►|◄———410———►|◄————438————►|
EVENT_END_TIME=967579300|EVENT_TYPE_ID=105|Requested_Party's_Number=212-123-4567|



*FIG. 5*



FIG. 6a

600

PROCESS CONNECTION BETWEEN CALLING PARTY AND CALLED PARTY ~ 602

SEARCH DATABASE FOR INDICATOR OF CALLED PARTY ~ 604

INSERT INDICATOR IN CDR ~ 606

CONNECT CALL ~ 608

SEND CDR TO BILLING PLATFORM ~ 610

FIG. 6b

650

RECEIVE SIGNALS TO ESTABLISH COMMUNICATION BETWEEN FIRST AND SECOND COMMUNICATION DEVICES ~ 652

DERIVE COMMUNICATION NUMBER OF SECOND DEVICE ~ 654

SUBMIT NUMBER TO DATABASE TO DETERMINE INDICATOR ~ 656

INSERT INDICATOR INTO CDR ~ 658

SEND CDR TO BILLING PLATFORM ~ 660

FIG. 7

US 6,985,569 B2

| 1 | 2 |

# SYSTEM AND METHOD FOR IDENTIFYING PARTIES IN BILLS FOR COMMUNICATIONS SERVICES

## FIELD OF THE INVENTION

The invention relates to a communications system and method, and, more particularly, to a communications system and method for identifying a party, such as a called party or a party whose number is requested in an information assistance call, in bills for communications services.

## BACKGROUND OF THE INVENTION

It is a common experience to use a wireless or wireline telephone, and other such communications devices, to call a telephone operator for information assistance. In a typical information assistance call, a caller (customer) identifies to the operator the name and address, or sometimes city or area code, of a party whose telephone number is desired. In response, the operator locates the desired destination number using a computer database, for example. The destination number may be provided to the customer by a computerized voice service, and the customer may be afforded the option of being connected to the destination number without the need to first terminate the information assistance call.

Even though a customer subscribes to a telephone service provided by a particular carrier, such as AT&T Wireless Services Inc., or branding partner, such as Virgin, the information assistance service system accessed through the telephone service may be contracted by the carrier to different independent contractors. Therefore, when a subscriber to the carrier makes an information assistance call by dialing such typical access digits as "411," "*555," "555-1212," "00," "1-800-555-1212," etc., because of the contractual relationship, the carrier routes the information assistance call to its contracted information assistance service system to handle the information request.

Independent information assistance service providers may offer different information assistance services and service features in addition to directory assistance. For example, upon request, an operator may provide a user with information on regional restaurants, movie listings, directions to various places, etc., as well as the ability to purchase goods and services. The assignee of the present application is an information assistance service system which offers, among others, personalized services and special service features that are different than or lacking from other providers. For instance, one such service feature is a StarBack® service feature described in U.S. Pat. No. 5,797,092, whereby a caller, after being connected to a desired party, may be connected back to the information assistance service system by pressing a "*" key on their telephone, or otherwise issuing a command (saying the word "operator", for example). Examples of the assignee's personalized services include private directory assistance and foreign language assistance, which are described, for example, in U.S. Pat. No. 5,966,437 and International Publication No. WO 01/35621.

When a customer is connected to an information assistance system contracted by the customer's carrier, the customer is typically billed for information assistance services provided in the call and connection charges, through their carrier. These information assistance services include directory assistance and enhanced services, such as the aforementioned STARBACK® service. The connection charges include any applicable long distance and/or local toll

charges (imposed by the carrier), any airtime charges (imposed by the carrier), and any other charges, such as paging and messaging charges, which are imposed or incurred when performing the information assistance service. Charges imposed by the information assistance service system may be billed on a per call basis, or may be billed, depending upon a variety of factors, such as the duration of the information assistance/operator time, or the event type or class of information searched.

Bills are typically compiled from event records, such as call detail records ("CDRs"), generated at a call center. For example, upon receipt of a directory assistance call, a carrier switch may generate a CDR and direct the call to the contracted information assistance service system. A servicing switch at the information assistance service system may generate a CDR upon receipt of the call from the carrier switch. Each "event" during the course of a call may cause generation of a CDR by a component of the call center involved in that event. An "event" may at any activity at the call center related to handling of the call. Examples of events include receiving an information assistance call, queuing a call while waiting for an operator to become available, connecting the call to an available operator, conducting a search of a database for directory assistance or other services, activating a voice response unit (VRU), connection to a destination number, etc. The generation of CDRs for such events is described in application Ser. No. 09/777,061, filed on Feb. 5, 2001, which is assigned to the assignee of the present invention and is incorporated by reference, herein.

The CDR or CDRs generated during a communication contain the communication related information necessary to compile a bill for the communication, such as call duration, toll connection, information assistance service, and the type and/or class of information service provided, to the extent that charges vary depending upon the type of information service provided. CDRs are sent to a billing platform, which compiles the CDRs for each call and for each information customer. The billing platform may be at the carrier, information assistance service system or a third party to generate a bill.

When a customer reviews a telephone bill, the customer may not recognize the called number or remember who was called on a particular date at a particular geographic location. Believing that they have been misbilled, the customer may call their carrier to request credit for the call. Often, the call was not misbilled, but much time and expense is incurred to clarify the situation. Perceptions by customers of being misbilled, even when erroneous, may also generate ill will.

An improved system for handling credit inquiries and processing credit requests is described in more detail in U.S. application Ser. No. 10/160,415, filed on May 31, 2002, assigned to the assignee of the present application and incorporated by reference herein.

U.S. Patent Application Publication US 2001/0017915 A1 (the '915 application), published on Aug. 30, 2001,

US 6,985,569 B2

**3**

describes a system and method of creating a billing record including a called party's name, to facilitate review of a bill by a customer. In the '915 application, a phone number of a called party is extracted from an original event record after a call is completed, by a billing system. A database correlating phone numbers with corresponding parties' names is queried to identify the name of a party associated with the second party. A modified call record is then created including the party's name. A billing record is created from the modified call record in a bill. While providing a called party's name in a bill would eliminate some erroneous requests for credit, the disclosed method is complex and may be expensive to implement.

## SUMMARY OF THE INVENTION

The embodiments of the present invention provide a simple way to convey information to a billing platform to incorporate a second party's name in a bill.

In an information assistance service system, a first party calls or otherwise communicates with the system to request a phone number or other such communications number of a second party. In one aspect of the present invention, an information assistance service system, at least one indicator of the second party, such as the name and/or address of the second party, is inserted into an event record, such as a Call Detail Record ("CDR"), so that it may be readily included in a bill for the service. Since the first party provides the second party's name to the information assistance service system, the name is readily available for insertion into the event record without requiring that the billing platform search for the name, as in the prior art.

In another aspect of the invention, a carrier network identifies and inserts at least one indicator, such as a name and/or address of a second party being called or otherwise communicated with by a first party initiating the communication, into the event record. In this case, the carrier network identifies the communications number of the second party, corresponding to the communications number. The event record may be generated and the indicator inserted in real time, during processing of the communications connection between the first and second party.

In accordance with one embodiment of the invention, a method of operating an information assistance service system is disclosed comprising establishing a communication with a first party seeking a communications number of a second party. A name of the second party is received from the first party and an event record related to the communication is generated including at least one indicator of the second party, such as the second party's name and/or address. For example, the second party's name and/or address may be stored in a memory location and copied into the event record. The second party's name may be copied from the first memory location into a second memory location and from the second memory location into the event record. The second memory location may be part of the same memory device as the first memory location, or a separate

**4**

memory device. For example, the second memory location may be associated with a database server, which may search a database for a communications number associated with the name stored in the second memory location. The first memory location may be associated with another component of the system. The database may be a national, a local, a private, a proprietary, a shared and/or an international database. The second party's name may be input to the memory by an input device or a voice recognition unit, for example. The event record including the second party's name, may be sent to a billing platform, which may be part of the information assistance service system, part of a carrier or part of another third party. The event record generated may be an original event record. There is no need to modify records, as in the prior art.

In another aspect of this embodiment of the invention, an information assistance communications system is disclosed comprising means for receiving signals to establish a communication with a first party requesting the communications number of the second party and a processor coupled to the interface. The processor is programmed to cause generation of an event record related to the communication, including at least one indicator of the second party, such as the party's name and/or address. The system may further comprise a database correlating indicators of parties and corresponding communications numbers. The system may further comprise an operator or a voice recognition unit enabling input of a party's name. The system may further comprise memory to store a party's name to be searched. The processor may be programmed to cause the party's name stored in memory to be inserted into the event record. Second memory may also be provided. The processor may copy the party's name from the first memory to the second memory, and from the second memory to the event record.

In accordance with another embodiment of the invention, a method of operating a communications system is disclosed comprising processing a communications connection between a first communications device of a first party initiating a communication with a second communications device of a second party. An event record is generated related to the communication, including at least one indicator of the second party, such as the second party's name and/or address. The event record is generated during processing of the communications connection. The at least one indicator may be identified and inserted into the event record during processing of the communications connection. The communications number may be derived from call set up signals. The communications number with indicators. The communications number may be derived from call set up signals. The database may be part of a third party, such as an information assistance service system.

In another aspect of this embodiment of the invention, a communications system is disclosed comprising means for processing a communications connection between a first communications device of a first party initiating a communication and means for generating an event record related to the

US 6,985,569 B2

**5**

communication, including, at least one indicator of the second party, during processing of the communications connection.

In accordance with another aspect of this embodiment, a communications system for establishing a communication is disclosed comprising an interface to receive signals from a first communications device of a first party to process a communications connection with a second communications device of a second party and a processor programmed to generate an event record including at least one indicator of the second party, during processing of the communications connection. The processor may be programmed to generate the event record, access a database correlating communications numbers with indicator's of a party associated with a respective communications number and insert a retrieved indicator into the event record. The database may be part of the communications system and the processor may be part of the communications number, for example. The indicator may be a name and/or address of a party associated with the communications number, for example.

In accordance with another embodiment of the invention, a method of operating a communications system is disclosed comprising establishing a communication connection between a first communications device of a first party and a second communications device of a second party. At least one indicator of the second party is then inserted into an original event record generated by the communications system for the communication.

In accordance with another embodiment of the invention, a method of operating a communications system is disclosed comprising connecting an information assistance communication to an information assistance service system, wherein, in the communication, a first party is seeking a communications number of a second party. A communications connection between the first party and the second party is processed after the communications number of the second party is identified. At least one indicator of the second party is inserted into an event record generated by the communications system for the connection, while processing the communication. The indicator, such as the second party's name and/or address, may be obtained from a database, which may be part of an information assistance service system, for example.

In accordance with another embodiment of this embodiment, a communications system is disclosed comprising an interface and a control device coupled to the interface. The control device is programmed to establish a communications connection with a second communications device of a second party. A communications device of a second communications number is submitted to a database correlating communications numbers and at least one indicator of a party associated with a respective communications number. A retrieved indicator is inserted into an event record.

In accordance with another aspect of this embodiment, a communications system is disclosed comprising an interface

**6**

to receive signals from a first communications device of a first party to establish a communications connection with a second communications device of a second party and a control device coupled to the interface. The control device is programmed to derive a communications number of the second communications device from the signals, submit the communications number to a database correlating communications numbers and indicators of party's associated with a respective communications number, and insert a retrieved party's name into an event record.

In accordance with another embodiment, a method of generating a billing record for a service provided by a communications system to a first party is disclosed comprising receiving an event record from the communications system including the indicator, based, at least in part, on the event record.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a communications system for providing information assistance services and implementing an embodiment of the present invention;

FIG. 2 is an example of an IASP of FIG. 1,

FIG. 3 is a flowchart of a method in accordance with an embodiment of the invention.

FIG. 4 is an example of a CDR for a directory assistance call, including a name and address of a requested party;

FIG. 5 is a block diagram of a carrier network and associated systems in another embodiment of the invention;

FIG. 6a is a flowchart of a method in accordance with another embodiment of the invention, for use by a carrier network, as in FIG. 5;

FIG. 6b is flowchart of another method in accordance with another embodiment of the invention, for use by a carrier network, as in FIG. 5, and

FIG. 7 is a block diagram of another configuration of an IASP in FIG. 1.

## DETAILED DESCRIPTION

In accordance with one embodiment of the present invention, an indicator, such as a name and/or address, of a party associated with a communication, is included in a bill related to the communication. For example, in an information assistance call, where a first party calls an information assistance service system to request a phone number or other such communications number of a second party and optionally be connected to the second party, an indicator, such as the name and/or address of the second party, is included in a bill for the information assistance call. The party may be an individual or a business, for example. In another example, in a phone call or other such communication from a first party to a second party, the name and/or address of the first party is included in a bill for the call. The second party's name may be inserted into an event record, such as a Call Detail Record ("CDR"), in real time, during the processing of the communication. By including the name of the party associated with the communication in a bill, a customer's review of the bill is facilitated and improper requests for credit may be decreased. Inserting the name in real time, during call processing, is more efficient than searching for party's names and modifying event records during off-line bill processing, as in the prior art. This is particularly true in the case of information assistance calls,

US 6,985,569 B2

**7**

where the party's name is readily available because it is provided by the customer calling for information assistance.

FIG. 1 is an example of a communications system 10 implementing embodiments of the present invention. In this example, the communications system is an information assistance service system. The information assistance service system 10 includes a plurality of operators dispersed throughout a wide coverage area in information assistance service centers ("IASCs") 21 through 27. IASCs 21 through 27 are coupled to each other and to one or more billing platforms 30 through a network 40. In this example, each of IASCs 21 through 27 covers one or more regional coverage areas. The network may be a wide area network ("WAN") 40 covering an extensive area, for example. WAN 40 can be an Internet-based network, such as the World Wide Web, or a private intranet based network. The information assistance service system 10 in this example includes a plurality of IASCs 21 through 27, the invention may be implemented in a system including a single IASC coupled to a billing platform 30.

Billing platform 30 may comprise a call detail record ("CDR") database 32, a billing compiler 34 and a billing server 36. CDR database 32 collects and stores CDRs generated by IASCs 21 through 27. Billing compiler 34 is a processor or computer that compiles CDRs related to the same call and to the same customer. CDRs related to the same call may be identified by a common identification number assigned to each CDR by an IASC 21 through 27 handling a particular communication, as described below. CDRs related to the same customer may be identified by an automatic number identification ("ANI") of a communications device (such as a wireline or wireless phone) associated with a particular customer and incorporated in the CDR. A customer may have multiple communications devices with respective ANIs. Each ANI may cause generation of a separate bill or the charges for each communications device may also be compiled into a single bill.

Billing server 36 generates a billing record, which may be a customer bill, or a precursor to a customer's bill, based on the compiled CDRs, which include information from which charges may be derived, as discussed above. Billing server 36 computes appropriate charges for each communication based on stored rate information and the CDRs, formats each bill and prints the bill to to be mailed to a customer. An electronic bill may be generated instead of or along with the printed bill, for being e-mailed or otherwise sent electronically to the customer. The bill may also be made available through a website of the communications service, for example. Billing server 36 also stores the generated bills and the underlying CDRs in appropriate memory (not shown) for later reference. If the billing hub is part of a third party, a precursor to a bill is typically generated by billing server 36. The precursor is provided to information service system 10 for final formatting and presentation to a customer, by mail, e-mail or through the website.

FIG. 2 is an example of an IASC 100 (generically representing each of IASCs 21 through 27), embodying the principles of one embodiment of the invention. IASC 100

**8**

provides information assistance services and enables the name and/or address or other such indicator of a party called or a party whose number is requested, to be provided in a billing record, in accordance with an embodiment of the invention. IASC 100 includes information assistance service provider ("IASP") 102 and servicing platform 104. Servicing platform 104 may be part of or separate from IASP 102. Servicing platform 104 may be located in the same geographic area as or in a different geographic area than the associated IASP 102.

Servicing platform 104 includes an interface, such as a servicing switch 106, and a switch host computer 107. Switch 106 is a conventional switch connected via one or more external T1 links 108, including digital T1 links, to one or more carrier networks (not shown in FIG. 1). T1 links 108 may be voice, data or video connections through which incoming and outgoing voice, data, and/or video communications can be made. Outgoing communications may be placed over the same or different carrier networks than the carrier network on which the incoming communication was received. Switch 106 includes digital signal processing circuitry (DSPs). Thus, switch 106 can be programmed and reprogrammed to function as, among other things, call progress analyzers (CPAs), cell progress generators (CPGs), multi-frequency (MF) tone generators/detectors, dual-tone multi-frequency (DTMF) generators/detectors, and/or conferencing units, depending upon the demand placed on IASP 102 and switch 106 for each corresponding function.

Switch host computer 107 may be programmed to control the operation of servicing switch 106, as well as its operation of the components of IASP 102 described below. Switch host computer 107 includes memory 107a. Switch host computer 107 and switch 106 may be private branch exchange ("PBX") components. In FIG. 7, in contrast, an IASP 700 is shown without a PBX switch and host computer.

IASP 102 includes operator devices, such as operator telephones 112 and operator terminals 114, handled by a respective operator. Each terminal 114 may include memory 114a, and a monitor, mouse and keyboard with associated dialing pad (not shown). Operator telephones 112 are coupled to channel bank 116 in IASP 102. Channel bank 110 is coupled to switch 106 in servicing platform 104 via an internal T1 link 108.

Operator terminals 114 are coupled over data network 118 to database server 120, which is coupled to directory assistance database 121. While only one database server 120 and database 121 are shown in FIG. 2, multiple servers and/or databases may be provided. Terminals 114 are generally provided with web browsing capabilities, telephone facilities and fully-featured operator user interface applications, which facilitate the searching, retrieval and administering of database 121 through server 120.

Data network 118 includes, but is not limited to, a LAN. The LAN may connect to other similar remote LANs to form WAN 40 in FIG. 1. LANs may be connected to one another and/or to the Internet via routers and/or other conventional means. Thus, data network 118 enables an operator to access public directory information, private directory information, and/or other information available over the Internet.

An operator may submit a request for a party's phone number (wireline or wireless), or other such communications number of a party's communications device, to database server 120 through operator terminal 114. Database server 120 may search directory assistance database 121 in response to the request. If a number is located, it is retrieved by database server 120.

US 6,985,569 B2

9

Information assistance service provider 102 may also include voice response unit ("VRU") 122, which is also coupled to data network 118. VRU 122 plays the constantly repeated parts of an operator's speech, namely, the various greetings and signoffs (or closings), and the retrieved tele-phone number of the party requested by the customer, under the control of switch host computer 107. VRU 122 may also have voice recognition capability, so that it can interpret verbal statements made by a customer. For example, instead of connecting a call to an operator, switch host computer 107 may connect the call to VRU 122, which may request that the customer recite a requested party's name, as discussed further, below.

VRU 122 may comprise a general purpose computer including memory 122a and one or more voice cards for voice recognition, voice recording and playback, and call progress analysis. VRU 122 is connected to servicing switch 106 via a T1 line. If more than one VRU 122 is provided, each one is connected to switch 106 via a separate T1 link. VRU 122 is also coupled to switch host computer 107 through data network 118.

At appropriate stages in a call's progression, host com-puter 107 initiates a voice path connection between VRU 122 and switch 106, such that the customer or the customer and the operator are able to hear whatever pre-recorded speech is played on that connection by VRU 122. Computer 107 then instructs VRU 122, via data network 118, what type of message to play, and passes data parameters that enable VRU 122 to locate the message appropriate to the call state.

To access IASP 100 of information assistance service system 10, customers of a particular telephone carrier or company may dial, speak or otherwise communicate the access digits, access codes or retail numbers established for information assistance by that carrier to access information assistance service system 10. For example, the predeter-mined access digits may be "411," "*555," "555-1212," "1-800-555-1212," "00," or other designated access num-bers. Upon receiving such access digits from a customer's communications device, the participating telephone carrier's switching system routes the call to an IASC 100 of infor-mation assistance service system 10 via a T1 link), where it appears as an incoming call. Customers and other users of information assistance service system 10 may also call the system directly, in which case the call is also received by servicing switch 106 along one of the T1 links 108.

To connect a call to an IASC 100, a carrier network switch (not shown) of a participating carrier sends call setup signals containing data concerning the call, such as an ANI of the originating communications device, a dialed number iden-tification string (DNIS) identifying the dialed telephone number or other such communications number, the area of number assigned by the carrier, to servicing switch 106. The number assigned by the carrier, to servicing site, and/or a customer identification number assigned by the carrier, to servicing switch 106. The received set-up signals are monitored and processed by switch host computer 107, which assigns a call sequence number to the call, to uniquely identify the call within the information assistance system 100. A CDR is created for each call by switch 106, based on this information.

The call may be directed to an operator device, such as operator telephone 112 and operator terminal 116 of an available operator, by switch 106 under the control of switch host computer 107. Automatic call distribution (ACD) logic, which may reside in switch host computer 107 or elsewhere in system 100, may be used to queue (if necessary) and distribute calls to available operators at operator devices in the order in which they are received, to evenly distribute the call traffic among the operators. Other distribution logic

10

schemes may be used, instead, such as skills-based routing or a priority scheme for preferred callers.

After connection to an operator, a customer may request the phone number of a party (referred to as a "requested party"). The requested party's address may be requested, as well. The operator may enter the name of the requested party into a field of a graphical user interface ("GUI"), which may be a form template appearing on the display of the operator's terminal 116, through a keyboard or other such input device. The entered name is stored in memory 114a in a location corresponding to the name field of the GUI. The operator submits the requested party's name to database server 120 via data network 118 by clicking on a button or tab on the screen or depressing a key on the keyboard. Database server 120 stores the name in memory 120a and conducts a search of directory database 121 for a communications number associated with the name. The name may be stored in switch host computer memory 107a when the name is submitted to database server 120, as well. Database server 120 may not find a communications number corresponding to the exact name given by the customer, in database 121. The name might be in a different form. For example, in the database, only the first initial of the first name may be stored with the last name. The customer may give a nickname instead of the full first name, as well. Database server may store the name as it appears on the database in memory 120a, as well as the name given by the customer. The name inserted into the CDR, and ultimately the bill, is preferably the name given by the customer, which is input to IASP 100 and stored in memory. Alternatively, the name as it appears in the database may be used, instead, in that case, the name may be retrieved from the database, stored in memory and copied into an event record.

A phone number or other such communications number corresponding to the requested party's name is found, the number may be stored in memory 120a and may then be sent to the requesting operator terminal 114 by database server 120. The retrieved number may be stored in memory 114a and displayed on the operator's monitor. The customer may be verbally informed of the number by the operator. Alter-natively, the number may be provided to VRU 122 via switch host computer 107, and stored in memory 122a. VRU 122 may then generate a message reciting the number.

The name may be input by a customer using a keypad on their communications device, as well.

The information assistance call may then be terminated or the customer may be given the option of being connected with the communications number (i.e. telephone number) of the requested party, as is known in the art. The option may be presented by the operator or by VRU 122. The customer may accept the option by a verbal indication to the operator or VRU 122 or by entry of data through the customer's phone or other communications device. Entry of data may involve depression of one or more particular keys on a keypad of the communications device, for example. If the call is connected to the requested party, servicing switch 106 sends call setup signals for the call, including the requested party's number as a DNIS, to a carrier switch. The infor-mation assistance call is completed. The connection between the customer and the IASP 10 may be terminated or it may be maintained in order to provide additional information assistance via the well-known StarBack(R) feature.

Instead of connecting the call to an operator at an operator device, switch host computer 107 may connect the call to VRU 122 to request verbal input of a requested party's name and/or to present other options, as is known in the art. If VRU 122 can identify the name, the name is stored in VRU

US 6,985,569 B2

11

memory 122a and conveyed to data server 120 via data network 118, to conduct a search, as described above. If VRU 122 cannot identify the requested party's name, the call is connected to an operator device by switch host computer 107 for handling by an operator, as described above.

As discussed above, each component of IASC 100 involved in an "event" or activity may generate an event record or CDR to document the event and provide data for billing. For example, when a communication is received, of switch host computer 107. When the communication is connected to an operator telephone 112 and terminal 114, servicing switch 106 may generate a CDR, under the control of switch host computer 107. When the communication is connected to an operator host computer 107 may generate a terminal 114 or switch host computer 107 may generate a CDR. If the call is queued, switch host computer 107 may generate a CDR. When the operator sends a search request as a search for a phone number corresponding to a requested party's name, terminal 114 may generate a CDR. When database server 120 conducts a search, database server 120 may generate a CDR. Generation of multiple event records is discussed in application Ser. No. 09/777,061, filed on Feb. 5, 2001, assigned to the assignee of the present invention and incorporated by reference, herein.

In accordance with an embodiment of the present invention, a CDR includes an indicator of the requested party, such as the requested party's name and/or address, facilitating generation of a bill including the indicator. Embodiments of the invention may be implemented where CDRs are generated by multiple respective components of IASP 100, as described above and in application Ser. No. 09/777,061, or only one CDR is generated, such as by servicing switch 106. If multiple CDRs are generated by multiple components of IASP 100, any one including an indicator of the requested party may be used to provide the requested party's name to billing platform 30. In accordance with certain embodiments of the invention, an original CDR may be generated including a name field. The name field may be populated, along with other fields of the CDR, when the CDR is first generated. The generation and population of the CDR may take place in real-time, while the communication is being handled by IASP 100. It is not, therefore, necessary to modify a CDR later, during bill processing, as in the prior art. In other words, an indicator, such as a name and/or address, may be inserted into an original CDR.

A method in accordance with an embodiment of the invention will now be described with respect to the flowchart 200 of FIG. 3.

Upon receipt of a request for the phone number of a party from the customer, the name of a requested party is stored in step 202. The name may be stored in memory 114a when the operator enters the requested party's name into a field of a GUI, through a keyboard or other such input device, for example. If the communication is being handled by VRU 122, the requested party's name may be stored in VRU memory 122a.

A search for the requested party's phone number or other such communications is conducted in step 204. A request for a party's address may also be made. For example, the operator may submit the requested party's name entered in the GUI to database server 120 via data network 118 by clicking on a button or tab on the GUI or by depressing a key on the keyboard. If the requested party's name has been submitted to VRU 122, the name may be conveyed from VRU memory 122a to data server 120 via data network 118. The name may be stored in memory 120a in database server 120, which then conducts a search of directory database 121.

12

The number of the requested party is stored in step 206. For example, the number may be initially stored in memory 120a of database server 120. It may then be conveyed via data network 118 to memory 114a in the operator terminal 114 and displayed to the operator, or to memory 122a in VRU 122, for example. The number may also be conveyed to memory 107a in switch host computer 107.

The customer is informed of the number in step 208. The customer may be informed verbally by the operator, who may read the number displayed at terminal 114, or by a message generated by VRU 122.

After the number of the requested party is provided to the customer in step 208, the customer may be given the option of being connected with the located number, in step 210. The option may be presented by the operator or VRU 122. The customer may select one of the options by a verbal indication to the operator or VRU 122 or by entry of data through the customer's phone or other communications device. Entry of data may involve depression of one or more particular keys on a keypad of the communications device, for example.

If the customer accepts the option, the call is connected to the number, in step 212, via a carrier network, as is known in the art. The operator may terminate the communication and the requested party's name may be inserted into a CDR, in step 214. The operator may terminate the communication by clicking on a COMPLETE button or tab on the GUI or depressing a key on the keyboard, for example. The communication between the customer and the IASC 100 is then disconnected. In step 214, the requested party's name may be transferred from the field in the GUI to a name field in the CDR upon the operator's indication of the completion of the communication or upon the disconnection of the communication, by terminal 114 or switch host computer 107.

If the customer declines the option of being connected to the requested party in step 210 or if the system does not offer that option, the call is terminated and the requested party's name from the field in the GUI is inserted into a CDR in step 214 by switch 106, for example, as discussed above.

The requested party's name may be inserted into a CDR at other steps in the process, in addition to or instead of in step 214. For example, if the components of IASP 100 have the capability of generating CDRs, as described above, an operator terminal 114 or VRU 122, respectively, into a CDR under the control of switch host computer 107, after the requested party's name is stored in step 202. Database server 120 may copy the requested party's name from memory 120a into a CDR during documentation of the conducting of a search or the retrieval of a number, after step 204 or step 205. Database server 120 may copy the requested party's address from database 120a into memory 120a and into a CDR, as well. Switch host computer 107 could also acquire the requested party's name, store it in memory 107a and copy it into a CDR at any point.

The CDR is sent to a billing platform in step 216. As discussed above, the billing platform, such as billing platform 30, may be part of the information assistance service system 10, a carrier or a third party.

As discussed above, billing platform 30 may generate final bills or precursors to bills. Information assistance service system 10 may offer to provide billing entries with indicators, such as a party's name and/or address, as an option to customers. Customers may select an option among the following, for example: 1) providing both name and

US 6,985,569 B2

13

address, 2) providing the name or address, 3) providing another indicator or 4) providing no indications. The customer may make such a selection during registration or at any time. Based on the option selected by the customer, information assistance service system 10 may format a bill into a final form.

After the call is connected to the requested party via a carrier network in step 212, the carrier network will also generate CDRs related to the call. IASP 100 may pass the name and/or address of the requested party to the carrier network, along with the requested party's communication number, in the call setup signal stream (provided by IASP 100 to the carrier network to enable call connection, via switch 106. The name and/or address may also be provided to the carrier network by IASP100, via an Internet Protocol Detail Record ("IPDR"), sent via database server 118, which the carrier network can correlate with the CDRs it generates. For example, the IPDR and CDRs generated by IASP 100 and the carrier network may be correlated through the ANI of the customer and the time and date of the call and/or the call number, in the case of a call/and/or the call number, in the case setup signal stream (provided by IASP 100 to the carrier network to enable call connection, via switch 106.

As mentioned above, the customer may be connected back to the information assistance service system in accordance with the Starback® Service offered by the assignee of the present invention and described in U.S. Pat. No. 5,797, 092, for example, which is assigned to the assignee of the present invention and is incorporated by reference herein.

FIG. 4 illustrates an example of a CDR 400 that may be generated by IASP 100 to document an information assistance search during an information assistance call. The CDR may include multiple fields describing an information assistance communication.

Specifically, EVENT_MONITOR_ID field 402 contains a sequence of alphanumeric characters uniquely identifying CDR 400. SUBSCRIBER_MDN field 404 identifies the telephone number of the customer who made the information assistance call, i.e., the automatic number identification (ANI). IN_SPAN field 406 identifies the T1 span transporting the incoming communication of the information assistance call.

EVENT_CLASS_ID field 408 is an optional field that may be used to identify a class of an event where CDRs are generated for multiple events, as described in application Ser. No. 09/777,061, discussed above. For example, the value "39" in field 211 in this instance, corresponds to a SEARCHES class. Other values for field 211 may correspond, e.g., to CALL PROCESSING, VALUE ADDED SERVICE and LOCAL SERVICES classes. Another field, here EVENT_TYPE_ID field 410, specifies one of the event types within the class identified by the value in field 408. For example, the value "105" in field 410 in this instance, corresponds to a search for a number of a requested party event within the SEARCHES class. Similarly, other values for field 410 correspond to different types of events in an identified class.

CDR_CALL_SEQ_NMBR field 412 contains a sequence number identifying the information assistance call in question. If multiple event records are generated in the

14

same information assistance communication to document different events taking place during the communication, as described in application Ser. No. 09/777,061, for example, they would share the same value in field 412. In this way, billing compiler 34 may identify and compile event records related to the same communication, as discussed above. Sequence numbers are generated and assigned by switch host computer 107, when the information assistance call is initially received by service switch 106. Host computer 107 then transmits the sequence number to switch 106, and any other component in IASP 100 that may generate an event record. For example, the sequence number for a call may be transmitted to operator terminal 114, voice response unit 122 and database server 120 to be incorporated in any CDR they generate, for that particular call.

In accordance with an embodiment of the invention, NAME field 414 contains a name of a requested party. As discussed above, terminal 114, database server 120, VRU 122 and/or switch host computer 107 may generate a CDR and populate NAME field 414.

IN_CHANNEL field 416 identifies the channel (within the T1 span identified by IN_SPAN field 406 described above), which the incoming communication of the information assistance call traverses. OUT_SPAN field 418 identifies the T1 span transporting the outgoing communication of the information assistance call, if any. OUT_CHANNEL field 420 identifies the channel (within the T1 span identified by field 418) which the outgoing communication of the information assistance call traverses, if the communication is connected to the requested party's communications number, for example.

An optional ADDRESS field 422 may contain the address of the requested party. CITY field 424 contains the name of the city, such as New York, in which the requested party is located. STATE field 426 contains the name of the state in which the requested party is located. CARRIER_ID field 428 identifies the network carrier used to connect the call. For example, the value "79" in field 424 identifies AT&T Corp. as the carrier in this instance. DATA_SOURCE_ID field 430 identifies the component of IASP 100 generating record 400. EVENT_START_TIME field 432 indicates the start time of the communication event in question. It should be noted that the value in field 432 corresponds to a UNIX "epoch" time, i.e., the number of seconds elapsed from Jan. 1, 1970. Similarly, EVENT_END_TIME field 434 indicates the end time of the event in question. Thus, with such event start and end times, the duration of the event in question can be determined, which may be used in computing charges for that call. OPERATOR_LOGIN_ID field 436 identifies the operator handling the event. The REQUESTED_PARTY'S_NUMBER field 438 may contain the retrieved number of the requested party.

Records of events which occurred in a call may be correlated by the same sequence identification number, such as CDR_CALL_SEQ_NMBR field 412 in FIG. 4, identifying the call. Each information assistance call is associated with customer information, such as ANI or SUBSCRIBER_MDN field 404 information as shown in FIG. 4, and/or a customer identification number assigned by the carrier.

Other fields, different fields and fewer fields may be provided in CDR 400, as desired or needed by the communications system.

CDR 400 includes all information necessary for computation of charges for each call, so that bill processing may be readily performed. An additional field or fields may be provided in the bill for containing the requested party's

15

name and/or address, or other such indicator. A bill may be readily formatted to provide such a field by CDR server 36, for example.

IASP 100 may readily insert a terminating party's name into a CDR, such as CDR 400, since the requested party's name is provided by the customer. FIG. 5 is a block diagram of a system enabling a telephone carrier network, such as Verizon Communications, which also generates CDRs to document events in processing communications between parties, to identify and convey an indicator of the called party, such as the called party's name and/or address, into a CDR during processing of a communication, in accordance with another embodiment of the invention. In that way, telephone bills itemizing calls made through the carrier may also include the called party's name in the bill.

Carrier network 502 includes carrier switch 504 and control device 506 with memory 506a. Control device 506 may be a computer or processor, for example. Carrier switch 504 is connected through a data connection 508 to DIP database system 510, which provides a name and/or address of a party corresponding to a given communications number, upon request. DIP database system 510 includes an interface 512, an engine 514 with memory 514a and a database 516. DIP database system 510 may be part of the carrier network 502, or may be a third party system.

Database 516 correlates communications numbers, such as phone numbers, with the names of party's associated with respective numbers, and their addresses. It may be a directory assistance database, for example. While a directory assistance database is typically adapted to be searched for a communications number associated with a given name, database 516 may already be adapted to, or may readily be adapted to, be searched for a name associated with a communications number ("reverse search"). Requests for a name and/or address associated with a communications number are received by interface 512 and conveyed to engine 514, where the name and address are stored in memory 514a. Engine 514 searches database 516 for a name and/or address associated with the number. Engine 514 may be a processor, computer or server, for example.

Identified names and/or addresses are provided from DIP database 516 to engine 514, which stores the indicator in memory 514a and provides the indicator to carrier switch 504 via interface 512 and data connection 508. The indicator may be stored in memory 506a, for example. Carrier switch 504 typically generates an event record, such as a CDR, under the control of control device 506. In accordance with this embodiment of the invention, the party's name and/or address stored in memory 506a is copied into an appropriate field in the CDR.

This process preferably takes place as carrier switch 504 connects the calling party to the communications number of the called party. The CDR in FIG. 4 may be readily modified by eliminating inapplicable fields and adding new fields for use as a CDR in a carrier network system.

Billing platform 518 is coupled to originating switch 504. Billing platform 514, which may have the same configuration as billing platform 30 in FIG. 1, collects, stores and compiles CDRs and generates bills based on the CDRs, as discussed above. Billing platform 518 may be part of carrier network 502 or may be part of a third party contracted to do billing for the carrier, as is known in the art. Switch 504 sends the CDR to billing platform 518 after the call is connected.

A method in accordance with this embodiment of the invention will now be described with respect to the flow-chart 600 of FIG. 6a.

16

After carrier network 502 receives a communication, such as a telephone call, processing of a connection between the calling party and the called party is initiated in step 602.

As the connection is being processed, a search is conducted for the called party's name and/or address, in step 604. For example, switch 504 may provide the communications number of the called party to a search engine, such as engine 514 in FIG. 5, through an interface 512. The communications number may be a DNIS derived from the call setup signals, for example. Engine 514 searches database 516 for a party's name and/or address associated with the communications number of the called party. If the party's name and/or address is found, either or both are provided to switch 504 through engine 514 and interface 512.

Processing of the communication is completed and the call is connected in step 606.

After the call is connected, the CDR is sent to a billing platform, such as billing platform 518, in step 610.

Bill processing may be readily performed, including insertion of a terminating party's name, with the CDR, as discussed above.

Another method in accordance with another embodiment of the invention is explained with respect to flowchart 650 in FIG. 6b.

In accordance with this embodiment, signals are received to establish a communication between a first communications device of a first party and a second communications device of a second party, in step 652. For example, call set-up signals may be received from the first communications device of the first party, who is initiating a call to a second communications device of a second party.

The communications number of the second communications device is derived in step 654. The communications number may be a DNIS in the call set-up signals, for example.

The derived communications number is submitted to a database to determine the second party's name and/or address, in step 656. The database may correlate communications numbers with respective parties' names and addresses. The database may be a directory assistance database that is part of a carrier network 502, part of an IASP 100 of an information assistance service system 10 or a database system 510 of another third party.

If a name and/or address is retrieved from the database, it is inserted into a CDR or other such event record, in step 658. The name may be stored in memory 506a and copied into the CDR by carrier switch 504 under control of control device 506 or by control device 506 itself.

US 6,985,569 B2

**17**

The CDR is then sent to a billing platform, such as billing platform 518, in step 660. This method may take place while the communication connection is being established.

IASPs 21 through 27 of FIG. 1 may be configured differently than the IASP 100 of FIG. 2. FIG. 7 illustrates an alternative IASP 700. Components common to IASP 100 of FIG. 2 are commonly numbered. In IASP 700, call interface 702 is not connected to servicing platform 104, as in IASP 200. Instead, the functionality of servicing platform 104 principally is carried out in carrier network 704. Control device 706 in network 704 performs similar functions as switch host computer 124, and interface/carrier switch 708 performs not only its conventional carrier switching functions, but also those of servicing switch 120 described above, under control of control device 706. Control device 706 may include memory 707. Carrier switch 708 generates CDRs to document events conducted by carrier network 704.

In IASP 700, a communication, such as an information assistance call, is recognized by control device 706 when it is routed through carrier switch 708. Device 706 causes the communication to be connected through one of pre-designated direct inward dial (DID) connections 710 to provider 700. Control device 706 may also be connected to IASP 700 via an Internet connection 712. The communication is received by call interface 702 therein. Interface 702, coupled to operator telephones 112 and coupled to operator terminals 114 via data network 118, includes the aforementioned ACD logic for distributing the call to an operator at one of the telephones in a conventional manner. Requests for information assistance are handled in the same manner as described above.

In IASP 700, a requested party's name may be inserted into a CDR in a variety of manners. Operator terminal 114, VRU 122 and/or database server 120, which may each have associated memory as shown in FIG. 2 and not shown in this view, may generate a CDR and insert the requested party's name into a field of the CDR, as described above. The method of the embodiment of FIG. 3 may be implemented, for example. Those CDRs may be correlated with CDRs generated by carrier network 704, as discussed above.

The name and/or address or other such indicator of a requested party may also be provided by IASP 700 to carrier network 704 via a data connection, such as Internet connection 712. Control device 706 may then store the indicator in memory 707 and copy the requested party's name into the CDR generated by carrier switch 708, for example.

In another alternative, carrier switch 708 may be coupled to database server 120 through an interface 718, in a similar manner as carrier switch 504 is coupled to interface 512 in the embodiment of FIG. 5. In this case, the methods of FIGS. 6a and 6b may be implemented.

The communications systems described above may be implemented with in-band, feature group D (FGD) type signaling, SS7 out-of-band signaling or other signaling for communications between switches (including carrier switches). Where SS7 out-of-band signaling is used, the communications systems receive the call set-up signals and call progress information (busy, ring-no-answer, number unavailable, answer supervision, etc.) coming from an SS7 signaling link, separate from the voice trunk.

While information assistance service system 10 and IASP 100 are accessed via a telephone network in the embodiments described above, it is understood that system 10 and IASP 100 may be accessed via other types of networks, such

**18**

as the Internet or a WAN. In the case of the Internet, the ANI may be replaced by a URL, using conventional networking and computer equipment.

The communications systems and their components are disclosed herein in a form in which various functions are performed by discrete functional blocks. However, any one or more of these functions could equally well be embodied in an arrangement in which the functions of any one or more of those blocks or indeed, all of the functions thereof, are realized, for example, by one or more appropriately programmed processors. In addition, while parties' names are stored in different memory devices associated with different components of the IASP 100, party's names may be stored in different locations in the same memory device.

The foregoing merely illustrates the principles of the invention. It will thus be appreciated that those skilled in the art will be able to devise numerous other arrangements that embody the principles of the invention and are thus within the spirit and scope of the invention, which is defined by the claims, below.

What is claimed is:

1. A method of operating an information assistance service system, comprising:
establishing a communication with a first party seeking connection information concerning a second party;
eliciting a name of the second party from the first party; and
generating an event record including at least the name of the second party during the communication.

2. The method of claim 1, further comprising eliciting from the first party location information concerning the second party.

3. The method of claim 1, wherein the the name of the second party is derived from the location information.

4. The method of claim 1, further comprising:
storing the name of the second party in a memory location, and
copying the name stored in the memory location into the event record.

5. The method of claim 4, further comprising:
copying the name stored in the first memory location into a second memory location, and
copying the name stored in the second memory location into the event record.

6. The method of claim 5, wherein the second memory location is associated with a database server, the method further comprising:
searching a database for a communications number associated with the name stored in the second memory location.

7. The method of claim 6, further comprising:
searching at least a selected one of a national, local, a private, a proprietary, a shared and an international database.

8. The method of claim 4, further comprising:
storing the second party's name in the first memory location via an input device.

9. The method of claim 8, further comprising:
storing the second party's name in the first memory location via an input device operated by an operator.

10. The method of claim 4, further comprising:
storing the second party's name in the first memory location via a voice recognition unit.

11. The method of claim 4, further comprising:
sending the event record including the second party's name to a billing platform.

US 6,985,569 B2

**19**

12. The method of claim 1, further comprising: sending the event record to a billing platform.

13. The method of claim 12, wherein the billing platform is part of the information assistance service system, part of a carrier or part of another third party.

14. The method of claim 1, further comprising: connecting the first party to the second party.

15. The method of claim 1, further comprising: re-establishing a second communication with the information assistance service system; receiving a name of a third party from the first party; and generating a second event record including at least one indicator related to the second communication.

16. An information assistance communications system, comprising:
means for receiving signals to establish a communication with a first party requesting connection information concerning the second party;
means for eliciting a name of the second party from the first party; and
means for generating an event record including at least the name of the second party during the communication.

17. An information assistance communications system, comprising:
an interface to receive signals to establish a communication with a first party requesting connection information concerning a second party;
a device for eliciting a name of the second party from the first party; and
a processor coupled to the interface, the processor being programmed to cause generation of an event record during the communication, the event record including at least the name of the second party.

18. The system of claim 17, further comprising:
a database correlating parties' names and corresponding communications numbers, the database being coupled to the processor,
wherein the processor is programmed to conduct a search of the database for a communications number associated with the second party.

19. The system of claim 18, wherein the database is a selected one of a national, a local, a private, a proprietary, a shared and an international database.

20. The system of claim 18, further comprising:
a database server coupled between the database and the processor;
wherein the processor is programmed to conduct a search by causing the second party's name to be submitted to the database server and the database server is programmed to search the database for a communications number associated with the second party's name.

21. The system of claim 20, further comprising:
an operator input device coupled to the database server to enable input of the second party's name.

22. The system of claim 20, further comprising:
a voice recognition unit coupled to the database server and to the interface to enable input of the second party's name.

23. The system of claim 20, further comprising:
memory to store a party's name to be searched;
wherein the processor is further programmed to cause the second party's name stored in memory to be inserted into the event record.

24. The system of claim 18, wherein the processor is further programmed to:
search the database for an address associated with the name; and
insert the address into the event record.

**20**

25. A method of operating a communications system, comprising:
processing a communications connection between a first communications device of a first party initiating a communication with a second communications device of a second party;
deriving a name of the second party based on information provided by the first party; and
generating an event record related to the communication, including at least the name of the second party, during the communications connection.

26. The method of claim 25, wherein the name of the second party is identified by searching a database based on the information.

27. The method of claim 26, wherein the database comprises a national, a local, a private, a proprietary, a shared or an international database.

28. The method of claim 25, further comprising:
transmitting the event record to a billing platform.

29. A communications system, comprising:
means for processing a communications connection between a first communications device of a first party initiating a communication and a second communications device of a second party;
means for deriving a name of the second party based on information provided by the first party; and
means for generating an event record related to the communication, including at least the name of the second party, during the communications connection.

30. A communications system for establishing a communication, comprising:
an interface to receive signals from a communications device of a first party to process a communications connection with a communications device of a second party;
access a database correlating communications numbers with respective indicators of parties; and
insert a retrieved indicator into the event record, while the communications connection is being processed.

31. The communications system of claim 30, wherein the processor is programmed to:
generate the event record;
access a database correlating communications numbers with respective indicators of parties, the database being coupled to the processor.

32. The communications system of claim 31, wherein the communications connection is part of a third party.

33. The communications system of claim 32, wherein the third party is an information assistance service system.

34. The communications system of claim 30, further comprising:
a database correlating communications numbers with respective indicators of parties, the database being coupled to the processor.

35. The communications system of claim 34, further comprising:
an engine to search the database, the engine being between the processor and the database.

36. The communications system of claim 35, wherein the database comprises a selected one of a national, a local, a private, a proprietary, a shared and an international database.

37. A method of operating a communications system, comprising:
connecting an information assistance communication to an information assistance service system, wherein, in

US 6,985,569 B2

21

the communication, a first party is seeking a commu-
nications number of a second party;

establishing a communications connection between the
first party and the second party after the communica-
tions number of the second party is identified;

inserting at least a name of the second party into an event
record generated by the communications system asso-
ciated with connecting the first party to the second
party, while establishing the communications connec-
tion between the first party and the second party.

38. The method of claim 37, comprising:
searching a directory assistance database of an informa-
tion assistance service system.

22

39. The method of claim 37, comprising:
receiving from the information assistance service system
the name of the second party.

40. The method of claim 39, further comprising:
receiving the name by an Internet Protocol connection.

41. The method of claim 39, further comprising:
receiving the name from the information assistance ser-
vice system, via a predetermined protocol.

42. The method of claim 37, further comprising:
inserting the address of the second party into the event
record.

* * * * *

๛ JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Grape Technology Group, Inc. and kgb USA, Inc. | Jingle Networks, Inc. |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jack B. Blumenfeld, MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, P.O. Box 1347,
Wilmington, DE  19899-1347, (302) 658-9200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 271
Brief description of cause:
patent infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE   July 3, 2008

SIGNATURE OF ATTORNEY OF RECORD   _[signature]_

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.