IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPE TECHNOLOGY GROUP, INC., and KGB USA, INC. <br><br> Plaintiffs, <br><br> v. <br><br> JINGLE NETWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. _____ ) ) ) JURY TRIAL DEMANDED ) ) ) |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs state that Grape Technology Group, Inc. and kgb USA, Inc. are owned by kgb and that no publicly traded corporation owns 10% or more of the stock of kgb.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Nicholas Groombridge
Michael Eisenberg
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

July 3, 2008