IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GRAPE TECHNOLOGY GROUP, INC., and KGB USA, Inc.,<br>        Plaintiff,<br><br>v.<br><br>JINGLE NETWORKS, INC.,<br>        Defendant. | C.A. No. 08-408-GMS |

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED and agreed by Grape Technology Group, Inc., kgb USA, Inc., and Jingle Networks, Inc., that the time for Jingle Networks, Inc. to move, answer, or otherwise plead in response to the Complaint is extended to and including August 28, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-658-9200

*Attorneys for Plaintiffs,
Grape Technology Group, Inc. and
kgb USA, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR LLP

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19899-0391
302-571-6600

*Attorneys for Defendant,
Jingle Networks, Inc.*

SO ORDERED this _____ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE