IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPE TECHNOLOGY GROUP, INC., and KGB USA, Inc., <br> Plaintiff, <br><br> v. <br><br> JINGLE NETWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 08-408-GMS |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS the Plaintiffs Grape Technology Group, Inc. and kgb USA, Inc. have asserted four patents against Defendant Jingle Networks, Inc.;

WHEREAS the subject matter covered by these four patents is of a highly technical nature; and

WHEREAS in order to have sufficient time to review the asserted patents, their prosecution histories, prior art, and other information to develop a responsive pleading;

IT IS HEREBY STIPULATED and agreed, by Grape Technology Group, Inc., kgb USA, Inc., and Jingle Networks, Inc., subject to the approval of the Court, that the time for Jingle Networks, Inc. to move, answer, or otherwise plead in response to the Complaint is extended to and including August 28, 2008.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Karen E. Keller |
| Jack B. Blumenfeld (#1014) | John W. Shaw (No. 3362) |
| 1201 North Market Street | Karen E. Keller (No. 4489) |
| P.O. Box 1347 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West St., 17th Floor |
| 302-658-9200 | Wilmington, Delaware 19899-0391 |
| | 302-571-6600 |
| *Attorneys for Plaintiffs,* | *Attorneys for Defendant,* |
| *Grape Technology Group, Inc. and* | *Jingle Networks, Inc.* |
| *kgb USA, Inc.* | |

SO ORDERED this _____ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE