**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GRAPE TECHNOLOGY GROUP, INC., and KGB USA, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A NO. 1:08-cv-00408-GMS<br>) |
| JINGLE NETWORKS, INC.<br>Defendant | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## DISCLOSURE STATEMENT

**Please check one:**

  **X** The nongovernmental corporate party, JINGLE NETWORKS, INC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

  ____ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

JINGLE NETWORKS, INC.


/s Peter C. Hughes_____
Peter C. Hughes, Esquire
I.D. No. 4180
One Customs House
Suite 500
704 King Street
Wilmington, DE  19801

Date: August 28, 2008                (302) 571-9800

773632_1

*Of Counsel:*

| | |
|---|---|
| Mark F. Evens | James J. Rodgers |
| Robert E. Sokohl | Kristen L. Repyneck |
| Michael D. Specht | **Dilworth Paxson LLP** |
| Lori A. Gordon | 3200 Mellon Bank Center |
| **Sterne, Kessler, Goldstein & Fox P.L.L.C.** | 1735 Market Street |
| 1100 New York Ave., N.W. | Philadelphia, PA 19103 |
| Suite 800 | (215) 575-7000 |
| Washington, D.C. 20005-3934 | |
| (202) 371-2600 | |

*Attorneys for Defendant / Counter-Claimant Jingle Networks, Inc.*

773632_1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2008 a copy of the foregoing Disclosure Statement was served electronically to all attorneys of record in this matter by operation of the Court's electronic filing system, and/or by first class mail, postage prepaid, as follows:

Jack B. Blumenfeld, Esq.
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801

Nicholas Groombridge, Esq.
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY  10153

/s Ursula S Zeydler_____
Ursula S Zeydler
DILWORTH PAXSON LLP

**This document has been electronically filed and is available for viewing and downloading from the ECF system.**

773632_1