IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPE TECHNOLOGY GROUP, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 08-00408-GMS |
| v. ) | |
| ) | |
| JINGLE NETWORKS, INC. ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Kristen L. Repyneck, Esquire of Dilworth Paxson LLP, 3200 Mellon Bank Center, 1735 Market Street, Philadelphia, PA 19103 to represent Defendant Jingle Networks, Inc. in this matter.

DILWORTH PAXSON LLP

*/s/ Peter C. Hughes*

Peter C. Hughes, Esquire
I.D. No. 4180
One Customs House
Suite 500
704 King Street
Wilmington, DE 19801
(302) 571-9800

Attorney for Defendant Jingle Networks, Inc.

Date: 9/03/08

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Gregory M. Sleet, C.J.

Date: _____

772199_1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ✓ to the Clerk's Office upon the filing of this motion.

Signed: _Kristen Repyneck_
Kristen L. Repyneck, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(215) 575-7237

Date: 9/4/2008

772199_1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 4, 2008 a copy of the foregoing Motion for Admission Pro Hac Vice was served electronically to all attorneys of record in this matter by operation of the Court's electronic filing system, and/or by first class mail, postage prepaid, as follows:

>Jack B. Blumenfeld, Esq.
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19801

>Nicholas Groombridge, Esq.
>Weil Gotshal & Manges
>767 Fifth Avenue
>New York, NY 10153

>/s Kristen L. Repyneck
>Kristen L. Repyneck, Esquire
>DILWORTH PAXSON LLP

**This document has been electronically filed and is available for viewing and downloading from the ECF system.**

772199_1