Case 1:08-cv-00408-GMS   Document 175   Filed 12/09/10   Page 1 of 5 PageID #: 2149

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPE TECHNOLOGY GROUP, INC., and KGB USA, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>JINGLE NETWORKS, INC.,<br><br>Defendant. | C.A. No. 08-408-GMS |

## **VERDICT FORM**

We, the jury, having duly deliberated on the evidence presented by the parties, answer the interrogatories posed by the Court as follows:

)

## PATENT INFRINGEMENT

### QUESTION 1: INFRINGEMENT OF THE '371 PATENT:

Has Grape proven by a preponderance of the evidence that Jingle's directory assistance service literally infringes the following claims of U.S. Patent No. 6,775,371?

|         | YES (for Grape) | NO (for Jingle) |
|---------|-----------------|-----------------|
| Claim 4 |                 | ✓               |
| Claim 5 |                 | ✓               |
| Claim 7 |                 | ✓               |
| Claim 8 |                 | ✓               |

### QUESTION 2: INFRINGEMENT OF THE '969 PATENT:

Has Grape proven by a preponderance of the evidence that Jingle's directory assistance service infringes the following claims of U.S. Patent No. 7,023,969 under the doctrine of equivalents?

|          | YES (for Grape) | NO (for Jingle) |
|----------|-----------------|-----------------|
| Claim 1  |                 | ✓               |
| Claim 5  |                 | ✓               |
| Claim 20 |                 | ✓               |
| Claim 25 |                 | ✓               |

**If you answered "yes" to any part of Question 1 or 2, go to Question 3.**

2

## PATENT VALIDITY

### QUESTION 3: VALIDITY OF THE '371 PATENT:

Has Jingle proven by clear and convincing evidence that any of the following claims of the '371 patent is invalid?

|         | YES (for Jingle) | NO (for Grape) |
|---------|------------------|----------------|
| Claim 4 |                  | ✓              |
| Claim 5 |                  | ✓              |
| Claim 7 |                  | ✓              |
| Claim 8 |                  | ✓              |

### QUESTION 4: VALIDITY OF THE '969 PATENT:

Has Jingle proven by clear and convincing evidence that any of the following claims of the '969 patent is invalid?

|          | YES (for Jingle) | NO (for Grape) |
|----------|------------------|----------------|
| Claim 1  |                  | ✓              |
| Claim 5  |                  | ✓              |
| Claim 20 |                  | ✓              |
| Claim 25 |                  | ✓              |

3

## QUESTION 5: DAMAGES

**(a) '371 patent**

If you have found any claim of Grape's U.S. Patent No. 6,775,371 to be both infringed by Jingle and not invalid, please identify the amount of monetary damages to which Plaintiffs are entitled:

$ _____

State the royalty rate you applied above:

Royalty Rate: _____ %

**(b) '969 Patent**

If you have found any claim of Grape's U.S. Patent No. 7,023,969 to be both infringed by Jingle and not invalid, please identify the amount of monetary damages to which Plaintiffs are entitled:

$ _____

State the royalty rate you applied above:

Royalty Rate: _____ %

4

Dated: 12/9, 2010             _____REDACTED_____
                              Foreperson